DEAN S. KRISTY (CSB No. 157646)
dristy@fenwick.com
JENNIFER C. BRETAN (CSB No. 233475)
jbretan@fenwick.com
FIONA Y. TANG (CSB No. 298101)
ftang@fenwick.com
SOFIA RITALA (CSB No. 342253)
sritala@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

FELIX S. LEE (CSB No. 197084)
flee@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

Attorneys for Defendants Chegg, Inc., Daniel J.
Rosensweig, Andrew J. Brown, Nathan Schultz,
John P. Fillmore, and Robin Tomasello

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN LEVENTHAL, Individually on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CHEGG, INC., DANIEL J. ROSENSWEIG, ANDREW J. BROWN, NATHAN SCHULTZ, JOHN P. FILLMORE, and ROBIN TOMASELLO, <br><br> Defendants. | Case No.: 5:21-cv-09953-EJD <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES** (MODIFIED BY THE COURT) <br> Judge: Hon. Edward J. Davila <br><br> Date Action Filed: December 22, 2021 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

STIP. AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND AND
CONTINUING CMC

Case No.: 5:21-cv-09953-EJD

WHEREAS, this action is a proposed class action alleging violations of the federal securities laws against Chegg, Inc., Daniel J. Rosensweig, Andrew J. Brown, Nathan Schultz, John P. Fillmore, and Robin Tomasello (collectively, "Defendants");

WHEREAS, this action is subject to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u–4, Pub. L. No. 104-67, 109 Stat. 737 (1995) (the "Reform Act"), which sets forth specialized procedures for the administration of securities class actions;

WHEREAS, the Reform Act provides for the appointment of a Lead Plaintiff to act on behalf of the purported class after a decision on a motion to consolidate (if any) is rendered (15 U.S.C. § 78u- 4(a)(3)(B)(ii));

WHEREAS, the approval of lead counsel will follow the Court's decision on the Lead Plaintiff Motion(s);

WHEREAS, thereafter, the parties expect the Court to set a schedule for the filing of an amended or consolidated complaint by Lead Plaintiff;

WHEREAS, Defendants anticipate filing motion(s) to dismiss in response to Lead Plaintiff's complaint and that the parties will submit a briefing schedule to the Court in connection with any such motion(s);

WHEREAS, because the special procedures set out in the Reform Act contemplate (i) the consolidation of similar actions, if any; (ii) appointment of Lead Plaintiff; and (iii) the filing of a single consolidated complaint by Lead Plaintiff, requiring Defendants to respond to the existing complaint in this action would result in the needless expenditure of private and judicial resources;

WHEREAS, pursuant to the Reform Act, discovery in this action is stayed during the pendency of any motion to dismiss (15 U.S.C. § 78u-4(b)(3)(B));

WHEREAS, on December 23, 2021, this Court issued an Initial Case Management Scheduling Order (ECF No. 7) in the above-captioned action, as reset (ECF No. 8), with the following deadlines:

1.      March 10, 2022 for the parties to comply with certain requirements under the Federal Rules of Civil Procedure and the Northern District of California Civil Local Rules ("Local Rules" or "Civil L.R.") and Alternative Dispute Resolution

("ADR") Local Rules regarding initial disclosures, early settlement, ADR process, and discovery planning;

2.      March 21, 2022 for the parties to file a Joint Case Management Statement;

3.      March 24, 2022 for the parties to file a Rule 26(f) Report and complete initial disclosures or state objections in the Rule 26(f) Report; and

4.      March 31, 2022 at 10:00 a.m. for an Initial Case Management Conference; and

WHEREAS, counsel for the parties in the above-captioned action respectfully submit that because the pleadings are not yet set, and because discovery is stayed pending any motion(s) to dismiss, good cause exists to vacate the existing March 31, 2022 Initial Case Management Conference and associated deadlines until after such time as the Court has the opportunity to rule on the appointment of Lead Plaintiff and lead counsel, as well as any motion(s) to dismiss;

**IT IS ACCORDINGLY STIPULATED**, pursuant to Civil L.R. 7-12, by and between the undersigned counsel for the parties, that:

i.      Pursuant to Civil L.R. 6-1(a), the Defendants' obligation to answer, move, or otherwise respond to the complaint is extended until after the appointment of a Lead Plaintiff and lead counsel, at which time the parties shall meet and confer and submit to the Court a mutually agreeable schedule for the filing of a consolidated or amended complaint and Defendants' responses thereto;

ii.     Pursuant to Civil L.R. 16-2, the Initial Case Management Conference scheduled for March 31, 2022 is ~~vacated~~ CONTINUED to June 2, 2022, along with any associated deadlines under the Federal Rules of Civil Procedure and Civil Local Rules~~, to be reset for a date that is 30 days after the Court rules on Defendants' anticipated motion(s) to dismiss Lead Plaintiff's complaint, or such other date as the Court shall determine to be appropriate~~; and

iii.    All associated ADR program deadlines likewise be deferred.

Fenwick & West LLP
Attorneys at Law

STIP. AND ~~[PROPOSED]~~ ORDER
EXTENDING TIME TO RESPOND AND
CONTINUING CMC

2

Case No.: 5:21-cv-09953-EJD

Dated:   February 11, 2022

FENWICK & WEST LLP

By:   /s/ Jennifer C. Bretan
          Jennifer C. Bretan

555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350

Attorneys for Defendants Chegg, Inc., Daniel J.
Rosensweig, Andrew J. Brown, Nathan Schultz,
John P. Fillmore, and Robin Tomasello

Dated: February 11, 2022

JOHNSON FISTEL, LLP

By: /s/ Frank J. Johnson
          Frank J. Johnson

501 West Broadway, Suite 800
San Diego, CA  92101
Telephone: (619) 230-0063
Facsimile:  (619) 255-1856
Email: FrankJ@johnsonfistel.com

Attorneys for Plaintiff Steven Leventhal

Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in filing this stipulation.

Dated:   February 11, 2022

By:   /s/ Jennifer C. Bretan
          Jennifer C. Bretan

***

**[PROPOSED] ORDER**
AS MODIFIED BY THE COURT,

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   February 11, 2022

_____
The Honorable Edward J. Davila
United States District Court Judge