# EXHIBIT 1

*Source:* *Johnson Fistel, LLP*

*December 22, 2021 23:14 ET*

# Johnson Fistel, LLP Announces That It Has Filed a Class Action Lawsuit on Behalf of Chegg Investors Alleging Violations of the Federal Securities Laws

SAN DIEGO, Dec. 22, 2021 (GLOBE NEWSWIRE) -- Shareholder rights law firm Johnson Fistel, LLP announces that it has filed a class-action lawsuit on behalf of all those who purchased Chegg, Inc. ("Chegg" or the "Company") (NYSE: CHGG) securities during the period between **May 5, 2020 and November 1, 2021,** both dates inclusive (the "Class Period"). The action was filed in the United States District Court of Northern District of California and is captioned *Steven Leventhal v. Chegg, Inc., et al.*, Case No. 5:21-cv-09953.

The complaint charges Chegg, its Chief Executive Officer and Chief Financial Officer, and others with violations of the Securities Exchange Act of 1934. According to the complaint, the defendants made materially false and misleading statements and failed to disclose known adverse facts about Chegg's business, operations, and prospects, including that: (i) Chegg's increase in subscribers, growth, and revenue had been a temporary effect of the COVID-19 pandemic that resulted in remote education for the vast majority of United States students and once the pandemic-related restrictions eased and students returned to campuses nationwide, Chegg's extraordinary growth trends would end; (ii) Chegg's subscriber and revenue growth were largely due to the facilitation of remote education cheating – an unstable business proposition – rather than the strength of its business model or the acumen of its senior executives and directors; and (iii) as a result, the Company's current business metrics and financial prospects were not as strong as it had led the market to believe during the Class Period.

The Private Securities Litigation Reform Act of 1995 permits any investor who purchased or otherwise acquired Chegg securities during the Class Period to seek appointment as lead plaintiff. A lead plaintiff acts on behalf of all other class members in directing the litigation. The lead plaintiff can select a law firm of its choice. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff.

If you wish to serve as lead plaintiff, please [click here to join this action], or **contact lead financial analyst Jim Baker at jimb@johnsonfistel.com or 619-814-4471.** If emailing, please include a phone number. There is no cost or obligation to you. Lead plaintiff motions must be filed with the Court no later than **60 days from December 22, 2021.**

**About Johnson Fistel, LLP:**
Johnson Fistel, LLP is a nationally recognized shareholder rights law firm with offices in California, New York and Georgia. The firm represents individual and institutional investors in shareholder derivative and securities class action lawsuits. For more information about the firm and its attorneys, please visit http://www.johnsonfistel.com. Attorney advertising. Past results do not guarantee future outcomes.

**Contact:**
Johnson Fistel, LLP
Jim Baker, 619-814-4471
jimb@johnsonfistel.com
[click here to join this action]