# EXHIBIT 3

**Chegg, Inc. Loss Chart**
**Class Period: May 5, 2020 through November 1, 2021**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $ 28.53 |
| Hovsepian, Angel | 7/14/2020 | 150 | ($69.06) | ($10,359.00) | | | | | 150 | $4,279.67 | ($6,079.33) | |