# EXHIBIT C

Financial Interest Analysis

**Common Stock**

**Company Name:** Chegg, Inc.
**Ticker:** CHGG
**Class Period:** May 5, 2020 to November 1, 2021
**Name:** Nicholas Reiter

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/1/2021 | 206.0000 | $96.0000 | -$19,776.0000 | | $0.0000 | -$19,776.00 |
| 10/5/2021 | 30.0000 | $71.1300 | -$2,133.9000 | | $0.0000 | -$2,133.90 |
| 11/1/2021 | 32.0000 | $60.6900 | -$1,942.0800 | | $0.0000 | -$1,942.08 |
| 11/1/2021 | 0.9540 | $60.6900 | -$57.8983 | | $0.0000 | -$57.90 |
| 11/2/2021 | -0.1140 | | $0.0000 | $34.7800 | $3.9649 | $3.96 |
| 11/2/2021 | -0.1400 | | $0.0000 | $34.8500 | $4.8790 | $4.88 |
| 11/2/2021 | -0.2230 | | $0.0000 | $35.0800 | $7.8228 | $7.82 |
| 11/2/2021 | -0.4770 | | $0.0000 | $35.1900 | $16.7856 | $16.79 |
| 11/2/2021 | -3.0000 | | $0.0000 | $34.8500 | $104.5500 | $104.55 |
| 11/2/2021 | -24.0000 | | $0.0000 | $35.0900 | $842.1600 | $842.16 |
| 11/2/2021 | -241.0000 | | $0.0000 | $35.2000 | $8,483.2000 | $8,483.20 |

**Shares Retained:** 0.0000      **Common Stock:** **-$14,446.52**

**Options**

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 2/25/2021 | Bought | Call | Apr 16, 2021 / $95 | 4 | $6.6500 | -$2,660.00 |
| 2/25/2021 | Bought | Call | Apr 16, 2021 / $95 | 4 | $6.6500 | -$2,660.00 |
| 4/5/2021 | Sold | Call | Apr 16, 2021 / $95 | -8 | $0.8000 | $640.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **-$4,680.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 2/17/2021 | Bought | Call | July 16, 2021 / $105 | 3 | $13.2500 | -$3,975.00 |
| 4/5/2021 | Sold | Call | July 16, 2021 / $105 | -3 | $3.6300 | $1,089.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **-$2,886.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 4/5/2021 | Bought | Call | Oct 15, 2021 / $105 | 2 | $6.6700 | -$1,334.00 |
| 4/5/2021 | Bought | Call | Oct 15, 2021 / $105 | 1 | $6.6600 | -$666.00 |
| 10/18/2021 | Expired | Call | Oct 15, 2021 / $105 | -3 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **-$2,000.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 11/1/2021 | Bought | Call | Dec 17, 2021 / $70 | 6 | $1.7500 | -$1,050.00 |
| 12/20/2021 | Expired | Call | Dec 17, 2021 / $70 | -6 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **-$1,050.00** |

     **Options** **-$10,616.00**

| Nicholas Reiter Financial Interest Summary | |
|---|---|
| Common Stock: | -$14,446.52 |
| Options: | -$10,616.00 |
| **Total:** | **-$25,062.52** |

**Notes**

Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.