**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Telephone:    (858) 997-0860
Facsimile:    (858) 369-0096

*Attorneys for Proposed Co-Lead Plaintiff
the Pompano Beach Police & Firefighters'
Retirement System, and Proposed Co-Lead
Counsel for the Class*

**MOTLEY RICE LLC**
Christopher F. Moriarty (*pro hac vice pending*)
cmoriarty@motleyrice.com
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Telephone: (843) 216-9000

*Attorneys for Proposed Co-Lead Plaintiff KBC
Asset Management NV, and Proposed Co-Lead
Counsel for the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| STEVEN LEVENTHAL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CHEGG, INC., DANIEL L. ROSENSWIEG, ANDREW J. BROWN, NATHAN SCHULTZ, JOHN P. FILLMORE and ROBIN TOMASELLO, <br><br> Defendants. | Case No. 5:21-cv-09953-EJD <br><br> Judge Edward J. Davila <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF DAVID R. KAPLAN IN SUPPORT OF MOTION OF KBC ASSET MANAGEMENT NV AND THE POMPANO BEACH POLICE AND FIREFIGHTERS' RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** <br><br> DATE:  August 25, 2022 <br> TIME:   9:00 a.m. <br> COURTROOM: 4—5th Floor <br> JUDGE: Hon. Edward J. Davila |

DECL. OF DAVID. R. KAPLAN ISO MOT. OF KBC AND POMPANO BEACH P&F FOR
APP'T AS LEAD PLAINTIFF & APPROVAL OF SELECTION OF LEAD COUNSEL
CASE NO 5:21-CV-09953-EJD

-2-

I, David R. Kaplan, declare on this 22nd day of February 2022:

1.     I am a Director with the law firm of Saxena White P.A. ("Saxena White"), proposed Co-Lead Counsel for the Class, and a member in good standing of the Bar of the State of California and am admitted to practice before this Court.  I submit this Declaration in support of the motion KBC Asset Management NV ("KBC") and the Pompano Beach Police & Firefighters' Retirement System ("Pompano Beach P&F") for an order: (1) appointing the KBC and Pompano Beach P&F as Lead Plaintiff; (2) approving KBC and Pompano Beach P&F's selection of Motley Rice LLC ("Motley Rice") and Saxena White to serve as Lead Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

2.     Attached as Exhibit A are true and correct copies of KBC and Pompano Beach P&F's PSLRA Certifications.

3.     Attached as Exhibit B is a true and correct copy of KBC and Pompano Beach P&F's estimated losses.

4.     Attached as Exhibit C is a true and correct copy of the Joint Declaration of Bart Elst and Paul D. O'Connell in Support of the Motion of KBC Asset Management NV and Pompano Beach Police & Firefighters' Retirement System for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel.

5.     Attached as Exhibit D is a true and correct copy of the notice of pendency of class action published in *GlobeNewswire* on December 22, 2021.

6.     Attached as Exhibit E are true and correct copies of the assignments executed by KBC Equity Fund and KBC Eco Fund to KBC Asset Management NV.

7.     Attached as Exhibit F is a true and correct copy of the firm resume of proposed Lead Counsel, Motley Rice.

8.     Attached as Exhibit G is a true and correct copy of the firm resume of proposed Lead Counsel, Saxena White.

DECL. OF DAVID R. KAPLAN ISO MOT. OF KBC AND POMPANO BEACH P&F FOR
APP'T AS LEAD PLAINTIFF & APPROVAL OF SELECTION OF LEAD COUNSEL
CASE NO. 5:21-CV-09953-EJD

- 1 -

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: February 22, 2022                                  Respectfully submitted,

By:  */s/ David R. Kaplan*

DECL. OF DAVID. R. KAPLAN ISO MOT. OF KBC AND POMPANO BEACH P&F FOR
APP'T AS LEAD PLAINTIFF & APPROVAL OF SELECTION OF LEAD COUNSEL
CASE NO 5:21-CV-09953-EJD

-2-