# EXHIBIT A

**PLAINTIFF'S CERTIFICATION
PURSUANT TO FEDERAL SECURITIES LAWS**

The undersigned, Chris Sterckx and Klaus Vandewalle, on behalf of KBC Asset Management NV ("KBC"), on account of its funds listed in Schedule A (the "Funds"), declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1.      We have reviewed a complaint against Chegg, Inc. ("Chegg") et al.

2.      We are duly authorized to institute legal action on behalf of KBC and the Funds, including litigation against Chegg and any other defendants.

3.      KBC and the Funds did not purchase or sell the security that is the subject of this litigation at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4.      KBC is willing to serve as lead plaintiff and understands that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.  KBC also understands that it is subject to the jurisdiction of the Court and will be bound by all rulings of the Court, including rulings regarding any judgments.

5.      KBC will not accept any payment for serving as a representative party beyond the Funds' *pro rata* share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court.

6.      KBC has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification, except as detailed below:

> *In re DXC Technology Company Securities Litigation*, No. 1:18-cv-01599 (E.D. Va. Feb. 25, 2019);
>
> *In re AT&T/DirecTV Now Securities Litigation*, No. 1:19-cv-02892 (S.D.N.Y. May 31, 2019);
>
> *Patel v. Under Armour, Inc. et al.*, No. 1:19-cv-03209 (D. Md. Jan. 6, 2020);
>
> *In re Intel Corp. Securities Litigation*, No. 5:20-cv-05194 (N.D. Cal. Sep. 28, 2020);
>
> *In re Citigroup Securities Litigation*, No. 1:20-cv-09132 (S.D.N.Y. Dec. 29, 2020); and
>
> *Ngian v. Facebook, Inc.*, No. 1:21-cv-05976 (E.D.N.Y. Dec. 27, 2021) and *Ohio Public Employees Retirement System v. Meta Platforms, Inc.*, No. 4:21-cv-08812-JST (N.D. Cal. Dec. 27, 2021).

7.    KBC understands that this is not a claim form, and that the Funds' ability to share in any recovery as a member of the class is unaffected by KBC's decision to serve as a representative party.

8.    Attached hereto as Schedule A is a complete listing of all transactions the Funds made during the Class Period in the security that is the subject of this litigation.  KBC will provide records of those transactions upon request.

9.    KBC is also represented and counseled in this matter by its attorney, Deborah M. Sturman of Sturman LLC.

**We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of our knowledge, information and belief.**

Executed this 17th day of February 2022.

For KBC Asset Management NV:

Chris Sterckx (Feb 18, 2022 11:27 GMT+1)

Chris Sterckx
Managing Director

Klaus Vandewalle (Feb 17, 2022 16:26 GMT+1)

Klaus Vandewalle
Managing Director

**SCHEDULE A**
**KBC Asset Management NV**

**Chegg, Inc. (CHGG)**

Class Period: 05/05/2020 - 11/01/2021

| | | Date | Shares | Price |
|---|---|---|---|---|
| **KBC ECO FUND - IMPACT INVESTING** | | | | |
| | Purchases: | 10/27/2020 | 11,896.00 | 77.11 |
| | | 12/10/2020 | 17,768.00 | 80.57 |
| | | 1/21/2021 | 1,301.00 | 100.35 |
| | | 2/17/2021 | 1,149.00 | 103.46 |
| | | 3/1/2021 | 956.00 | 99.05 |
| | | 6/10/2021 | 18,089.00 | 76.09 |
| | | 6/30/2021 | 27,762.00 | 83.11 |
| | | 7/16/2021 | 1,514.00 | 81.58 |
| | | 9/7/2021 | 1,591.00 | 81.86 |
| | | 9/16/2021 | 1,373.00 | 75.61 |
| | | 10/15/2021 | 1,493.00 | 61.28 |
| | Sales: | 7/7/2020 | -21,395.00 | 71.24 |
| | | 9/22/2020 | -36,514.00 | 68.42 |
| | | | | |
| **KBC EQUITY FUND - TRENDS** | | | | |
| | Purchases: | 12/4/2020 | 24,576.00 | 76.00 |
| | | 2/19/2021 | 571.00 | 108.78 |
| | | 3/9/2021 | 436.00 | 85.94 |
| | | 3/26/2021 | 403.00 | 85.30 |
| | | 6/2/2021 | 399.00 | 76.34 |
| | | 6/21/2021 | 1,872.00 | 80.04 |
| | | 7/7/2021 | 1,982.00 | 85.47 |
| | | 7/19/2021 | 289.00 | 83.52 |

## CERTIFICATION AND AUTHORIZATION

I, Paul D. O'Connell, on behalf of the Pompano Beach Police & Firefighters' Retirement System ("Pompano Beach P&F"), hereby certify, as to the claims asserted under the federal securities laws, that:

1.      I am the Chairman of Pompano Beach P&F. I have reviewed a complaint filed against Chegg, Inc. ("Chegg") alleging violations of the federal securities laws. Pompano P&F generally adopts the complaint's allegations without waiving the right to alter the allegations in a consolidated and/or amended complaint. I am authorized in my capacity as Chairman of Pompano Beach P&F to execute this Certification on behalf of Pompano Beach P&F. Pompano Beach P&F has authorized Saxena White P.A. to file a motion for lead plaintiff appointment in this action or any related actions.

2.      Pompano Beach P&F did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3.      Pompano Beach P&F is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4.      Pompano Beach P&F's transactions in Chegg common stock during the Class Period are set forth in the attached Schedule A.

5.      Pompano Beach P&F has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification: *None*

6.      Pompano Beach P&F has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff, was not appointed lead plaintiff, or the lead plaintiff decision is still pending:

*Batwara v. Infosys Ltd.*, No. 1:19-cv-05959 (E.D.N.Y.)

*Ng v. Berkeley Lights, Inc.*, No. 4:21-cv-09497 (N.D. Cal.)

7.      Pompano Beach P&F will not accept any payment for serving as a representative party on behalf of the Class beyond Pompano Beach P&F's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _18_ day of February, 2022.

Pompano Beach Police & Firefighters'
Retirement System

Paul D. O'Connell, Chairman

2

### SCHEDULE A
### Pompano Beach Police & Firefighters' Retirement System
### Transactions in Chegg, Inc.

| Common Stock Purchases | | | Common Stock Sales | | |
|---|---|---|---|---|---|
| Date | Shares | Price | Date | Shares | Price |
| 08/06/20 | 850 | $84.39 | 08/26/20 | 270 | $76.23 |
| 08/07/20 | 980 | $87.89 | 10/22/20 | 105 | $86.06 |
| 08/10/20 | 96 | $81.08 | 11/11/20 | 125 | $69.38 |
| 08/10/20 | 609 | $82.33 | 12/21/20 | 66 | $90.61 |
| 08/17/20 | 195 | $79.11 | 04/22/21 | 65 | $94.10 |
| 09/02/20 | 285 | $77.02 | 06/23/21 | 50 | $81.15 |
| 09/21/20 | 315 | $67.28 | 07/22/21 | 20 | $86.10 |
| 02/10/21 | 295 | $104.65 | 08/24/21 | 45 | $80.90 |
| 05/05/21 | 185 | $86.31 | 11/01/21 | 335 | $62.02 |
| 05/11/21 | 280 | $82.53 | | | |