# EXHIBIT B

**KBC Asset Management NV**

**LIFO Losses in Chegg, Inc.**

Class Period: 05/05/2020 to 11/01/2021
Retained Share Price: $28.5311 (11/02/21 - 01/28/22)

### KBC ECO FUND - IMPACT INVESTING

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings** | | **86,909** | | | | | | | |
| | | | | | | 07/07/20 | 21,395 | $71.2400 | $1,524,180 |
| | | | | | | 09/22/20 | 36,514 | $68.4154 | $2,498,119.92 |
| | | | | | **Applied to Pre-Class Period Holdings:** | | **57,909** | | **$4,022,299.72** |
| Purchase | 10/27/20 | 11,896 | $77.1100 | $917,300.56 | | | | | |
| Purchase | 12/10/20 | 17,768 | $80.5700 | $1,431,567.76 | | | | | |
| Purchase | 01/21/21 | 1,301 | $100.3500 | $130,555.35 | | | | | |
| Purchase | 02/17/21 | 1,149 | $103.4600 | $118,875.54 | | | | | |
| Purchase | 03/01/21 | 956 | $99.0500 | $94,691.80 | | | | | |
| Purchase | 06/10/21 | 18,089 | $76.0900 | $1,376,392.01 | | | | | |
| Purchase | 06/30/21 | 27,762 | $83.1100 | $2,307,299.82 | | | | | |
| Purchase | 07/16/21 | 1,514 | $81.5800 | $123,512.12 | | | | | |
| Purchase | 09/07/21 | 1,591 | $81.8600 | $130,239.26 | | | | | |
| Purchase | 09/16/21 | 1,373 | $75.6100 | $103,812.53 | | | | | |
| Purchase | 10/15/21 | 1,493 | $61.2800 | $91,491.04 | Retained | | 84,892 | $28.5311 | $2,422,066.18 |
| | | **84,892** | | **$6,825,737.79** | | | **84,892** | | **$2,422,066.18** |
| | | | | | | | **LIFO Gain / (Loss)** | | **($4,403,671.61)** |

### KBC EQUITY FD - TRENDS

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings** | | **0** | | | | | | | |
| | | | | | | | 0 | | $0.00 |
| | | | | | **Applied to Pre-Class Period Holdings:** | | **0** | | **$0.00** |
| Purchase | 12/04/20 | 24,576 | $75.9975 | $1,867,714.56 | | | | | |
| Purchase | 02/19/21 | 571 | $108.7800 | $62,113.38 | | | | | |
| Purchase | 03/09/21 | 436 | $85.9400 | $37,469.84 | | | | | |
| Purchase | 03/26/21 | 403 | $85.3000 | $34,375.90 | | | | | |
| Purchase | 06/02/21 | 399 | $76.3400 | $30,459.66 | | | | | |
| Purchase | 06/21/21 | 1,872 | $80.0400 | $149,834.88 | | | | | |
| Purchase | 07/07/21 | 1,982 | $85.4700 | $169,401.54 | | | | | |
| Purchase | 07/19/21 | 289 | $83.5200 | $24,137.28 | Retained | | 30,528 | $28.5311 | $870,998.87 |
| | | **30,528** | | **$2,375,507.04** | | | **30,528** | | **$870,998.87** |
| | | | | | | | **LIFO Gain / (Loss)** | | **($1,504,508.17)** |

| | | |
|---|---|---|
| **GRAND TOTAL** | | **($5,908,179.78)** |

**Pompano Beach Police and Firefighters' Retirement System**
**LIFO Losses in Chegg, Inc.**
Class Period: 05/05/2020 to 11/01/2021
Retained Share Price: $28.5311 (11/02/21 - 01/28/22)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings** | | **56,900** | | | | | | | |
| | | | | | | | 0 | | $0 |
| | | | | | **Applied to Pre-Class Period Holdings:** | | **0** | | **$0** |
| | | | | | Sale | 08/26/20 | 270 | $76.2300 | $20,582.10 |
| | | | | | Sale | 10/22/20 | 105 | $86.0600 | $9,036.30 |
| | | | | | Sale | 11/11/20 | 125 | $69.3829 | $8,672.86 |
| | | | | | Sale | 12/21/20 | 66 | $90.6100 | $5,980.26 |
| | | | | | Sale | 04/22/21 | 65 | $94.0986 | $6,116.41 |
| | | | | | Sale | 06/23/21 | 50 | $81.1500 | $4,057.50 |
| | | | | | Sale | 07/22/21 | 20 | $86.0970 | $1,721.94 |
| | | | | | Sale | 08/24/21 | 45 | $80.9047 | $3,640.71 |
| Purchase | 08/06/20 | 850 | $84.3872 | $71,729 | Sale | 11/01/21 | 335 | $62.0240 | $20,778.04 |
| Purchase | 08/07/20 | 980 | $87.8916 | $86,134 | Sale* | 11/01/21 | 25 | $47.0713 | $1,176.78 |
| Purchase | 08/10/20 | 96 | $81.0819 | $7,784 | Sale* | 11/02/21 | 379 | $38.0237 | $14,410.98 |
| Purchase | 08/10/20 | 609 | $82.3278 | $50,138 | Sale* | 11/02/21 | 31 | $41.1757 | $1,276.45 |
| Purchase | 08/17/20 | 195 | $79.1126 | $15,427 | Sale* | 11/02/21 | 1,311 | $34.3245 | $44,999.42 |
| Purchase | 09/02/20 | 285 | $77.0175 | $21,950 | Sale* | 11/03/21 | 189 | $34.1064 | $6,446.11 |
| Purchase | 09/21/20 | 315 | $67.2762 | $21,192 | Sale* | 11/03/21 | 190 | $34.2091 | $6,499.73 |
| Purchase | 02/10/21 | 295 | $104.6506 | $30,872 | Sale* | 11/03/21 | 884 | $33.8853 | $29,954.61 |
| Purchase | 05/05/21 | 185 | $86.3070 | $15,967 | | | | | |
| Purchase | 05/11/21 | 280 | $82.5298 | $23,108 | Retained | | 0 | $28.5311 | $0.00 |
| | | **4,090** | | **$344,300.39** | | | **4,090** | | **$185,350.20** |
| | | | | | | | **LIFO Gain / (Loss)** | | **($158,950.20)** |

*Post Class Period Sale; used the higher of actual sale price vs average price from end of Class Period through sale date*