# EXHIBIT E

**DECLARATION OF ASSIGNMENT BY KBC EQUITY FUND**
**TO KBC ASSET MANAGEMENT NV**

We, Frank Van de Vel and Jürgen Verschaeve, hereby declare as follows:

1.    We are the representatives of the KBC EQUITY FUND (the "Fund") and we have personal knowledge of all matters stated herein.

2.    The Fund is governed by Belgian law.

3.    On or about February 22, 2022, KBC Asset Management NV ("KBC") will file a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") in an action against Chegg, Inc. et al. (the "Lawsuit").

4.    KBC has authority, under its investment management agreement, to file the Motion, to seek appointment as Lead Plaintiff in the Lawsuit, to pursue the Lawsuit, and to act on behalf of the Fund.

On behalf of the Fund, we hereby execute and submit this declaration: (a) declaring that the Fund will be bound by the result of the Motion and the Lawsuit; and (b) assigning to KBC any and all claims of the Fund and its sub-funds against the defendants in the Lawsuit.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Brussels, Belgium this 17th day of February 2022.

For KBC EQUITY FUND (Assignor):
*Signed by KBC Asset Management NV as authorized signatory for KBC EQUITY FUND pursuant to a management company agreement.

Frank Van de Vel (Feb 17, 2022 17:38 GMT+1)

_____
Frank Van de Vel
Assignor

Jürgen Verschaeve (Feb 17, 2022 17:27 GMT+1)

_____
Jürgen Verschaeve
Assignor

For KBC Asset Management NV (Assignee):

Chris Sterckx (Feb 18, 2022 16:20 GMT+1)

_____
Chris Sterckx
Managing Director

Klaus Vandewalle (Feb 17, 2022 16:24 GMT+1)

_____
Klaus Vandewalle
Managing Director

**DECLARATION OF ASSIGNMENT BY KBC ECO FUND**
**TO KBC ASSET MANAGEMENT NV**

We, Frank Van de Vel and Jürgen Verschaeve, hereby declare as follows:

1.  We are the representatives of the KBC ECO FUND (the "Fund") and we have personal knowledge of all matters stated herein.

2.  The Fund is governed by Belgian law.

3.  On or about February 22, 2022, KBC Asset Management NV ("KBC") will file a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") in an action against Chegg, Inc. et al. (the "Lawsuit").

4.  KBC has authority, under its investment management agreement, to file the Motion, to seek appointment as Lead Plaintiff in the Lawsuit, to pursue the Lawsuit, and to act on behalf of the Fund.

On behalf of the Fund, we hereby execute and submit this declaration: (a) declaring that the Fund will be bound by the result of the Motion and the Lawsuit; and (b) assigning to KBC any and all claims of the Fund and its sub-funds against the defendants in the Lawsuit.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Brussels, Belgium this 17th day of February 2022.

For KBC ECO FUND (Assignor):
*Signed by KBC Asset Management NV as authorized signatory for KBC ECO FUND pursuant to a management company agreement.

Frank Van de Vel (Feb 17, 2022 17:38 GMT+1)          Jürgen Verschaeve (Feb 17, 2022 16:00 GMT+1)

Frank Van de Vel                                    Jürgen Verschaeve
Assignor                                            Assignor


For KBC Asset Management NV (Assignee):

Chris Sterckx (Feb 18, 2022 11:27 GMT+1)            Klaus Vandewalle (Feb 17, 2022 16:25 GMT+1)

Chris Sterckx                                        Klaus Vandewalle
Managing Director                                    Managing Director