DEAN S. KRISTY (CSB No. 157646)
dkristy@fenwick.com
JENNIFER C. BRETAN (CSB No. 233475)
jbretan@fenwick.com
FIONA Y. TANG (CSB No. 298101)
ftang@fenwick.com
SOFIA RITALA (CSB No. 342253)
sritala@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

FELIX S. LEE (CSB No. 197084)
flee@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:     650.938.5200

Attorneys for Defendants Chegg, Inc., Daniel J.
Rosensweig, Andrew J. Brown, Nathan Schultz,
John P. Fillmore, and Robin Tomasello

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| STEVEN LEVENTHAL, Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHEGG, INC., DANIEL L. ROSENSWEIG, ANDREW J. BROWN, NATHAN SCHULTZ, JOHN P. FILLMORE and ROBIN TOMASELLO,<br><br>Defendants. | Case No.: 5:21-cv-09953-EJD<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>(Civil L.R. 3-12 and 7-11)<br><br>Judge:     Hon. Edward J. Davila<br><br>Date Action Filed:  December 22, 2021 |

ADMIN. MOT. TO RELATE CASES

Case No.: 5:21-cv-09953-EJD

FENWICK & WEST LLP

This is a securities class action arising under the federal securities laws against defendant Chegg, Inc. ("Chegg") and certain of its officers and directors (defendants Daniel L. Rosensweig, Andrew J. Brown, Nathan Schultz, John P. Fillmore and Robin Tomasello). After this suit was filed, a related stockholder derivative case, also asserting federal securities law claims (and state law claims) based largely on the same statements and allegations against Chegg's officers and directors (including all of the individual defendants named here) was filed. Because the matters are interrelated, Chegg and the individual defendants hereby move this Court to consider whether, under Civil Local Rules 3-12(b) and 7-11, the two cases should be deemed related and assigned to a single judge. In order of filing date, the matters submitted for determination are as follows:

| **Case Name** | **Case Number** | **Filing Date** |
| --- | --- | --- |
| *Leventhal v. Chegg, Inc. et al.* ("*Leventhal*") | 21-cv-09953 | 12/22/2021 |
| *Choi v. Rosensweig et al.* ("*Choi*") | 22-cv-00217 | 1/12/2022 |

(together, the "Actions").

Civil Local Rule 3-12(a) provides that an action is related to another when: "(1) [t]he actions concern substantially the same parties, property, transaction, or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." These criteria are met here.

The allegations at issue in *Choi* and *Leventhal* concern substantially the same parties and events. Plaintiffs in both Actions purport to be Chegg stockholders and both actions name Chegg, Daniel L. Rosensweig, Andrew J. Brown, Nathan Schultz, John P. Fillmore and Robin Tomasello as defendants.[1] While *Choi* is a purported derivative action against directors and officers of Chegg and *Leventhal* is a securities class action, the allegations at issue in both Actions concern substantially the same events, *i.e.*, defendants' public statements during the period from May 2020 to November 2021 and the subject matter of those statements. Moreover, because the plaintiff in the derivative suit (*Choi*) bases his damages claim in part on any alleged liability in the securities class action (*Leventhal*), the two cases are necessarily related and will require coordination. Given that substantially similar parties, statements, and events are involved in each

---

[1] Chegg is named solely as a nominal defendant in *Choi*.

FENWICK & WEST LLP

of the Actions, there will be an unduly burdensome duplication of labor and expense, and potentially inconsistent results, if the cases were to be conducted before different judges. Accordingly, relating these actions will serve the interests of judicial economy and avoid the potential for conflicting results, consistent with Civil Local Rule 3-12(a).  Indeed, securities class actions and derivative suits arising from substantially the same events are routinely deemed related and assigned to a single judge.

In furtherance of this motion, and in compliance with Civil Local Rule 7-11, the parties in the *Choi* Action have stipulated and agreed that the *Choi* matter should be deemed related to *Leventhal*, the first filed action.  *See* Stipulation Regarding Administrative Motion to Consider Whether Cases Should be Related, attached hereto as Exhibit A.  A proposed order relating the Actions is filed herewith.  For all the foregoing reasons, the defendants respectfully request that this Court enter an order relating the Actions.

Dated:    February 23, 2022

FENWICK & WEST LLP

By: /s/  *Felix S. Lee*
      Felix S. Lee

801 California Street
Mountain View, CA  94041
Telephone:        650.988.8500
Facsimile:        650.938.5200

Attorneys for Defendants Chegg, Inc., Daniel J. Rosensweig, Andrew J. Brown, Nathan Schultz, John P. Fillmore, and Robin Tomasello

FENWICK & WEST LLP