# EXHIBIT A

DEAN S. KRISTY (CSB No. 157646)
dkristy@fenwick.com
JENNIFER C. BRETAN (CSB No. 233475)
jbretan@fenwick.com
FIONA Y. TANG (CSB No. 298101)
ftang@fenwick.com
SOFIA RITALA (CSB No. 342253)
sritala@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

FELIX S. LEE (CSB No. 197084)
flee@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

Attorneys for Defendants Daniel J. Rosensweig,
Andrew J. Brown, Nathan Schultz, John P.
Fillmore, Robin Tomasello, Richard Sarnoff,
Sarah Bond, Renee Budig, Paul LeBlanc, Marne
Levine, Ted Schlein, Melanie Whelan, John York,
and Nominal Defendant Chegg, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAK JOON CHOI, derivatively on behalf of CHEGG, INC.,<br><br>                Plaintiff,<br><br>     v.<br><br>DANIEL J. ROSENSWEIG, ANDREW J. BROWN,  NATHAN SCHULTZ, JOHN P. FILLMORE, ROBIN TOMASELLO, RICHARD SARNOFF, SARAH BOND, RENEE BUDIG, PAUL LEBLANC, MARNE LEVINE, TED SCHLEIN, MELANIE WHELAN, AND JOHN YORK,<br><br>                Defendants, and<br><br>CHEGG, INC.,<br>                Nominal Defendant. | Case No.: 5:22-cv-00217-WHO<br><br>**STIPULATION REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge:  Hon. William H. Orrick<br><br>Date Action Filed:  Jan. 12, 2022 |

STIP. RE ADMIN. MOT. TO RELATE CASES

Case No.: 5:22-cv-00217-WHO

FENWICK & WEST LLP

Plaintiff Rak Joon Choi, nominal defendant Chegg, Inc. ("Chegg"), and Chegg's officers and directors named in this suit (Daniel L. Rosensweig, Andrew J. Brown, Nathan Schultz, John P. Fillmore Robin Tomasello, Richard Sarnoff, Sarah Bond, Renee Budig, Paul LeBlanc, Marne Levine, Ted Schlein, Melanie Whelan, and John York) (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on December 22, 2021, another Chegg stockholder filed a purported class action alleging violation of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 against Chegg and certain of its officers and directors with respect to the Company's public statements during an alleged class period of May 5, 2020 to November 1, 2021, captioned *Leventhal v. Chegg et al.*, Case No. 21-cv-09953-EJD ("*Leventhal*");

WHEREAS, on January 12, 2022, plaintiff filed this stockholder derivative action (the "*Choi*" action) alleging violations of the federal securities laws, and state law claims, against the same defendants and certain additional officers and directors of Chegg relating to the same general time period and many of the same statements;

WHEREAS, the *Leventhal* action is currently assigned to the Honorable Edward J. Davila and the *Choi* action is assigned to the Honorable William H. Orrick;

WHEREAS, the Parties agree that *Choi* should be related to *Leventhal* because (1) they arise from substantially the same events and concern substantially the same parties; (2) will require coordination; and (3) it would be unduly burdensome, involve unwarranted duplication of effort and expense, and give rise to the prospect of inconsistent or conflicting results if the cases were heard by different judges;

IT IS ACCORDINGLY STIPULATED AND AGREED by the Parties, pursuant to Civil Local Rules 3-12, 7-11 and 7-12, through their respective undersigned counsel, that *Choi* should be related to the lower-numbered *Leventhal* action.

///

///

///

///

Dated:    February 23, 2022          FENWICK & WEST LLP

                                     By: /s/ *Felix S. Lee*
                                         Felix S. Lee

                                         801 California Street
                                         Mountain View, CA  94041
                                         Telephone:        650.988.8500
                                         Facsimile:        650.938.5200

                                     Attorneys for defendants Daniel L. Rosensweig,
                                     Andrew J. Brown, Nathan Schultz, John P. Fillmore,
                                     Robin Tomasello, Richard Sarnoff, Sarah Bond,
                                     Renee Budig, Paul LeBlanc, Marne Levine, Ted
                                     Schlein, Melanie Whelan, John York and nominal
                                     defendant Chegg, Inc.

Dated:    February 23, 2022          THE BROWN LAW FIRM, P.C.

                                     By: /s/ *Robert C. Moest*
                                         Robert C. Moest

                                         2530 Wilshire Boulevard, Second Floor
                                         Santa Monica, California 90403
                                         Telephone:  310.915.6628
                                         Facsimile:   310.915.9897

                                     Attorneys for plaintiff Rak Joon Choi

Pursuant to Local Rule No. 5-1(h)(3), all signatories concur in filing this stipulation.

Dated:    February 23, 2022          By: /s/ *Felix S. Lee*
                                         Felix S. Lee

STIP. RE ADMIN. MOT. TO RELATE          2          Case No.: 5:22-cv-00217-WHO
CASES