ROBBINS GELLER RUDMAN
&  DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
DANIELLE S. MYERS (259916)
JENNIFER N. CARINGAL (286197)
MICHAEL ALBERT (301120)
JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LEVENTHAL, Individually and on Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>     vs.<br><br>CHEGG, INC., et al.,<br><br>                                    Defendants. | Case No. 5:21-cv-09953-EJD<br><br>CLASS ACTION<br><br>DECLARATION OF MICHAEL ALBERT IN SUPPORT OF NORTH ATLANTIC STATES CARPENTERS PENSION FUND AND GUARANTEED ANNUITY FUND'S MEMORANDUM OF LAW IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS<br><br>DATE:          August 25, 2022<br>TIME:          9:00 a.m.<br>CTRM:        4, 5th Floor<br>JUDGE:       Hon. Edward J. Davila |

4894-8274-5107.v1

I, MICHAEL ALBERT, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, counsel of record for the North Atlantic States Carpenters Pension Fund and Guaranteed Annuity Fund ("North Atlantic Funds"), and proposed lead counsel for the class.  I make this declaration in support of the North Atlantic Funds' Memorandum of Law in Opposition to Competing Lead Plaintiff Motions.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit 1:    Management Company Agreement between KBC Index Fund NV and KBC Asset Management NV, filed in *Gross v. AT & T Inc,* No. 1:19-cv-02893-VEC, ECF No. 62-4 (S.D.N.Y. July 8, 2019)

Exhibit 2:    Articles of Association of KBC Equity Fund, as amended February 10, 2021, and Articles of Association of KBC Eco Fund, as amended March 29, 2021; and[1]

Exhibit 3:    Excerpts of KBC Equity Fund Audited annual report dated December 31, 2020 and KBC Eco Fund Audited annual report dated August 31, 2021.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 8th day of March 2022.

                                    s/ Michael Albert
                                    MICHAEL ALBERT

---

[1]    https://multimediafiles.kbcgroup.eu/ng/feed/am/funds/STATN/STATN_BF024_EN.pdf?t=1646778714436; https://multimediafiles.kbcgroup.eu/ng/feed/am/funds/STATN/STATN_BF011_EN.pdf?t=1646778496221.

DECL OF MICHAEL ALBERT IN SUPPORT OF N. ATLANTIC STATES CARPENTERS PENSION FUND & GUARANTEED ANNUITY FUND'S MEMO OF LAW IN OPP TO COMPETING LEAD PLTF MOTIONS - 5:21-cv-09953-EJD                                                                                        - 1 -
4894-8274-5107.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on March 8, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                               s/ Michael Albert
                               MICHAEL ALBERT

                               ROBBINS GELLER RUDMAN
                                     & DOWD LLP
                               655 West Broadway, Suite 1900
                               San Diego, CA  92101-8498
                               Telephone:  619/231-1058
                               619/231-7423 (fax)

                               Email:  malbert@rgrdlaw.com

4894-8274-5107.v1

# Mailing Information for a Case 5:21-cv-09953-EJD Leventhal v. Chegg, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  malbert@rgrdlaw.com,MAlbert@ecf.courtdrive.com

- **Jennifer Corinne Bretan**
  jbretan@fenwick.com,kayoung@fenwick.com,anolen@fenwick.com,jennifer-bretan-2534@ecf.pacerpro.com

- **David Bricker**
  dbricker@tenlaw.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Daniel C. Girard**
  dgirard@girardsharp.com,avongoetz@girardsharp.com,5804895420@filings.docketbird.com

- **Frank James Johnson**
  frankj@johnsonfistel.com,michaelf@johnsonfistel.com,kristeno@johnsonfistel.com,ceciliar@johnsonfistel.com,paralegal@johnsonfistel.com,brettm@johnsonfistel.co

- **Jennifer Lauren Joost**
  jjoost@ktmc.com,1759490420@filings.docketbird.com

- **David Reuven Lev Kaplan**
  dkaplan@saxenawhite.com,e-file@saxenawhite.com,lmix@saxenawhite.com

- **Dean S. Kristy**
  dkristy@fenwick.com,kayoung@fenwick.com,dean-kristy-2035@ecf.pacerpro.com,lkelleybourne@fenwick.com

- **Felix Shih-Young Lee**
  flee@fenwick.com,tmartin@fenwick.com,felix-lee-2591@ecf.pacerpro.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com,charles-linehan-8383@ecf.pacerpro.com

- **Christopher Francis Moriarty**
  cmoriarty@motleyrice.com,lmclaughlin@motleyrice.com,kweil@motleyrice.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,jalieberman@pomlaw.com,lobas@pomlaw.com,abarbosa@pomlaw.co

- **Adam E. Polk**
  apolk@girardsharp.com,avongoetz@girardsharp.com,3768906420@filings.docketbird.com

- **Sofia Ritala**
  sritala@fenwick.com,jtosches@fenwick.com,sofia-ritala-8254@ecf.pacerpro.com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net,lrosen@ecf.courtdrive.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Alex R. Straus**
  astraus@milberg.com,astraus@ecf.courtdrive.com,asilva@milberg.com,cbryant@ecf.courtdrive.com,tsmith@milberg.com,tsmith_20412@ecf.courtdrive.com

- **Fiona Tang**
  ftang@fenwick.com,fiona-tang-3866@ecf.pacerpro.com

- **Neli Traykova**
  ntraykova@motleyrice.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ShawnW@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)