# EXHIBIT 3

# KBC Equity Fund
# Audited annual report
# 31 December 2020

Public open-ended investment company under Belgian law with a variable number of units opting for investments complying with the conditions of Directive 2009/65/EC - **UCITS**

No subscriptions will be accepted on the basis of this report. Subscriptions will only be valid if effected after a free copy of the simplified prospectus or prospectus has been provided

1

# Table of contents

1. General information on the Bevek KBC Equity Fund

    1.1. Organisation of the Bevek KBC Equity Fund

    1.2. Management report

        1.2.1. Information for the shareholders
            1.2.1.1. Securities Financing Transactions (SFTs)
            1.2.1.2. General strategy for hedging the exchange rate risk
            1.2.1.3. Social, ethical and environmental aspects
            1.2.1.4. Synthetic risk and reward indicator
            1.2.1.5. Ongoing charges
            1.2.1.6. Existence of fee sharing agreements and rebates
            1.2.1.7. Existence of fee sharing agreements and rebates
            1.2.1.8. Recurrent fees and charges
        1.2.2. General market overview

    1.3. Auditor's report

    1.4. Aggregate balance sheet

    1.5. Aggregate profit and loss account

    1.6. Summary of recognition and valuation rules
        1.6.1. Summary of the rules
        1.6.2. Exchange rates

# 1.    General information on the Bevek

## 1.1.    Organisation of the Bevek

### Office

2 Havenlaan - B-1080 Brussels, Belgium.

### Date of incorporation

21 March 1991

### Life

Unlimited.

### Board of directors of the Bevek

| Name | Function | Mandat |
|---|---|---|
| Patrick Dallemagne | Financial Director CBC Banque SA, Avenue Albert 1er 60, B-5000 Namur | Chairman |
| Luc Vanderhaegen | / | Director |
| Filip Abraham | / | Independent Director |
| Koen Inghelbrecht | / | Independent Director |
| Dirk Thiels | Senior Investment Strategist KBC Asset Management NV, Havenlaan 2, 1080 Brussels | Natural person to whom the executive management of the Bevek has been entrusted |
| Johan Tyteca | / | Natural person to whom the executive management of the Bevek has been entrusted appointed 01/09/2020 |
| Wilfried Kupers | General Manager Group Legal KBC Group NV, Havenlaan 2, 1080 Brussels | Natural person to whom the executive management of the Bevek has been entrusted resigned 31/08/2020 |

### Management type

Bevek that has appointed a company for the management of undertakings for collective investments.
The appointed management company is KBC Asset Management NV, Havenlaan 2, B-1080 Brussels.

### Date of incorporation of the management company

30 december 1999.

### Names and positions of the directors of the management company

| Name | Title | |
|---|---|---|
| Wouter Vanden Eynde | *Independent Director* | appointed 28/04/2020 |
| Stefan Van Riet | *Non-Executive Director* | |
| Pierre Konings | *Non-Executive Director* | |
| Katrien Mattelaer | *Non-Executive Director* | |
| Johan Daemen | *Non-Executive Director* | |
| André Van Poeck | *Independent Director* | resigned 28/04/2020 |
| Luc Popelier | *Chairman* | |
| Johan Lema | *President of the Executive Committee* | |
| Linda Demunter | *Managing Director* | resigned 14/11/2020 |
| Jürgen Verschaeve | *Managing Director* | appointed 15/11/2020 |
| Frank Van de Vel | *Managing Director* | |
| Chris Sterckx | *Managing Director* | |
| Klaus Vandewalle | *Managing Director* | |

## Names and positions of the natural persons to whom the executive management of the management company has been entrusted

| Name | Title | |
|------|-------|---|
| Johan Lema | *President of the Executive Committee* | |
| Linda Demunter | *Managing Director* | resigned 14/11/2020 |
| Jürgen Verschaeve | *Managing Director* | appointed 15/11/2020 |
| Frank Van de Vel | *Managing Director* | |
| Chris Sterckx | *Managing Director* | |
| Klaus Vandewalle | *Managing Director* | |

These persons may also be directors of various beveks.

## Auditor of the management company

PriceWaterhouseCoopers België, Woluwe Garden, Woluwedal 18, 1932 Sint-Stevens-Woluwe, represented by Gregory Joos, company auditor and recognized auditor.

## Status of the Bevek

Public Bevek with various sub-funds that has opted for investments complying with the conditions of Directive 2009/65/EC and which, as far as its operations and investments are concerned, is governed by the Law of 3 August 2012 relative to undertakings for collective investment complying with the conditions of Directive 2009/65/EC and the undertakings for investment in receivables.

In the relationship between the investors, each sub-fund will be viewed as a separate entity. Investors have a right only to the assets of and return from the sub-fund in which they have invested. The liabilities of each individual sub-fund are covered only by the assets of that sub-fund.

## Financial portfolio management

Regarding the delegation of the management of the investment portfolio, please see the information concerning the sub-funds.

## Financial service providers

The financial services providers in Belgium are:
KBC Bank NV, Havenlaan 2, B-1080 Brussels
CBC Banque SA, Avenue Albert 1er 60, B-5000 Namur

## Custodian

KBC Bank NV, Havenlaan 2, B-1080 Brussels.

### Custodian's activities

The custodian:
   a) Ensures the safe-keeping of the assets of the Bevek and compliance with the standard obligations in this regard;
   b) Ensures that the sale, issue, purchase, redemption and withdrawal of shares in the Bevek occur in compliance with the applicable legal and regulatory provisions, the articles of association and the prospectus;
   c) Ensures that the net asset value of the shares in the Bevek is calculated in accordance with the applicable legal and regulatory provisions, the articles of association and the prospectus;
   d) Carries out the instructions of , provided that these do not contravene the applicable legal and regulatory provisions, the articles of association and/or the prospectus;
   e) Ensures that in transactions relating to the assets of the Bevek, the equivalent value is transferred to the Bevekwithin the usual terms;
   f) Ascertains that:
      i. The assets in custody correspond with the assets stated in the acounts of the Bevek;
      ii. The number of shares in circulation stated in the accounts corresponds with the number of shares in circulation as stated in the acounts of the Bevek;
      iii. The investment restrictions specified in the applicable legal and regulatory provisions, the articles of association and the prospectus are respected;
      iv. The rules regarding fees and costs specified in the applicable legal and regulatory provisions, the articles of association and the prospectus are respected;
      v. The returns of the Bevek are appropriated in accordance with the applicable legal and regulatory provisions, the articles of association and the prospectus.

5

# KBC Eco Fund
# Audited annual report
# 31 August 2021

Public open-ended investment company under Belgian law with a variable number of units opting for investments complying with the conditions of Directive 2009/65/EC - **UCITS**

No subscriptions will be accepted on the basis of this report. Subscriptions will only be valid if effected after a free copy of the simplified prospectus or prospectus has been provided

2

# Table of contents

1. General information on the Bevek KBC Eco Fund

    1.1. Organisation of the Bevek KBC Eco Fund

    1.2. Management report

        1.2.1. Information for the shareholders
            1.2.1.1. Securities Financing Transactions (SFTs)
            1.2.1.2. General strategy for hedging the exchange rate risk
            1.2.1.3. Social, ethical and environmental aspects
            1.2.1.4. Synthetic risk and reward indicator
            1.2.1.5. Ongoing charges
            1.2.1.6. Existence of fee sharing agreements and rebates
            1.2.1.7. Existence of fee sharing agreements and rebates
            1.2.1.8. Recurrent fees and charges
        1.2.2. General market overview

    1.3. Auditor's report

    1.4. Aggregate balance sheet

    1.5. Aggregate profit and loss account

    1.6. Summary of recognition and valuation rules
        1.6.1. Summary of the rules
        1.6.2. Exchange rates

# 1.    General information on the Bevek

## 1.1.    Organisation of the Bevek

### Office

2 Havenlaan - B-1080 Brussels, Belgium.

### Date of incorporation

27 March 1992

### Life

Unlimited.

### Board of directors of the Bevek

| Name | Function | Mandat |
|------|----------|--------|
| Patrick Dallemagne | Financial Director CBC Banque SA, Avenue Albert 1er 60, B-5000 Namur | Chairman |
| Jean-Louis Claessens | / | Independent Director |
| Jozef Walravens | / | Independent Director |
| Carine Vansteenkiste | General Manager KBC Private Banking - West Region KBC Bank NV, Havenlaan 2, B-1080 Brussels | Non-executive director |
| Johan Tyteca | / | Natural person to whom the executive management of the Bevek has been entrusted appointed 01/09/2020 |
| Tom Mermuys | Head of Asset Allocation and Strategy Portfolios KBC Asset Management NV, Havenlaan 2, 1080 Brussels | Natural person to whom the executive management of the Bevek has been entrusted |
| Wilfried Kupers | General Manager Group Legal KBC Group NV, Havenlaan 2, 1080 Brussels | Natural person to whom the executive management of the Bevek has been entrusted resigned 31/08/2020 |

### Management type

Bevek that has appointed a company for the management of undertakings for collective investments.
The appointed management company is KBC Asset Management NV, Havenlaan 2, B-1080 Brussels.

### Date of incorporation of the management company

30 december 1999.

### Names and positions of the directors of the management company

| Name | Title | |
|------|-------|--|
| Wouter Vanden Eynde | *Independent Director* | |
| Stefan Van Riet | *Non-Executive Director* | |
| Pierre Konings | *Non-Executive Director* | |
| Katrien Mattelaer | *Non-Executive Director* | |
| Johan Daemen | *Non-Executive Director* | |
| Peter Andronov | *Chairman* | appointed 30/06/2021 |
| Luc Popelier | *Chairman* | resigned 30/06/2021 |
| Johan Lema | *President of the Executive Committee* | |
| Linda Demunter | *Managing Director* | resigned 14/11/2020 |
| Jürgen Verschaeve | *Managing Director* | appointed 15/11/2020 |
| Frank Van de Vel | *Managing Director* | |
| Chris Sterckx | *Managing Director* | |
| Klaus Vandewalle | *Managing Director* | |

4

## Names and positions of the natural persons to whom the executive management of the management company has been entrusted

| Name | Title | |
|---|---|---|
| Johan Lema | *President of the Executive Committee* | |
| Linda Demunter | *Managing Director* | resigned 14/11/2020 |
| Jürgen Verschaeve | *Managing Director* | appointed 15/11/2020 |
| Frank Van de Vel | *Managing Director* | |
| Chris Sterckx | *Managing Director* | |
| Klaus Vandewalle | *Managing Director* | |

These persons may also be directors of various beveks.

## Auditor of the management company

PriceWaterhouseCoopers België, Woluwe Garden, Woluwedal 18, 1932 Sint-Stevens-Woluwe, represented by Gregory Joos, company auditor and recognized auditor.

## Status of the Bevek

Public Bevek with various sub-funds that has opted for investments complying with the conditions of Directive 2009/65/EC and which, as far as its operations and investments are concerned, is governed by the Law of 3 August 2012 relative to undertakings for collective investment complying with the conditions of Directive 2009/65/EC and the undertakings for investment in receivables.

In the relationship between the investors, each sub-fund will be viewed as a separate entity. Investors have a right only to the assets of and return from the sub-fund in which they have invested. The liabilities of each individual sub-fund are covered only by the assets of that sub-fund.

## Financial portfolio management

Management of the investment policy has not been delegated.

## Financial service providers

The financial services providers in Belgium are:
KBC Bank NV, Havenlaan 2, B-1080 Brussels
CBC Banque SA, Avenue Albert 1er 60, B-5000 Namur

## Custodian

KBC Bank NV, Havenlaan 2, B-1080 Brussels.

### Custodian's activities

The custodian:

a) Ensures the safe-keeping of the assets of the Bevek and compliance with the standard obligations in this regard;

b) Ensures that the sale, issue, purchase, redemption and withdrawal of shares in the Bevek occur in compliance with the applicable legal and regulatory provisions, the articles of association and the prospectus;

c) Ensures that the net asset value of the shares in the Bevek is calculated in accordance with the applicable legal and regulatory provisions, the articles of association and the prospectus;

d) Carries out the instructions of , provided that these do not contravene the applicable legal and regulatory provisions, the articles of association and/or the prospectus;

e) Ensures that in transactions relating to the assets of the Bevek, the equivalent value is transferred to the Bevekwithin the usual terms;

f) Ascertains that:

    i.   The assets in custody correspond with the assets stated in the acounts of the Bevek;

    ii.   The number of shares in circulation stated in the accounts corresponds with the number of shares in circulation as stated in the acounts of the Bevek;

    iii.   The investment restrictions specified in the applicable legal and regulatory provisions, the articles of association and the prospectus are respected;

    iv.   The rules regarding fees and costs specified in the applicable legal and regulatory provisions, the articles of association and the prospectus are respected;

    v.   The returns of the Bevek are appropriated in accordance with the applicable legal and regulatory provisions, the articles of association and the prospectus.