UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| STEVEN LEVENTHAL, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>        vs.<br><br>CHEGG, INC., DANIEL L. ROSENSWEIG, ANDREW J. BROWN, NATHAN SCHULTZ, JOHN P. FILLMORE and ROBIN TOMASELLO,<br><br>                              Defendants. | Case No.: 5:21-cv-09953-EJD<br><br>[~~PROPOSED~~] ORDER GRANTING NOTICE OF REQUEST FOR WITHDRAWAL OF COUNSEL |

[~~PROPOSED~~] ORDER GRANTING NOTICE OF REQUEST FOR WITHDRAWAL OF COUNSEL - 5:21-cv-09953-EJD

Upon consideration of the Notice of Request for Withdrawal of Counsel, and for good cause shown, it is HEREBY ORDERED that Jennifer Pafiti of Pomerantz LLP is hereby withdrawn as counsel of record. The clerk is directed to remove the above-named attorney and law firm from the docket as well as the ECF Service List.

IT IS SO ORDERED.

DATED:    March 11, 2022

THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING NOTICE OF REQUEST FOR WITHDRAWAL OF COUNSEL - 5:21-cv-09953-EJD