**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Telephone:      (858) 997-0860
Facsimile:      (858) 369-0096

*Attorneys for Proposed Co- Lead Plaintiff the Pompano Beach Police & Firefighters' Retirement System, and Proposed Co-Lead Counsel for the Class*

**MOTLEY RICE LLP**
Christopher F. Moriarty (admitted *pro hac vice*)
cmoriarty@motleyrice.com
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Telephone: (843) 216-9000

*Attorneys for Proposed Co-Lead Plaintiff KBC Asset Management NV, and Proposed Co-Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| STEVEN LEVENTHAL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHEGG, INC., DANIEL L. ROSENSWIEG, ANDREW J. BROWN, NATHAN SCHULTZ, JOHN P. FILLMORE, AND ROBIN TOMASELLO,<br><br>Defendants. | Case No. 5:21-cv-09953-EJD<br><br>CLASS ACTION<br><br>Judge Edward J. Davila<br><br>**DECLARATION OF DAVID R. KAPLAN IN SUPPORT OF REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF THE MOTION OF KBC ASSET MANAGEMENT NV AND THE POMPANO BEACH POLICE & FIREFIGHTERS' RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF, AND IN OPPOSITION TO THE COMPETING MOTIONS**<br><br>DATE:  August 25, 2022<br>TIME:   9:00 a.m.<br>COURTROOM: 4—5th Floor<br>JUDGE: Hon. Edward J. Davila |

I, David R. Kaplan, declare on this 15th day of March 2022:

1.      I am a Director with the law firm of Saxena White P.A. ("Saxena White"), proposed Co-Lead Counsel for the Class, and a member in good standing of the Bar of the State of California and am admitted to practice before this Court. I submit this Declaration in support of KBC Asset Management NV ("KBC") and Pompano Beach Police & Firefighters' Retirement System's ("Pompano Beach P&F") Reply Memorandum of Points and Authorities in Further Support of the Motion of KBC Asset Management NV and The Pompano Beach Police & Firefighters' Retirement System for Appointment as Lead Plaintiff, and In Opposition to the Competing Motions.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached as Exhibit A are true and correct copies of the Management Company Agreements between (a) KBC Eco Fund NV and KBC Asset Management NV, and (b) KBC Equity Fund NV and KBC Asset Management NV.

3.      Attached as Exhibit B is a true and correct copy of the Declaration of Bart Elst.

4.      Attached as Exhibit C is a true and correct copy of the Declaration of Professor Matthias E. Storme.

5.      Attached as Exhibit D are true and correct copies of public filings in *City of Warwick Mun. Emps.' Pension Fund v. Rackspace Hosting, Inc.*, No.: 1:17-cv-03501, ECF Nos. 19, 20-1, 28 (S.D.N.Y).

6.      Attached as Exhibit E are a true and correct copies of public filings in *In re DXC Tech. Co. Sec. Litig.*, No. 1:18-cv-01599, ECF Nos. 22-2, 38 (E.D. Va.).

7.      Attached as Composite Exhibit F are true and correct copies of assignments involving KBC Asset Management NV in (a) *Glore v. SanDisk Corp.*, No.: 3:15-cv-01455-VC, (N.D. Cal.); (b) *In re LeapFrog Enters., Inc. Sec. Litig.,* No. 3:15-cv-00347 (N.D. Cal.); (c) *Henningsen v. The ADT Corp.*, No. 9:14-cv-80566, (S.D. Fla.); (d) *In re Intel Corp. Securities Litigation*, Case No: 5:20-cv-05194-EJD (N.D. Cal.); and (e) *In re Under Armour Securities Litigation*, No. RDB-17-388 (D. Md.).

DECL. OF DAVID R. KAPLAN  ISO MOT. OF KBC AND POMPANO BEACH P&F
APP'T REPLY MEMO. OF LAW IN OPPS. TO COMPETING LEAD PLAINTIFF MOTS.
CASE NO. 5:21-CV-09953-EJD

- 1 -

8.    Attached as Exhibit G is a true and correct copy of KBC Asset Management NV's List of Authorised Signatures.

9.    Attached as Exhibit H are true and correct copies of public filings *In re 3M Company Sec. Litig.*, No. 2:19-cv-15982, ECF Nos. 7-5, 18. (D.N.J.).

10.    Attached as Exhibit I is a true and correct copy of the public filing in *Boynton Beach Firefighters' Pension Fund v. HCP, Inc.*, No. 3:16-cv-01106, ECF No. 21-3. (N.D. Ohio).

11.    Attached as Exhibit J are true and correct copies of public filings in *Henningsen v. The ADT Corp.*, No. 9:14-cv-80566, ECF Nos. 37-6, 51 (S.D. Fla.)

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: March 15, 2022                                Respectfully submitted,

By:  */s/ David R. Kaplan*

DECL. OF DAVID R. KAPLAN  ISO MOT. OF KBC AND POMPANO BEACH P&F
APP'T REPLY MEMO. OF LAW IN OPPS. TO COMPETING LEAD PLAINTIFF MOTS.
CASE NO. 5:21-CV-09953-EJD