# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| STEVEN LEVENTHAL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHEGG, INC., DANIEL L. ROSENSWIEG, ANDREW J. BROWN, NATHAN SCHULTZ, JOHN P. FILLMORE and ROBIN TOMASELLO,<br><br>Defendants. | No. 5:21-cv-09953-EJD<br><br>Judge Edward J. Davila<br><br>CLASS ACTION<br><br>**DECLARATION OF PROF. MATTHIAS E. STORME** |

DECL. OF PROF. STORME
CASE NO. 5:21-CV-09953-EJD

I, Matthias E. Storme, hereby declare as follows:

## I.    PERSONAL QUALIFICATIONS

1.    I am a Partner in the firm Storme, Leroy, van Parys Advocatenassociatie cv in Gent and a tenured full senior Professor of Law at the Katholieke Universiteit Leuven (Belgium) and the Universiteit Antwerpen (Belgium). I graduated magna cum laude from the University of Leuven in 1981. In 1982 I obtained a Master of Arts degree in Philosophy from Yale University. I continued my studies in law at Bologna University (Italy) (1983-1984) and at the Max-Planck-Institute for international and comparative law in Hamburg (Germany) (1984-1985). I obtained a Ph.D. in law/Juris Doctorate from the Katholieke Universiteit Leuven in 1989. I have written extensively in the fields of contract law, civil procedure, property and insolvency law including security rights, including specifically standing in civil procedure, cross-border litigation, agency, joint property, and trust. I am editor-in-chief of the *European Review of Private Law* (ERPL), and editor-in-chief of the lead Belgian journal *Tijdschrift voor privaatrecht* (TPR), and advisor to several foreign journals, and a founding member of the European Law Institute. I was admitted to the bar in Belgium on January 28, 1988 (full admission) and have specialized in commercial law, contracts, property, and insolvency, and some constitutional law. I was a member of the Council of the Brussels bar from 1996 to 1998 and an elected member of the General Council of Flemish Bars from 1998 to 2000. From 2000 to 2002 I served as a Member of the commission on permanent education of the Flemish Bars. I have been the attorney of the Bar Council in several lawsuits before Belgian and European Union courts. I have served as an expert witness on Belgian law in several lawsuits in the United States, the United Kingdom and Germany. My detailed curriculum vitae is attached as Exhibit A.

2.    I have been asked by counsel for KBC Asset Management NV ("KBC") to express my opinion as to whether, under applicable Belgian law, KBC has standing to bring claims on

1

behalf of certain funds – namely KBC Eco Fund NV ("KBC Eco Fund") and KBC Equity Fund NV ("KBC Equity Fund") – in a U.S. class action.

3.      Both funds at issue here – KBC Eco Fund and KBC Equity Fund – are public open-ended collective funds in the form of companies with a variable number of shares (in Dutch, beleggingsvennootschap met veranderlijk kapitaal ("bevek"); in French, société d'investissement à capital variable ("sicav")). These beveks are incorporated legal entities and have legal title to the funds and the assets in the funds, as well as the authority to commence a lawsuit to recover damages. The shareholders of the fund do not hold the assets of the fund in their name. The authority to commence a lawsuit to recover damages for the fund can be entrusted by the bevek to an agent, as evidenced in the funds' investment management agreements in which KBC Eco Fund and KBC Equity Fund have provided such authority to KBC. Under Belgian law, the shareholders of the funds do not have such rights. Such funds are governed by the Collective Investment Act of 2012 replacing the former Act of July 20, 2004 (full title of the Collective Investment Act, as amended by Act of April 19, 2014: "Act of 3 August 2012 on institutions for collective investment that satisfy the criteria of Directive 2009/65/EC and on institutions for investment in receivables"), especially Art. 15 and ff. Unless such a public fund meets a number of strict requirements, it is by law (Art. 44 of the Collective Investment Act of 2012) obliged to entrust the "administrative tasks" defined by art. 3, 2° of the same Act to a management company, including the whole of the administration of the fund as an institution. KBC Eco Fund and KBC Equity Fund have both entrusted by contract these tasks to KBC, a Belgian company licensed to perform these activities. The Management Company Agreements, which I have reviewed, provide in both cases explicitly (Article 2.2.2.) that the Management Company (i.e. KBC) is mandated to exercise the rights of the funds, including the participation in class actions or the commencement of an individual action. Whereas in general under Belgian law, it is possible to authorize another party to exercise one's rights of action in

Court without assignment in the strict sense, in the specific case of such funds, entrusting this to a management company is even specifically provided by the Collective Investment Act of 2012 (Art. 44). For the general rule, see the judgments of the Belgian Supreme Court (Court of Cassation) 4 September 2015, case no. F.13.0149.F, at https://juportal.be/content/ECLI:BE:CASS:2015:ARR.20150904.2; and 9 September 2016, case no. C.16.0100.N, *Claim-IT/TUI Airlines*, https://juportal.be/content/ECLI:BE:CASS:2016:ARR.20160909.6: the agent is acting in its own name on behalf of the principal.

4.      Thus, it is my opinion that the KBC Eco Fund and KBC Equity Fund, (1) hold the assets of the funds in their own name and the assets of the funds are not held by the shareholders; (2) may mandate KBC, through the investment management agreements and under the Collective Investment Act of 2012, to exercise in its own name their rights of action against Defendants; (3) have given such mandate to KBC through the execution of the investment management agreements and under the Collective Investment Act of 2012; and (4) no other written assignment is required for KBC to bring claims in a U.S. class action on behalf of KBC Eco Fund or KBC Equity Fund.

5.      While they are not required for KBC to bring claims on behalf of KBC Eco Fund and KBC Equity Fund in light of Belgian law and the respective applicable agreements between each of (i) KBC and KBC Eco Fund and (ii) KBC and KBC Equity Fund, KBC produces two "declaration of assignment" of February 17, 2022, one containing an assignment by KBC Eco Fund and another one an assignment by KBC Equity Fund, both to KBC Asset Management NV. In these declarations Messrs. Van de Vel and Verschaeve assigned in the name and on behalf of these Funds "any and all claims of the Fund and its sub-funds against the defendants in the Lawsuit" (i.e. an action against Chegg, Inc. et al.). These declarations are not a mere power of attorney but contain effectively an assignment under Belgian law.

DECL. OF BART ELST
CASE NO. 5:21-CV-09953-EJD

6.      Under Belgian law, a right to compensation (as any other right to payment) can be assigned to another person without any formalities. *See* art. 1690 § 1, 1 Belgian "Old"[1] Civil Code as modified by Art. 4 of the Act of July 6, 1994.[2] No writing is required. Art. 1690 requires a notification to the debtor of the right for the assignee to exercise it against the debtor, but such notification is not required for the transfer of the right itself; notification is required only to prevent the debtor from discharging its debt by paying the assignor. There are no formalities for notification to the debtor (no writing requirement) and no specific words must be used. The notification can be implied in a writ of summons or statement of claim of the assignee against the debtor. Where the right is assigned, the assignee – which is the new owner of the right – can exercise the right and bring suit. The assignee is the owner of the right to compensation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and accurately sets forth my opinions on the matters discussed.

Dated: March 14, 2022

Matthias E. Storme, declarant

---

[1] Since 2019, the Civil Code of 1804, as modified, is officially named "Old Civil Code", as there is also a new Civil Code. Contract law and assignment are still governed by the Old Civil Code.

[2] The modifying Act of July 6, 1994 was published in the Official Journal of July 15, 1994. Art. 1690 § 1, 1 now provides (English translation). "The assignment of a right to performance can be invoked against other persons than its debtor by the mere conclusion of the agreement to assign."

DECL. OF BART ELST
CASE NO. 5:21-CV-09953-EJD

Curriculum Vitae Matthias E. Storme

| | |
|---|---|
| **PERSONAL INFORMATION** | **Matthias E. Storme** |



📍 Tiensestraat 41 - bus 3434, 3000 Leuven (Belgium)

📠 (+32) 16 32 54 36    📱 (+32) 475 784 152

✉ matthiasedward.storme@kuleuven.be
matthias.storme@uantwerpen.be

## WORK EXPERIENCE

### 1996–Present Tenured Senior professor

KU Leuven, Leuven (Belgium) ; Universiteit Antwerpen (part-time)

Senior professor (hoogleraar; in 2001 buitengewoon hoogleraar, in 2011 gewoon hoogleraar), in the field of civil and commercial law (insolvency, property & obligations & civil procedure), including international business law, and comparative law.

Currently teaching Insolvency law, International Business Law, Enforcement law, Comparative law methodology, International Sales and Payments, European private law. Co-organiser of the (bi-annual) Training Program for prospective Insolvency Administrators (Joint program of the Universities of Leuven and Antwerpen).

### 1991–1996 Junior professor

KU Leuven, Leuven (Belgium)

### 1990–1993 Junior Professor

University of Amsterdam, Amsterdam (Netherlands)

### 1989–Present Professor (part-time)

University of Antwerp, Antwerp (Belgium)

### 1987–1989 Teaching assistant

KU Leuven Law School, Leuven (Belgium)

### 1983–1987 Researcher in Law

National Research Council, Leuven (Belgium)

## EDUCATION AND TRAINING

### 1989 Doctor Iuris                                         EQF level 8

KU Leuven, Leuven (Belgium)

Doctoral thesis: The Influence of Good Faith in the Law of Obligations
Supervisor: Prof. Walter van Gerven

### 1984–1985 Stipendiar der Max-Planck-Gesellschaft

Max-Planck-Institut für internationales und ausländisches Privatrecht, Hamburg (Germany)

| 1983–1984 | Research fellow |
|---|---|
| | Universitá degli studi di Bologna |

| 1981–1982 | **C.R.B. Graduate Fellow of the Belgian-American Educational Foundation** | |
|---|---|---|

| 1981 | **M.A. (Philosophy)** | EQF level 7 |
|---|---|---|
| | Yale University, New Haven, CT (United States) | |

| 1978–1981 | **Lic. Iur.** | EQF level 7 |
|---|---|---|
| | KU Leuven, (Belgium) | |

| 1978–1979 | **Bacc. Philos.** | EQF level 6 |
|---|---|---|
| | KU Leuven, Leuven (Belgium) | |

| 1976–1978 | **Bacc. Iur.** | EQF level 6 |
|---|---|---|
| | UFSIA, Antwerpen (Belgium) | |

## PERSONAL SKILLS

**Mother tongue(s)** Dutch

**Other language(s)**

| | UNDERSTANDING | | SPEAKING | | WRITING |
|---|---|---|---|---|---|
| | Listening | Reading | Spoken interaction | Spoken production | |
| French | C2 | C2 | C2 | C2 | C2 |
| English | C2 | C2 | C2 | C2 | C2 |
| German | C2 | C2 | C2 | C2 | C1 |
| Italian | C2 | C2 | B2 | B2 | B1 |

Levels: A1/A2: Basic user - B1/B2: Independent user - C1/C2: Proficient user
Common European Framework of Reference for Languages

**Organisational / managerial skills**    Since 2009 head of the Institute for international trade law and since 2011 head of the Institute for Insolvency law at the KU Leuven (in 2012 merged in the "Institute for commercial and insolvency law")

## ADDITIONAL INFORMATION

**Guest Professorships**

- Guest professor in International Business Transactions Law at the China Europe School of Law, Beijing, China, since 2010

- Guest professor in European private law, Vilnius university, Lithuania, 2018

- Guest professor in European private law and comparative law, Universita statale di Milano, Italy, 2019;

- Guest professor European private law, Waseda University, Tokyo, Japan, 2019;

- Gues professor  European private law and comparative law, FGV Direito, Sao Paolo, Brazil 2022

- Guest lectures at i.a. Erasmus Universiteit Rotterdam, Université de Rouen, Universiteit Utrecht; Universiteit Groningen, Universities of Budapest and Miskolc, Universiteit Gent, Hebrew University Jerusalem, Tel Aviv, Université de Lille, University of Stellenbosch, FUNDP Namur, Universität

Curriculum Vitae Matthias E. Storme

Salzburg, University of Porto, University of Prague, Tartu University, Universität Münster, Univ. Santiago de Compostela, Ritsumeikan university Kyoto, etc.

| | |
|---|---|
| **Professional career outside the University** | -advocate at the Gent Bar since 2014, partner in the law firm Storme Leroy Van Parys; from 1987 to 2013 at the Brussels Bar (partner in the law firm KS4V since its foundation 1998 until 2013) |
| | -1995-1996 President of the Dutch Young Bar of Brussels |
| | -member of the Council of the Brussels Bar 1996-1998; member of the General Council of the Flemish Bars (1998-2000), member of the Permanent Education Board of the General Council of the Flemish Bars (2000-2002) |
| | -1993-2008 member of the Council of the Flemish Lawyers' Association (VJV), 1998-2008 also member of the Board. |
| | - experience as arbitrator ICC and CEPANI (belgian arbitration center) |
| | - member of the Commission of Advice for the Bar at the Court of Cassation (since 2015) |
| **Editorships** | - Editor in chief of the "European review of private law / Europäische Zeitschrift für privatrecht / Revue européenne de droit privé", since 2007 (editor since the foundation in 1992) |
| | - Member of the editorial Board of the leading Belgian law review "Tijdschrift voor privaatrecht" (since 2000), co-director (= editor-in-chief) since 2014 |
| | - Advisor to the Revista de Derecho Privado (Spain), Italian Law Journal, and other journals. |
| **Scientific activities and expert commissions** | - 1992 - until the end, 2002 Secretary of the "Commission on European Contract Law" (so-called Lando-commission), preparing the "Principles of European Contract Law" |
| | - member of the Study Group on a European Civil Code (chairman Prof. Ch.v.Bar), since 2000 until the end (2009) |
| | - member of the Acquis Group (Study Group on existing European Union Contract Law) since 2004 |
| | - member of the Compilation and Redaction Team of the CoPECL network drafting a Common Frame of Reference for European Contract Law (2006-2009) (final draft submitted to the European Commission December 2009) |
| | - founding member of the European Law Institute (2011, drafter of the Articles of Association), member of the Council of the ELI (re-elected 2017-2021) |
| | - reporter and/or organisor at/of many Congresses or Colloquia, national and international (i.a. International Academy of comparative law; International association of procedural law; Principles of European Trust Law; etc.) |
| | - promotor of several research projects in the field of harmonisation of law and the European Union, including projects funded by the Flemish research council (FWO) |
| | - member of the Research group "The common core of E.C. Private law", Universita degli studi di Trento. |
| | - member of several other scientific associations (INSOL Europe, etc.) |
| | - member of several Expert Commissions of the Belgian government |
| | - since 2014 member of the Board of the Interfederal Center for Equal Opportunities and Non-Discrimination (Equality body). |
| | - Since January 1st, 2015 chairman of the Board of the "Vlaamse regulator voor de media" (Flemish Regulator for the Media, independent government agency) |
| | - co-organiser (with Rudi Laermans and Gert Verschraegen) International conference 'Niklas Luhmann's Sociology of Politics and law: Contemporary Significance and Reception', Leuven 17-18 May 2018 |
| | - member of the expert panel "law" of the FWO (Fonds Wetenschappelijk Onderzoek Vlaanderen, Fund for scientific research Flanders), since 2019 |
| | - since 2022 member of the Federal deontological commission, agency supervising the integrity of federale members of parliament, ministers and high civil servants |

Publications     - Most publications are in Dutch (mother tongue and teaching language at the Catholic University of Leuven), some in other languages. A list can be found on http://www.storme.be/articles.html and a selection at https://limo.libis.be/primo-explore/search?query=creator,contains,matthias,AND&query=creator,contains,storme,AND&tab=default_tab&search_scope=Lirias&sortby=date&vid=Lirias&lang=en_US&mode=advanced&offset=0. (intranet: https://lirias2.kuleuven.be/userprofile.html?uid=1667).

Matthias E. Storme

          © European Union, 2002-2014 | http://europass.cedefop.europa.eu