# EXHIBIT E

# EXHIBIT A

**PLAINTIFF'S CERTIFICATION**
**PURSUANT TO FEDERAL SECURITIES LAWS**

The undersigned, Linda Demunter and Chris Sterckx, on behalf of KBC Asset Management NV ("KBC"), on account of its funds listed in Schedule A (the "Funds"), declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1.    We have reviewed a complaint against DXC Technology Company ("DXC").

2.    We are duly authorized to institute legal action on behalf of KBC and the Funds, including litigation against DXC and any other defendants.

3.    KBC and the Funds did not purchase or sell the security that is the subject of this litigation at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4.    KBC is willing to serve as lead plaintiff and understands that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial. KBC also understands that it is subject to the jurisdiction of the Court and will be bound by all rulings of the Court, including rulings regarding any judgments.

5.    KBC will not accept any payment for serving as a representative party beyond the Funds' *pro rata* share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court.

6.    KBC has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification, except as detailed below:

> *Murphy v. Precision Castparts Corp.*, No. 3:16-cv-00521 (D. Ore. May 27, 2016);
>
> *Shenwick v. Twitter, Inc.*, No. 3:16-cv-05314 (N.D. Cal. Nov. 15, 2016);
>
> *City of Warwick Municipal Employees Pension Fund v. Rackspace Hosting, Inc.*, No. 1:17-cv-03501 (S.D.N.Y. July 10, 2017);
>
> *Kleszynski v. General Motors Co.*, No. 17-cv-3213 (E.D.N.Y. July 26, 2017); *Pope v. General Motors Co.*, No. 17-cv-12185 (E.D. Mich. July 26, 2017);
>
> *Craig v. CenturyLink, Inc.*, No. 17-cv-01005 (W.D. La. Aug. 21, 2017); *Scott v. CenturyLink, Inc.*, No. 17-cv-01033 (W.D. La. Aug. 21, 2017); *Thummeti v. CenturyLink, Inc.*, No. 17-cv-01065 (W.D. La. Aug. 21, 2017);
>
> *Parchmann v. MetLife, Inc.*, No. 1:18-cv-00780 (E.D.N.Y. Apr. 6, 2018); and

*Retail Wholesale Department Store Union Local 338 Retirement Fund v. Synchrony Financial*, No. 3:18-cv-01818 (D. Conn. Jan. 2, 2019).

7.      KBC understands that this is not a claim form, and that the Funds' ability to share in any recovery as a member of the class is unaffected by KBC's decision to serve as a representative party.

8.      Attached hereto as Schedule A is a complete listing of all transactions the Funds made during the Class Period in the security that is the subject of this litigation. KBC will provide records of those transactions upon request.

9.      KBC is also represented and counseled in this matter by its attorney, Deborah M. Sturman of Sturman LLC.

**We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of our knowledge, information and belief.**

Executed this **15th** day of February, 2019.

For KBC Asset Management NV:


_____
Linda Demunter
Managing Director


_____
Chris Sterckx
Managing Director

**Schedule A**
**DXC Technology Company (DXC)**
Class Period: 02/08/2018 - 11/06/2018

| KBC Asset Management NV | | Date | Shares | Price |
|---|---|---|---|---|
| **HOR.KBC** | | | | |
| | Purchases: | 2/14/2018 | 637.00 | 100.14 |
| | | 3/22/2018 | 5,825.00 | 103.04 |
| | | 4/23/2018 | 8,353.00 | 104.00 |
| | | 4/23/2018 | 1,205.00 | 104.00 |
| | | 4/23/2018 | 8,404.00 | 104.00 |
| | | 5/24/2018 | 9,985.00 | 99.70 |
| | | 5/24/2018 | 10,483.00 | 99.70 |
| | | 9/20/2018 | 6,130.00 | 94.82 |
| | | 9/20/2018 | 7,259.00 | 94.82 |
| | | 10/18/2018 | 1,586.00 | 88.41 |
| | | 10/18/2018 | 6,975.00 | 88.41 |
| | Sales: | 6/21/2018 | -10,129.00 | 81.08 |
| | | 10/12/2018 | -4,147.00 | 87.66 |
| | | 10/12/2018 | -4,319.00 | 87.66 |
| | | 11/5/2018 | -22,127.00 | 71.81 |
| | | 11/5/2018 | -25,734.00 | 71.81 |
| **KBC ECO FUND** | | | | |
| | Purchases: | 7/25/2018 | 18,584.00 | 88.24 |
| | | 9/19/2018 | 3,944.00 | 93.32 |
| | | 10/2/2018 | 3,854.00 | 93.43 |

**KBC EQUITY FD**

| | | | | |
|---|---|---|---|---|
| Purchases: | 2/8/2018 | 2,330.00 | 91.92 |
| | 3/12/2018 | 4,171.00 | 106.08 |
| | 6/11/2018 | 774.00 | 84.90 |
| | 7/18/2018 | 121,145.00 | 87.09 |
| | 7/20/2018 | 121,289.00 | 87.02 |
| | 8/23/2018 | 42,176.00 | 88.59 |
| | 10/1/2018 | 3,178.00 | 93.89 |
| | 10/2/2018 | 17,100.00 | 93.43 |
| | 10/2/2018 | 40,429.00 | 93.43 |
| | 10/2/2018 | 11,250.00 | 93.43 |
| | 10/3/2018 | 87,271.00 | 93.66 |
| | 10/3/2018 | 4,755.00 | 93.67 |
| | 10/4/2018 | 35,475.00 | 92.90 |
| | 11/5/2018 | 9,572.00 | 71.81 |
| | 11/5/2018 | 25,653.00 | 71.81 |
| Sales: | 3/16/2018 | -758.00 | 104.51 |
| | 7/2/2018 | -2,096.00 | 82.00 |
| | 9/20/2018 | -24,013.00 | 94.82 |
| | 10/18/2018 | -3,903.00 | 88.41 |
| | 10/23/2018 | -79,726.00 | 87.58 |
| | 10/25/2018 | -31,096.00 | 75.94 |
| | 10/31/2018 | -97,405.00 | 72.84 |
| | 10/31/2018 | -707.00 | 72.84 |
| | 11/2/2018 | -1,481.00 | 70.63 |

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Tomas Krüger Andersen, on behalf of Arbejdsmarkedets Tillægspension ("ATP"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Head of Legal of ATP. I have reviewed a complaint filed in this matter. ATP has authorized the filing of this motion for appointment as lead plaintiff.

2. ATP did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. ATP is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. ATP fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. ATP's transactions in the DXC Technology Company securities that are the subject of this action are set forth in the chart attached hereto.

5. ATP has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

6. ATP will not accept any payment for serving as a representative party on behalf of the Class beyond ATP's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22 day of February, 2019.

Tomas Krüger Andersen
Head of Legal
*Arbejdsmarkedets Tillægspension*

**Arbejdsmarkedets Tillaegspension**
**Transactions in DXC Technology Company**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 6/7/2018 | 164,864 | 84.4756 |
| Purchase | 7/3/2018 | 6,693 | 82.3112 |
| Purchase | 10/23/2018 | 4,419 | 87.3361 |
| Sale | 8/1/2018 | (1,851) | 85.5730 |
| Sale | 8/2/2018 | (549) | 85.7391 |
| Sale | 8/28/2018 | (1,751) | 89.8846 |
| Sale | 8/29/2018 | (1,737) | 90.9251 |
| Sale | 8/31/2018 | (1,721) | 91.0441 |
| Sale | 9/4/2018 | (1,719) | 90.4436 |
| Sale | 9/5/2018 | (1,713) | 89.9649 |
| Sale | 9/6/2018 | (993) | 90.5299 |
| Sale | 9/25/2018 | (1,674) | 94.9471 |
| Sale | 9/26/2018 | (609) | 94.5857 |

Case Case 5:21-cv-09953-NC Document 189 Filed 08/03/15 Page Page 9 of 10 PageID# 459

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| CITY OF WARREN POLICE AND FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DXC TECHNOLOGY COMPANY, J. MICHAEL LAWRIE and PAUL N. SALEH,<br><br>Defendants. | Civil Action No. 1:18-cv-01599-AJT-MSN<br><br>CLASS ACTION |

## ORDER GRANTING THE MOTION OF KBC ASSET MANAGEMENT NV AND ARBEJDSMARKEDETS TILLÆGSPENSION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF COUNSEL

Upon consideration of the unopposed Motion of KBC Asset Management NV and Arbejdsmarkedets Tillægspension for Appointment as Lead Plaintiff and Approval of Their Selection of Lead Counsel [Doc. No. 22], and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The motion of KBC Asset Management NV ("KBC") and Arbejdsmarkedets Tillægspension ("ATP") [Doc. No. 22] is **GRANTED** and the hearing scheduled for March 29, 2019 at 10:00 a.m. is **CANCELED**.

2. KBC and ATP are **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action and all related actions that are consolidated in accordance with paragraph four of this Order.

3. KBC and ATP's selection of Lead Counsel is **APPROVED**, and Motley Rice LLC and Bernstein Litowitz Berger & Grossmann LLP are **APPOINTED** to serve as Lead Counsel for the class.

4.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any pending, subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned action are consolidated for all purposes.

5.      This action shall bear the caption "*In re DXC Technology Company Securities Litigation*" and shall be maintained under master file number No. 1:18-cv-01599-AJT-MSN.

Alexandria, Virginia
March 26, 2019

_____ /s/ _____
Anthony J. Trenga
United States District Judge