# EXHIBIT F

# Exhibit E

**DECLARATION OF ASSIGNMENT BY
UNION INVESTMENT LUXEMBOURG S.A.
TO UNION ASSET MANAGEMENT HOLDING AG**

We, Maria Löwenbrück and Rudolf Kessel, hereby declare as follows:

1.  We are the Managing Directors of Union Investment Luxembourg S.A. ("UIL") and we have personal knowledge of all matters stated herein.

2.  The funds listed in Attachment 1 (the "Funds") are managed under German law by UIL.

3.  On behalf of the UIL, we hereby execute and submit this declaration: (a) authorizing the actions of Union Asset Management Holding AG ("Union") in taking legal action and moving for lead plaintiff on behalf of the Funds on or around May 29, 2015, in an action against SanDisk Corp. ("SanDisk"); (b) declaring that UIL will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Union all rights, title, and interest of UIL in any and all claims, demands, and causes of action of any kind whatsoever that UIL has or may have arising from violations of the United States federal securities laws in connection with the purchase of the publicly traded securities of SanDisk. Further, UIL hereby appoints Union as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Union agrees to remit any proceeds received as a result of this Assignment to UIL.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of May, 2015 in Frankfurt, Germany.

For Union Investment Luxembourg S.A. (Assignor):

_____
Maria Löwenbrück
Assignor

_____
Rudolf Kessel
Assignor

For Union Asset Management Holding AG:

_____
Dr. Joachim von Cornberg
General Counsel

_____
Dr. Fabian Hannich
General Counsel

# ATTACHMENT 1

UniGlobal II
UniInstitutional Convertibles Protect
UniInstitutional Global Convertibles
UniInst. Global Convertibles Sustainable



## DECLARATION OF ASSIGNMENT BY
## UNION INVESTMENT PRIVATFONDS GMBH
## TO UNION ASSET MANAGEMENT HOLDING AG

We, Dr. Christian Günnewig and Dr. Frank Engels, hereby declare as follows:

1.  We are Managing Directors of Union Investment Privatfonds GmbH ("UIP") and we have personal knowledge of all matters stated herein.

2.  The funds listed in Attachment 1 (the "Funds") are managed under German law by UIP.

3.  On behalf of the UIP, we hereby execute and submit this declaration: (a) authorizing the actions of Union Asset Management Holding AG ("Union") in taking legal action and moving for lead plaintiff on behalf of the Funds on or around May 29, 2015, in an action against SanDisk Corp. ("SanDisk"); (b) declaring that UIP will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Union all rights, title, and interest of UIP in any and all claims, demands, and causes of action of any kind whatsoever that UIP has or may have arising from violations of the United States federal securities laws in connection with the purchase of the publicly traded securities of SanDisk. Further, UIP hereby appoints Union as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Union agrees to remit any proceeds received as a result of this Assignment to UIP.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of May, 2015 in Frankfurt, Germany.

For Union Investment Privatfonds GmbH (Assignor):

Dr. Christian Günnewig
Managing Director

Dr. Frank Engels
Managing Director

For Union Asset Management Holding AG:

Dr. Joachim von Cornberg
General Counsel

Dr. Fabian Hannich
General Counsel

**ATTACHMENT 1**

UniGlobal
UniGlobal-net-
VBWL Spezialfonds
GenoAS: 1
Invest Global

# DECLARATION OF ASSIGNMENT BY
# UNION INVESTMENT INSTITUTIONAL GMBH
# TO UNION ASSET MANAGEMENT HOLDING AG

We, Klaus Bollmann and Dr. Nicolas Ebhardt, hereby declare as follows:

1. We are Managing Directors of Union Investment Institutional GmbH ("UIN") and we have personal knowledge of all matters stated herein.

2. The funds listed in Attachment 1 (the "Funds") are managed under German law by UIN.

3. On behalf of the UIN, we hereby execute and submit this declaration: (a) authorizing the actions of Union Asset Management Holding AG ("Union") in taking legal action and moving for lead plaintiff on behalf of the Funds on or around May 29, 2015, in an action against SanDisk Corp. ("SanDisk"); (b) declaring that UIN will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Union all rights, title, and interest of UIN in any and all claims, demands, and causes of action of any kind whatsoever that UIN has or may have arising from violations of the United States federal securities laws in connection with the purchase of the publicly traded securities of SanDisk. Further, UIN hereby appoints Union as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Union agrees to remit any proceeds received as a result of this Assignment to UIN.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of May 2015 in Frankfurt, Germany.

For Union Investment Institutional GmbH (Assignor):

Klaus Bollmann
Assignor

Dr. Nicolas Ebhardt
Assignor

For Union Asset Management Holding AG:

Dr. Joachim von Cornberg
General Counsel

Dr. Fabian Hannich
General Counsel

**ATTACHMENT 1**

UIN-Fonds Nr. 760
DEVIF-Fonds Nr. 92
DEVIF-Fonds Nr. 48
UIN-Fonds Nr. 560
DEVIF-Fonds Nr. 60

## DECLARATION OF ASSIGNMENT BY KBC ECO FUND
## TO KBC ASSET MANAGEMENT NV

We, Jürgen Verschaeve and Dirk Cuypers, hereby declare as follows:

1. We are the representatives of the KBC Eco Fund (the "Fund") and we have personal knowledge of all matters stated herein.

2. The Fund is governed by Belgian law.

3. On or about May 29, 2015, KBC Asset Management NV ("KBC") will file a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") in an action against SanDisk Corp. (the "Lawsuit").

4. KBC has authority, under its investment management agreement, to file the Motion, to seek appointment as Lead Plaintiff in the Lawsuit, to pursue the Lawsuit, and to act on behalf of the Fund.

On behalf of the Fund, we hereby execute and submit this declaration: (a) declaring that the Fund will be bound by the result of the Motion and the Lawsuit; and (b) assigning to KBC any and all claims of the Fund and its sub-fund (World) against the defendants in the Lawsuit.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Brussels, Belgium on 13 May, 2015.

For KBC Eco Fund (Assignor):
Signed by KBC Asset Management NV as authorized signatory for KBC Equity Fund pursuant to a management company agreement dated 16 December 2013


_____
Jürgen Verschaeve
Assignor

For KBC Management NV (Assignee):


_____
Chris Sterckx
Managing Director


_____
Dirk Cuypers
Assignor


_____
Dirk Mampaey
Managing Director

# DECLARATION OF ASSIGNMENT BY KBC EQUITY FUND
## TO KBC ASSET MANAGEMENT NV

We, Jürgen Verschaeve and Dirk Cuypers, hereby declare as follows:

1.  We are the representatives of the KBC Equity Fund (the "Fund") and we have personal knowledge of all matters stated herein.

2.  The Fund is governed by Belgian law.

3.  On or about May 29, 2015, KBC Asset Management NV ("KBC") will file a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") in an action against SanDisk Corp. (the "Lawsuit").

4.  KBC has authority, under its investment management agreement, to file the Motion, to seek appointment as Lead Plaintiff in the Lawsuit, to pursue the Lawsuit, and to act on behalf of the Fund.

On behalf of the Fund, we hereby execute and submit this declaration: (a) declaring that the Fund will be bound by the result of the Motion and the Lawsuit; and (b) assigning to KBC any and all claims of the Fund and its sub-funds (Buyback America; Global Leaders; High Dividend North America; Strategic Telecom & Technology; Strategic Satellites) against the defendants in the Lawsuit.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Brussels, Belgium on 13 May, 2015.

For KBC Equity Fund (Assignor):
Signed by KBC Asset Management NV as authorized signatory for KBC Equity Fund pursuant to a management company agreement dated 16 December 2013

_____
Jürgen Verschaeve
Assignor

_____
Dirk Cuypers
Assignor

For KBC Management NV (Assignee):

_____
Chris Sterckx
Managing Director

_____
Dirk Mampaey
Managing Director

## DECLARATION OF ASSIGNMENT BY INDEX FUND
## TO KBC ASSET MANAGEMENT NV

We, Jürgen Verschaeve and Dirk Cuypers, hereby declare as follows:

1. We are the representatives of the Index Fund (the "Fund") and we have personal knowledge of all matters stated herein

2. The Fund is governed by Belgian law.

3. On or about May 29, 2015, KBC Asset Management NV ("KBC") will file a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") in an action against SanDisk Corp. (the "Lawsuit").

4. KBC has authority, under its investment management agreement, to file the Motion, to seek appointment as Lead Plaintiff in the Lawsuit, to pursue the Lawsuit, and to act on behalf of the Fund.

On behalf of the Fund, we hereby execute and submit this declaration:  (a) declaring that the Fund will be bound by the result of the Motion and the Lawsuit; and (b) assigning to KBC any and all claims of the Fund and its sub-funds (United States; World) against the defendants in the Lawsuit.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Brussels, Belgium on 13 May, 2015.

For Index Fund (Assignor):
Signed by KBC Asset Management NV as authorized signatory for KBC Equity Fund pursuant to a management company agreement dated 16 December 2013

Jürgen Verschaeve
Assignor

Dirk Cuypers
Assignor

For KBC Management NV (Assignee):

Chris Sterckx
Managing Director

Dirk Mampaey
Managing Director

## DECLARATION OF ASSIGNMENT BY KBC INSTITUTIONAL FUND
## TO KBC ASSET MANAGEMENT NV

We, Jürgen Verschaeve and Dirk Cuypers, hereby declare as follows:

1.  We are the representatives of the KBC Institutional Fund (the "Fund") and we have personal knowledge of all matters stated herein

2.  The Fund is governed by Belgian law.

3.  On or about May 29, 2015, KBC Asset Management NV ("KBC") will file a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") in an action against SanDisk Corp. (the "Lawsuit").

4.  KBC has authority, under its investment management agreement, to file the Motion, to seek appointment as Lead Plaintiff in the Lawsuit, to pursue the Lawsuit, and to act on behalf of the Fund.

On behalf of the Fund, we hereby execute and submit this declaration: (a) declaring that the Fund will be bound by the result of the Motion and the Lawsuit; and (b) assigning to KBC any and all claims of the Fund and its sub-funds (Global SRI Defensive I; SRI World Equity) against the defendants in the Lawsuit.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Brussels, Belgium on 13 May, 2015.

For KBC Institutional Fund (Assignor):
Signed by KBC Asset Management NV as authorized signatory for KBC Equity Fund pursuant to a management company agreement dated 16 December 2013

Jürgen Verschaeve
Assignor

Dirk Cuypers
Assignor

For KBC Management NV (Assignee):

Chris Sterckx
Managing Director

Dirk Mampaey
Managing Director

# EXHIBIT D

## DECLARATION OF ASSIGNMENT BY KBC EQUITY FUND
## TO KBC ASSET MANAGEMENT NV

We, Jürgen Verschaeve and Dirk Cuypers, hereby declare as follows:

1. We are the representatives of the KBC Equity Fund (the "Fund") and we have personal knowledge of all matters stated herein.

2. The Fund is governed by Belgian law.

3. On or about March 24, 2015, KBC Asset Management NV ("KBC") will file a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") in an action against LeapFrog Enterprises, Inc. (the "Lawsuit").

4. KBC has authority, under its investment management agreement, to file the Motion, to seek appointment as Lead Plaintiff in the Lawsuit, to pursue the Lawsuit, and to act on behalf of the Fund.

On behalf of the Fund, we hereby execute and submit this declaration: (a) declaring that the Fund will be bound by the result of the Motion and the Lawsuit; and (b) assigning to KBC any and all claims of the Fund and its sub-fund (Buyback America & US Small Caps) against the defendants in the Lawsuit.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Brussels, Belgium on 11 March, 2015.

For KBC Equity Fund (Assignor):
*Signed by KBC Asset Management NV as authorized signatory of the Fund pursuant to a management company agreement dated 16 December 2013*

Jürgen Verschaeve
Assignor

Dirk Cuypers
Assignor

For KBC Management NV (Assignee):

Chris Sterckx
Managing Director

Dirk Mampaey
Managing Director

# EXHIBIT E

Case 9:21-cv-09953-RGR Document 89-6 Filed 03/15/22 Page 16 of 24

## DECLARATION OF ASSIGNMENT BY KBC EQUITY FUND
## TO KBC ASSET MANAGEMENT NV

We, Jürgen Verschaeve and Dirk Cuypers, hereby declare as follows:

1.    We are the representatives of the KBC Equity Fund (the "Fund") and we have personal knowledge of all matters stated herein

2.    The Fund is governed by Belgian law.

3.    On or about June 27, 2014, KBC Asset Management NV ("KBC") will file a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") in an action against The ADT Corporation (the "Lawsuit").

4.    KBC has authority, under its investment management agreement, to file the Motion, to seek appointment as Lead Plaintiff in the Lawsuit, to pursue the Lawsuit, and to act on behalf of the Fund.

On behalf of the Fund, we hereby execute and submit this declaration: (a) declaring that the Fund will be bound by the result of the Motion and the Lawsuit; and (b) assigning to KBC any and all claims of the Fund and its sub-funds (America, Global Leaders, Industrials & Infrastructure, and Quant Global 1) against the defendants in the Lawsuit.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Brussels, Belgium on _10_ June, 2014.

For KBC Equity Fund (Assignor):
Signed by KBC Asset Management NV as authorized signatory of KBC Equity Fund pursuant to a management company agreement dated 16 December 2013

_____                    _____
Jürgen Verschaeve                          Dirk Cuypers  DIRK NAnPAEY
Assignor                                   Assignor      MAnAqiNq DiRECTER

For KBC Management NV (Assignee):

_____                    _____
Chris Sterckx                              Dirk Mampaey    DIRK CUYPERS
Managing Director                          Managing Director  ASSIGNOR

## DECLARATION OF ASSIGNMENT BY PRICOS DEFENSIVE
## TO KBC ASSET MANAGEMENT NV

We, Frank Van de Vel and Chris Sterckx, hereby declare as follows:

1.   We are the representatives of Pricos Defensive (the "Fund") and we have personal knowledge of all matters stated herein.

2.   The Fund is governed by Belgian law.

3.   On or about September 28, 2020, KBC Asset Management NV ("KBC") will file a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") in an action against Intel Corporation (the "Lawsuit").

4.   KBC has authority, under its investment management agreement, to file the Motion, to seek appointment as Lead Plaintiff in the Lawsuit, to pursue the Lawsuit, and to act on behalf of the Fund.

On behalf of the Fund, we hereby execute and submit this declaration: (a) declaring that the Fund will be bound by the result of the Motion and the Lawsuit; and (b) assigning to KBC any and all claims of the Fund against the defendants in the Lawsuit.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Brussels, Belgium this 25th. day of September, 2020.

For Pricos Defensive (Assignor):
* Signed by KBC Asset Management NV as authorized signatory for Pricos Defensive pursuant to the management regulations of the Fund concerned dated 14 August 2019.

_____
Frank Van de Vel
Assignor

_____
Chris Sterckx
Assignor

For KBC Management NV (Assignee):

_____
Linda Demunter
Managing Director

_____
Klaus Vandewalle
Managing Director

## DECLARATION OF ASSIGNMENT BY KBC INSTITUTIONAL FUND
## TO KBC ASSET MANAGEMENT NV

We, Frank Van de Vel and Chris Sterckx, hereby declare as follows:

1.     We are the representatives of the KBC Institutional Fund (the "Fund") and we have personal knowledge of all matters stated herein.

2.     The Fund is governed by Belgian law.

3.     On or about September 28, 2020, KBC Asset Management NV ("KBC") will file a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") in an action against Intel Corporation (the "Lawsuit").

4.     KBC has authority, under its investment management agreement, to file the Motion, to seek appointment as Lead Plaintiff in the Lawsuit, to pursue the Lawsuit, and to act on behalf of the Fund.

On behalf of the Fund, we hereby execute and submit this declaration: (a) declaring that the Fund will be bound by the result of the Motion and the Lawsuit; and (b) assigning to KBC any and all claims of the Fund and its sub-funds against the defendants in the Lawsuit.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Brussels, Belgium this 25th. day of September, 2020.

For KBC Institutional Fund (Assignor):
*Signed by KBC Asset Management NV as authorized signatory for KBC Institutional Fund pursuant to a management company agreement.

_____          _____
Frank Van de Vel                                               Chris Sterckx
Assignor                                                             Assignor


For KBC Asset Management NV (Assignee):

_____          _____
Linda Demunter                                               Klaus Vandewalle
Managing Director                                           Managing Director

## DECLARATION OF ASSIGNMENT BY PRICOS
## TO KBC ASSET MANAGEMENT NV

We, Frank Van de Vel and Chris Sterckx, hereby declare as follows:

1.      We are the representatives of Pricos (the "Fund") and we have personal knowledge of all matters stated herein.

2.      The Fund is governed by Belgian law.

3.      On or about September 28, 2020, KBC Asset Management NV ("KBC") will file a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") in an action against Intel Corporation (the "Lawsuit").

4.      KBC has authority, under its investment management agreement, to file the Motion, to seek appointment as Lead Plaintiff in the Lawsuit, to pursue the Lawsuit, and to act on behalf of the Fund.

On behalf of the Fund, we hereby execute and submit this declaration: (a) declaring that the Fund will be bound by the result of the Motion and the Lawsuit; and (b) assigning to KBC any and all claims of the Fund against the defendants in the Lawsuit.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Brussels, Belgium this 25th. day of September, 2020.

For Pricos (Assignor):
* Signed by KBC Asset Management NV as authorized signatory for Pricos pursuant to the management regulations of the Fund concerned dated 14 August 2019.


_____          _____
Frank Van de Vel                        Chris Sterckx
Assignor                                Assignor


For KBC Management NV (Assignee):


_____          _____
Linda Demunter                          Klaus Vandewalle
Managing Director                       Managing Director

## DECLARATION OF ASSIGNMENT BY PRICOS SRI
## TO KBC ASSET MANAGEMENT NV

We, Frank Van de Vel and Chris Sterckx, hereby declare as follows:

1.    We are the representatives of Pricos SRI (the "Fund") and we have personal knowledge of all matters stated herein.

2.    The Fund is governed by Belgian law.

3.    On or about September 28, 2020, KBC Asset Management NV ("KBC") will file a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") in an action against Intel Corporation (the "Lawsuit").

4.    KBC has authority, under its investment management agreement, to file the Motion, to seek appointment as Lead Plaintiff in the Lawsuit, to pursue the Lawsuit, and to act on behalf of the Fund.

On behalf of the Fund, we hereby execute and submit this declaration: (a) declaring that the Fund will be bound by the result of the Motion and the Lawsuit; and (b) assigning to KBC any and all claims of the Fund against the defendants in the Lawsuit.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Brussels, Belgium this 25th. day of September, 2020.

For Pricos SRI (Assignor):
* Signed by KBC Asset Management NV as authorized signatory for Pricos SRI pursuant to the management regulations of the Fund concerned dated 14 August 2019.


_____            _____
Frank Van de Vel                            Chris Sterckx
Assignor                                    Assignor



For KBC Management NV (Assignee):


_____            _____
Linda Demunter                              Klaus Vandewalle
Managing Director                           Managing Director

## DECLARATION OF ASSIGNMENT BY KBC ECO FUND
## TO KBC ASSET MANAGEMENT NV

We, Frank Van de Vel and Chris Sterckx, hereby declare as follows:

1.     We are the representatives of the KBC Eco Fund (the "Fund") and we have personal knowledge of all matters stated herein.

2.     The Fund is governed by Belgian law.

3.     On or about September 28, 2020, KBC Asset Management NV ("KBC") will file a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") in an action against Intel Corporation (the "Lawsuit").

4.     KBC has authority, under its investment management agreement, to file the Motion, to seek appointment as Lead Plaintiff in the Lawsuit, to pursue the Lawsuit, and to act on behalf of the Fund.

On behalf of the Fund, we hereby execute and submit this declaration: (a) declaring that the Fund will be bound by the result of the Motion and the Lawsuit; and (b) assigning to KBC any and all claims of the Fund and its sub-funds against the defendants in the Lawsuit.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Brussels, Belgium this 25th. day of September, 2020.

For KBC Eco Fund (Assignor):
*Signed by KBC Asset Management NV as authorized signatory for KBC Eco Fund pursuant to a management company agreement.

_____
Frank Van de Vel
Assignor

_____
Chris Sterckx
Assignor

For KBC Management NV (Assignee):

_____
Linda Demunter
Managing Director

_____
Klaus Vandewalle
Managing Director

## DECLARATION OF ASSIGNMENT BY PLATO INSTITUTIONAL INDEX FUND TO KBC ASSET MANAGEMENT NV

We, Frank Van de Vel and Chris Sterckx, hereby declare as follows:

1.  We are the representatives of the Plato Institutional Index Fund (the "Fund") and we have personal knowledge of all matters stated herein.

2.  The Fund is governed by Belgian law.

3.  On or about September 28, 2020, KBC Asset Management NV ("KBC") will file a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") in an action against Intel Corporation (the "Lawsuit").

4.  KBC has authority, under its investment management agreement, to file the Motion, to seek appointment as Lead Plaintiff in the Lawsuit, to pursue the Lawsuit, and to act on behalf of the Fund.

On behalf of the Fund, we hereby execute and submit this declaration: (a) declaring that the Fund will be bound by the result of the Motion and the Lawsuit; and (b) assigning to KBC any and all claims of the Fund and its sub-funds against the defendants in the Lawsuit.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Brussels, Belgium this 25th., day of September, 2020.

For Plato Institutional Index Fund (Assignor):
*Signed by KBC Asset Management NV as authorized signatory for Plato Institutional Index Fund pursuant to a management company agreement.

| | |
|---|---|
| Chris Sterckx | Frank Van de Vel |
| Assignor | Assignor |

For KBC Asset Management NV (Assignee):

| | |
|---|---|
| Linda Demunter | Klaus Vandewalle |
| Managing Director | Managing Director |

## DECLARATION OF ASSIGNMENT BY KBC EQUITY FUND NV
## TO KBC ASSET MANAGEMENT NV

We, Frank Van de Vel and Chris Sterckx, hereby declare as follows:

1.    We are the representatives of the KBC Equity Fund NV (the "Fund") and we have personal knowledge of all matters stated herein.

2.    The Fund is governed by Belgian law.

3.    On or about September 28, 2020, KBC Asset Management NV ("KBC") will file a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") in an action against Intel Corporation (the "Lawsuit").

4.    KBC has authority, under its investment management agreement, to file the Motion, to seek appointment as Lead Plaintiff in the Lawsuit, to pursue the Lawsuit, and to act on behalf of the Fund.

On behalf of the Fund, we hereby execute and submit this declaration: (a) declaring that the Fund will be bound by the result of the Motion and the Lawsuit; and (b) assigning to KBC any and all claims of the Fund and its sub-funds against the defendants in the Lawsuit.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Brussels, Belgium this 25th. day of September, 2020.

For KBC Equity Fund NV (Assignor):
*Signed by KBC Asset Management NV as authorized signatory for KBC Equity Fund pursuant to a management company agreement.

_____          _____
Frank Van de Vel                         Chris Sterckx
Assignor                                 Assignor


For KBC Asset Management NV (Assignee):

_____          _____
Linda Demunter                           Klaus Vandewalle
Managing Director                        Managing Director

## DECLARATION OF ASSIGNMENT BY KBC EQUITY FUND NV
## TO KBC ASSET MANAGEMENT NV

We, Frank Van de Vel and Klaus Vandewalle, hereby declare as follows:

1.    We are the representatives of the KBC Equity Fund NV (the "Fund") and we have personal knowledge of all matters stated herein.

2.    The Fund is governed by Belgian law.

3.    On or about January 6, 2020, KBC Asset Management NV ("KBC") will file a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") in an action against Under Armour, Inc. (the "Lawsuit").

4.    KBC has authority, under its investment management agreement, to file the Motion, to seek appointment as Lead Plaintiff in the Lawsuit, to pursue the Lawsuit, and to act on behalf of the Fund.

On behalf of the Fund, we hereby execute and submit this declaration: (a) declaring that the Fund will be bound by the result of the Motion and the Lawsuit; and (b) assigning to KBC any and all claims of the Fund and its sub-funds against the defendants in the Lawsuit.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Brussels, Belgium this 6 day of January, 2020.

For KBC Equity Fund NV (Assignor):
*Signed by KBC Asset Management NV as authorized signatory for KBC Equity Fund pursuant to a management company agreement.

_____
Frank Van de Vel
Assignor

_____
Klaus Vandewalle
Assignor

For KBC Asset Management NV (Assignee):

_____
Chris Sterckx
Managing Director

_____
Johan Lema
Managing Director