# EXHIBIT G

Strictly Confidential

# List of authorised signatures

**KBC** Asset Management NV
Havenlaan 2
1080 Sint-Jans-Molenbeek (BRUSSELS)
Belgium

General Rule:
Article 22 of the Articles of Association
With regard to the powers of the Board of Directors, the company shall be represented by two directors, one of whom is required to be a managing director, or by persons especially empowered for that purpose. With regard to the powers of the Executive Committee, the company shall be represented by two managing directors, or by persons especially empowered for that purpose.

## Members of the Executive Committee:

| Name | Function | Signature | Paraph |
|------|----------|-----------|--------|
| Johan Lema | President of the Executive Committee, Managing Director | | |
| Chris Sterckx | Managing Director | | |
| Frank Van de Vel | Managing Director | | |
| Klaus Vandewalle | Managing Director | | |
| Jürgen Verschaeve | Managing Director | | |

Sint-Jans-Molenbeek (BRUSSELS),
23 August 2021

Chris Sterckx
Managing Director

Johan Lema
President of the Executive Committee

Authenticated by Mrs Daisy Dekegel
Notary in Brussels (Belgium),
for legalization/certification of
the signature of M Chris Sterckx, M. Johan Lema
Set on this document.

Brussels,

