# EXHIBIT I

# EXHIBIT C

Movants' Purchases and Losses                                                                                                  HCP

Case 5:21-cv-09953-PCP    Document 89-9    Filed 03/15/22    Page 3 of 4

| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Société Générale Securities Services GmbH - REIT Nordamerika 1** | 04/15/2015 | 54,000 | $43.33 | $2,339,820.00 | 08/24/2015 | 21,500 | $38.65 | $830,975.00 | |
| | 04/15/2015 | 4,600 | $42.96 | $197,616.00 | 12/16/2015 | 15,800 | $36.68 | $579,544.00 | |
| | 04/15/2015 | 1,800 | $42.98 | $77,364.00 | 12/16/2015 | 4,700 | $36.63 | $172,161.00 | |
| | 04/16/2015 | 3,000 | $43.00 | $129,000.00 | 12/16/2015 | 1,700 | $36.72 | $62,424.00 | |
| | 04/16/2015 | 8,600 | $43.09 | $370,574.00 | 12/17/2015 | 3,000 | $37.40 | $112,200.00 | |
| | 04/16/2015 | 27,800 | $43.12 | $1,198,736.00 | 12/17/2015 | 10,100 | $37.41 | $377,841.00 | |
| | 04/17/2015 | 21,000 | $43.09 | $904,890.00 | 12/17/2015 | 2,700 | $37.48 | $101,196.00 | |
| | 04/21/2015 | 9,500 | $42.85 | $407,075.00 | 12/18/2015 | 300 | $36.57 | $10,971.00 | |
| | 04/21/2015 | 1,100 | $42.87 | $47,157.00 | 12/18/2015 | 1,500 | $36.52 | $54,780.00 | |
| | 04/21/2015 | 500 | $42.81 | $21,405.00 | 12/18/2015 | 26,900 | $36.50 | $981,850.00 | |
| | 04/22/2015 | 1,100 | $42.18 | $46,398.00 | 12/18/2015 | 17,100 | $36.49 | $623,979.00 | |
| | 04/22/2015 | 800 | $42.19 | $33,752.00 | 01/20/2016 | 17,200 | $34.90 | $600,280.00 | |
| | 04/22/2015 | 3,500 | $42.36 | $148,260.00 | 01/20/2016 | 11,700 | $34.68 | $405,756.00 | |
| | 04/22/2015 | 4,300 | $42.17 | $181,331.00 | 01/20/2016 | 11,700 | $34.90 | $408,330.00 | |
| | 04/22/2015 | 5,700 | $42.24 | $240,768.00 | held | 78,100 | $32.13 | $2,509,579.74 | |
| | 04/23/2015 | 2,600 | $42.57 | $110,682.00 | | | | | |
| | 04/23/2015 | 900 | $42.58 | $38,322.00 | | | | | |
| | 04/23/2015 | 5,000 | $42.44 | $212,200.00 | | | | | |
| | 04/23/2015 | 4,800 | $42.40 | $203,520.00 | | | | | |
| | 04/23/2015 | 1,100 | $42.45 | $46,695.00 | | | | | |
| | 05/14/2015 | 6,100 | $39.25 | $239,425.00 | | | | | |
| | 08/11/2015 | 3,700 | $38.04 | $140,748.00 | | | | | |
| | 08/11/2015 | 14,800 | $38.06 | $563,288.00 | | | | | |
| | 08/12/2015 | 14,200 | $38.97 | $553,374.00 | | | | | |
| | 08/13/2015 | 1,300 | $39.09 | $50,817.00 | | | | | |
| | 11/06/2015 | 7,000 | $33.96 | $237,720.00 | | | | | |
| | 11/09/2015 | 11,100 | $33.40 | $370,740.00 | | | | | |
| | 12/04/2015 | 4,100 | $35.56 | $145,796.00 | | | | | |
| | | **224,000** | | **$9,257,473.00** | | **224,000** | | **$7,831,866.74** | **($1,425,606.26)** |
| **Société Générale Securities Services GmbH - PT-MASTER** | 03/30/2015 | 9,443 | $42.59 | $402,177.37 | held | 17,168 | $32.13 | $551,657.68 | |
| | 04/24/2015 | 5,076 | $42.45 | $215,476.20 | | | | | |
| | 06/30/2015 | 1,620 | $36.47 | $59,081.40 | | | | | |
| | 09/29/2015 | 1,029 | $37.31 | $38,391.99 | | | | | |
| | | **17,168** | | **$715,126.96** | | **17,168** | | **$551,657.68** | **($163,469.28)** |
| **Société Générale Securities Services GmbH - Aktien Nordamerika 2** | 06/08/2015 | 18,733 | $37.26 | $697,991.58 | 07/07/2015 | 15 | $37.95 | $569.25 | |
| | 06/18/2015 | 123 | $38.43 | $4,726.89 | 08/06/2015 | 851 | $37.95 | $32,295.45 | |
| | 08/24/2015 | 3,148 | $38.39 | $120,851.72 | 09/01/2015 | 21,138 | $36.63 | $774,284.94 | |
| | | **22,004** | | **$823,570.19** | | **22,004** | | **$807,149.64** | **($16,420.55)** |

**City of Birmingham Retirement and Relief System**

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 08/13/2015 | 5,412 | $39.65 | $214,570.11 | 02/09/2016 | 74 | $31.07 | $2,299.37 |
| 08/14/2015 | 1,396 | $39.97 | $55,800.35 | 02/09/2016 | 2,233 | $28.36 | $63,333.24 |
| 08/17/2015 | 6,658 | $40.61 | $270,348.09 | 02/10/2016 | 2,327 | $27.77 | $64,620.79 |
| 09/21/2015 | 1,736 | $38.65 | $67,100.22 | 02/11/2016 | 215 | $27.22 | $5,853.01 |
| 10/22/2015 | 728 | $39.49 | $28,750.39 | 02/16/2016 | 223 | $26.97 | $6,014.31 |
| 10/23/2015 | 427 | $39.23 | $16,752.92 | 02/16/2016 | 788 | $26.97 | $21,252.36 |
| 10/23/2015 | 664 | $38.71 | $25,704.70 | 02/17/2016 | 706 | $27.46 | $19,387.47 |
| 10/26/2015 | 736 | $38.35 | $28,228.32 | 02/18/2016 | 268 | $28.10 | $7,531.95 |
| 10/27/2015 | 716 | $38.30 | $27,419.86 | 02/18/2016 | 269 | $28.04 | $7,543.59 |
| 11/27/2015 | 358 | $35.75 | $12,799.75 | 02/19/2016 | 479 | $28.40 | $13,603.55 |
| 12/03/2015 | 10,937 | $35.26 | $385,682.37 | 03/17/2016 | 5,426 | $32.88 | $178,432.92 |
| 12/04/2015 | 2,391 | $35.73 | $85,422.06 | held | 42,203 | $32.13 | $1,356,104.91 |
| 12/04/2015 | 3,685 | $35.74 | $131,690.48 | | | | |
| 12/07/2015 | 1,906 | $35.96 | $68,540.14 | | | | |
| 12/07/2015 | 2,108 | $36.06 | $76,023.97 | | | | |
| 12/11/2015 | 2,043 | $35.45 | $72,434.36 | | | | |
| 12/14/2015 | 1,717 | $35.66 | $61,226.67 | | | | |
| 12/15/2015 | 856 | $36.35 | $31,114.14 | | | | |
| 12/15/2015 | 1,340 | $36.31 | $48,652.18 | | | | |
| 12/16/2015 | 230 | $36.72 | $8,446.59 | | | | |
| 12/16/2015 | 573 | $36.70 | $21,029.62 | | | | |
| 12/16/2015 | 664 | $37.06 | $24,608.90 | | | | |
| 12/17/2015 | 476 | $37.37 | $17,789.79 | | | | |
| 12/17/2015 | 795 | $37.51 | $29,820.45 | | | | |
| 12/23/2015 | 489 | $37.59 | $18,380.63 | | | | |
| 12/24/2015 | 277 | $37.79 | $10,467.64 | | | | |
| 12/28/2015 | 1,158 | $38.06 | $44,068.96 | | | | |
| 12/29/2015 | 412 | $38.59 | $15,897.56 | | | | |
| 12/29/2015 | 507 | $38.56 | $19,551.44 | | | | |
| 01/06/2016 | 3,816 | $37.43 | $142,823.34 | | | | |
| | **55,211** | | **$2,061,146.01** | | **55,211** | | **$1,745,977.48** | **($315,168.53)** |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Movants' Total** | **318,383** | | **$12,857,316.16** | | **318,383** | | **$10,936,651.54** | **($1,920,664.62)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $32.13 as of May 06, 2016 for common stock.