# EXHIBIT J

Case 5:21-cv-09955-PCP Document 89-10 Filed 03/15/22 Page 2 of 9

# EXHIBIT C

ADT Corp

| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| KBC EQUITY FUND - AMERICA | 09/23/2013 | 3,595 | $42.88 | $154,153.60 | held | 99,426 | $30.30 | $3,012,158.78 | |
| KBC EQUITY FUND - AMERICA | 10/02/2013 | 41,337 | $40.68 | $1,681,589.16 | | | | | |
| KBC EQUITY FUND - AMERICA | 10/31/2013 | 2,097 | $43.37 | $90,946.89 | | | | | |
| KBC EQUITY FUND - AMERICA | 12/03/2013 | 4,125 | $40.47 | $166,938.75 | | | | | |
| KBC EQUITY FUND - AMERICA | 12/05/2013 | 11,255 | $40.74 | $458,528.70 | | | | | |
| KBC EQUITY FUND - AMERICA | 12/20/2013 | 20,375 | $39.69 | $808,683.75 | | | | | |
| KBC EQUITY FUND - AMERICA | 01/23/2014 | 16,642 | $39.02 | $649,370.84 | | | | | |
| | | | | | | | | | |
| KBC EQUITY FUND - AMERICA | | 99,426 | | $4,010,211.69 | | 99,426 | | $3,012,158.78 | ($998,052.91) |
| | | | | | | | | | |
| KBC EQUITY FUND - INDUST. & INFRASTRU | 01/14/2013 | 12,000 | $47.05 | $564,567.60 | 04/18/2013 | 9,469 | $43.66 | $413,416.54 | |
| KBC EQUITY FUND - INDUST. & INFRASTRU | 01/24/2013 | 5,000 | $46.81 | $234,050.00 | 04/19/2013 | 1,250 | $43.84 | $54,800.00 | |
| KBC EQUITY FUND - INDUST. & INFRASTRU | 03/21/2013 | 17,402 | $48.88 | $850,609.76 | 04/30/2013 | 1,730 | $43.64 | $75,497.20 | |
| KBC EQUITY FUND - INDUST. & INFRASTRU | 08/22/2013 | 1,262 | $41.51 | $52,385.62 | 06/03/2013 | 9,778 | $41.05 | $401,386.90 | |
| KBC EQUITY FUND - INDUST. & INFRASTRU | 09/19/2013 | 3,707 | $42.69 | $158,251.83 | 06/07/2013 | 3,142 | $40.21 | $126,339.82 | |
| KBC EQUITY FUND - INDUST. & INFRASTRU | | | | | 06/13/2013 | 2,019 | $38.77 | $78,276.63 | |
| KBC EQUITY FUND - INDUST. & INFRASTRU | | | | | 10/31/2013 | 5,626 | $43.37 | $243,999.62 | |
| KBC EQUITY FUND - INDUST. & INFRASTRU | | | | | 11/21/2013 | 1,901 | $43.35 | $82,408.35 | |
| KBC EQUITY FUND - INDUST. & INFRASTRU | | | | | 12/03/2013 | 4,125 | $40.47 | $166,938.75 | |
| KBC EQUITY FUND - INDUST. & INFRASTRU | | | | | held | 331 | $30.30 | $10,027.81 | |
| | | | | | | | | | |
| KBC EQUITY FUND - INDUST. & INFRASTRU | | 39,371 | | $1,859,864.81 | | 39,371 | | $1,653,091.62 | ($206,773.19) |
| | | | | | | | | | |
| KBC EQUITY FUND - QUANT GLOBAL 1 | 01/24/2014 | 1,499 | $38.78 | $58,131.22 | held | 1,499 | $30.30 | $45,412.93 | |
| | | | | | | | | | |
| KBC EQUITY FUND - QUANT GLOBAL 1 | | 1,499 | | $58,131.22 | | 1,499 | | $45,412.93 | ($12,718.29) |
| | | | | | | | | | |
| KBC Asset Management NV Total | | 140,296 | | $5,928,207.72 | | 140,296 | | $4,710,663.32 | ($1,217,544.40) |
| | | | | | | | | | |
| IBEW Local 595 Pension Plan | 06/04/2013 | 800 | $40.20 | $32,158.88 | held | 31,000 | $30.30 | $939,160.00 | |
| IBEW Local 595 Pension Plan | 06/05/2013 | 1,500 | $39.96 | $59,936.85 | | | | | |
| IBEW Local 595 Pension Plan | 06/07/2013 | 1,400 | $40.26 | $56,364.00 | | | | | |
| IBEW Local 595 Pension Plan | 06/07/2013 | 1,500 | $40.19 | $60,285.60 | | | | | |
| IBEW Local 595 Pension Plan | 06/10/2013 | 2,100 | $40.00 | $83,994.54 | | | | | |
| IBEW Local 595 Pension Plan | 06/12/2013 | 1,700 | $39.15 | $66,555.00 | | | | | |
| IBEW Local 595 Pension Plan | 06/12/2013 | 1,900 | $39.35 | $74,773.36 | | | | | |
| IBEW Local 595 Pension Plan | 06/13/2013 | 3,300 | $38.87 | $128,256.48 | | | | | |
| IBEW Local 595 Pension Plan | 06/14/2013 | 1,300 | $39.12 | $50,851.58 | | | | | |
| IBEW Local 595 Pension Plan | 06/17/2013 | 1,500 | $39.58 | $59,370.45 | | | | | |
| IBEW Local 595 Pension Plan | 06/18/2013 | 400 | $40.65 | $16,260.72 | | | | | |
| IBEW Local 595 Pension Plan | 06/19/2013 | 900 | $40.70 | $36,632.52 | | | | | |
| IBEW Local 595 Pension Plan | 06/20/2013 | 1,900 | $39.58 | $75,196.68 | | | | | |
| IBEW Local 595 Pension Plan | 06/21/2013 | 1,100 | $39.32 | $43,247.27 | | | | | |
| IBEW Local 595 Pension Plan | 06/24/2013 | 500 | $39.05 | $19,526.65 | | | | | |
| IBEW Local 595 Pension Plan | 06/25/2013 | 200 | $39.76 | $7,951.54 | | | | | |
| IBEW Local 595 Pension Plan | 08/08/2013 | 1,200 | $40.34 | $48,410.88 | | | | | |
| IBEW Local 595 Pension Plan | 08/09/2013 | 200 | $41.18 | $8,236.56 | | | | | |
| IBEW Local 595 Pension Plan | 08/12/2013 | 1,200 | $40.97 | $49,163.40 | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| IBEW Local 595 Pension Plan | 08/14/2013 | 300 | $41.00 | $12,300.00 | | | | | |
| IBEW Local 595 Pension Plan | 08/14/2013 | 400 | $40.95 | $16,380.64 | | | | | |
| IBEW Local 595 Pension Plan | 08/15/2013 | 1,800 | $40.13 | $72,237.24 | | | | | |
| IBEW Local 595 Pension Plan | 08/16/2013 | 200 | $40.98 | $8,196.82 | | | | | |
| IBEW Local 595 Pension Plan | 08/19/2013 | 400 | $40.75 | $16,301.40 | | | | | |
| IBEW Local 595 Pension Plan | 08/20/2013 | 200 | $40.93 | $8,186.30 | | | | | |
| IBEW Local 595 Pension Plan | 08/21/2013 | 400 | $40.99 | $16,397.36 | | | | | |
| IBEW Local 595 Pension Plan | 08/22/2013 | 200 | $41.09 | $8,217.60 | | | | | |
| IBEW Local 595 Pension Plan | 08/23/2013 | 200 | $41.25 | $8,249.54 | | | | | |
| IBEW Local 595 Pension Plan | 08/27/2013 | 500 | $40.64 | $20,319.30 | | | | | |
| IBEW Local 595 Pension Plan | 08/27/2013 | 700 | $40.78 | $28,545.51 | | | | | |
| IBEW Local 595 Pension Plan | 08/28/2013 | 600 | $40.46 | $24,273.90 | | | | | |
| IBEW Local 595 Pension Plan | 08/29/2013 | 500 | $41.10 | $20,548.35 | | | | | |
| | | | | | | | | | |
| **IBEW Local 595 Pension Plan** | | **31,000** | | **$1,237,326.92** | | **31,000** | | **$939,160.00** | **($298,166.92)** |
| | | | | | | | | | |
| Opening position of 10,475 shares. | | | | | | | | | |
| | | | | | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 06/04/2013 | 200 | $40.31 | $8,062.76 | held | 26,650 | $30.30 | $807,374.65 | |
| IBEW Local 595 Money Purchase Pension Plan | 06/05/2013 | 200 | $39.96 | $7,991.58 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 06/05/2013 | 1,900 | $39.96 | $75,920.01 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 06/07/2013 | 200 | $40.19 | $8,038.08 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 06/07/2013 | 800 | $40.26 | $32,208.00 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 06/07/2013 | 900 | $40.19 | $36,171.36 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 06/10/2013 | 300 | $40.00 | $11,999.22 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 06/10/2013 | 400 | $40.02 | $16,008.08 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 06/10/2013 | 1,300 | $40.00 | $51,996.62 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 06/11/2013 | 300 | $39.96 | $11,987.67 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 06/11/2013 | 1,200 | $39.96 | $47,950.68 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 06/12/2013 | 1,000 | $39.35 | $39,354.40 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 06/13/2013 | 900 | $38.58 | $34,722.00 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 06/13/2013 | 2,000 | $38.87 | $77,731.20 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 06/14/2013 | 200 | $39.40 | $7,879.76 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 06/17/2013 | 900 | $39.58 | $35,622.27 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 06/17/2013 | 1,100 | $39.63 | $43,595.97 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 06/18/2013 | 200 | $40.25 | $8,050.56 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 06/18/2013 | 200 | $40.25 | $8,050.56 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 06/18/2013 | 200 | $40.65 | $8,130.36 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 06/19/2013 | 350 | $40.70 | $14,245.98 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 06/19/2013 | 500 | $40.56 | $20,280.70 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 06/21/2013 | 1,800 | $39.32 | $70,768.26 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 06/24/2013 | 400 | $39.05 | $15,621.32 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 08/08/2013 | 400 | $40.34 | $16,136.96 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 08/08/2013 | 900 | $40.34 | $36,308.16 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 08/09/2013 | 200 | $41.14 | $8,228.60 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 08/09/2013 | 200 | $41.18 | $8,236.56 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 08/13/2013 | 200 | $41.00 | $8,200.00 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 08/13/2013 | 800 | $40.93 | $32,746.32 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 08/13/2013 | 900 | $41.00 | $36,900.00 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 08/14/2013 | 200 | $41.00 | $8,200.00 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 08/14/2013 | 400 | $40.95 | $16,380.64 | | | | | |

Case 9:14-cv-80345-WPD Document 8-10 on Filed 03/06/2014 on FLSD Docket 06/27/2014 Page 3 of 4

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| IBEW Local 595 Money Purchase Pension Plan | 08/15/2013 | 200 | $40.13 | $8,026.98 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 08/15/2013 | 1,200 | $40.13 | $48,158.16 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 08/16/2013 | 200 | $40.27 | $8,054.00 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 08/16/2013 | 200 | $40.98 | $8,196.82 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 08/19/2013 | 200 | $40.75 | $8,150.70 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 08/20/2013 | 200 | $40.93 | $8,186.30 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 08/20/2013 | 400 | $40.93 | $16,372.60 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 08/21/2013 | 300 | $40.99 | $12,298.02 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 08/22/2013 | 200 | $41.09 | $8,217.60 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 08/23/2013 | 200 | $41.25 | $8,249.54 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 08/26/2013 | 200 | $41.18 | $8,236.98 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 08/27/2013 | 400 | $40.78 | $16,311.72 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 08/28/2013 | 500 | $40.46 | $20,228.25 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 08/29/2013 | 400 | $40.92 | $16,368.52 | | | | | |
| IBEW Local 595 Money Purchase Pension Plan | 10/09/2013 | 200 | $39.04 | $7,808.00 | | | | | |
| | | | | | | | | | |
| **IBEW Local 595 Money Purchase Pension Plan** | | **26,650** | | **$1,066,588.83** | | **26,650** | | **$807,374.65** | **($259,214.18)** |
| | | | | | | | | | |
| **IBEW Local 595 Total** | | **57,650** | | **$2,303,915.75** | | **57,650** | | **$1,746,534.65** | **($557,381.10)** |
| | | | | | | | | | |
| Macomb County Employees' Retirement System | 11/21/2013 | 15,460 | $44.07 | $681,356.21 | held | 20,640 | $30.30 | $625,298.79 | |
| Macomb County Employees' Retirement System | 12/10/2013 | 5,180 | $39.94 | $206,908.37 | | | | | |
| | | | | | | | | | |
| **Macomb County Employees' Retirement System** | | **20,640** | | **$888,264.58** | | **20,640** | | **$625,298.79** | **($262,965.79)** |
| | | | | | | | | | |
| | | | | | | | | | |
| **Movants' Total** | | **218,586** | | **$9,120,388.05** | | **218,586** | | **$7,082,496.76** | **($2,037,891.29)** |
| | | | | | | | | | |
| | | | | | | | | | |
| *For shares held at the end of the class period, losses are | | | | | | | | | |
| calculated by multiplying the shares held by the average share price | | | | | | | | | |
| during the 90 calendar days after the end of the class period. | | | | | | | | | |
| The price used is $30.30 as of April 29, 2014. | | | | | | | | | |

Case 5:21-cv-09953-PCP Document 89-10 Filed 03/15/22 Page 6 of 9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PHILIP HENNINGSEN, Individually and on
Behalf of All Others Similarly Situated,

  Plaintiffs,           CASE NO. 14-80566-CIV-DIMITROULEAS

vs.

THE ADT CORPORATION, NAREN
GURSAHANEY, KATHRYN A. MIKELLS,
MICHAEL S. GELTZEILER, KEITH A.
MEISTER AND CORVEX MANAGEMENT, LP,

  Defendants.
_____/

SARATOGA ADVANTAGE TRUST
LARGE CAPITALIZATION VALUE
PORTFOLIO, Individually and on Behalf of
All Others Similarly Situated,

Plaintiffs,            CASE NO. 14-80862-CIV-DIMITROULEAS

vs.

THE ADT CORPORATION, NAREN
GURSAHANEY, KATHRYN A. MIKELLS,
MICHAEL S. GELTZEILER, KEITH A.
MEISTER and CORVEX MANAGEMENT LP,

  Defendants.
_____/

**OMNIBUS ORDER CONSOLIDATING CASES;
APPOINTING LEAD COUNSEL AND LEAD PLAINTIFF**

  THIS CAUSE is before the Court upon the Motion to Consolidate Cases, Appoint

Saratoga Advantage Trust Large Capitalization Value Portfolio as Lead Plaintiff, Finkelstein &

Krinsk LLP as Lead Counsel and The Murray Law Firm, P.A. as Liaison Counsel [DE 35] and

the Motion to Appoint IBEW Local 595 Pension and Money Purchase Pension Plans, Macomb

County Employees' Retirement System, and KBC Asset Management NV (collectively, the "Institutional Investors") as Lead Plaintiffs and Robbins Geller Rudman & Dowd LLP and Motley Rice LLC as Lead Counsel [DE 37], both filed herein on June 27, 2014. The Court deferred ruling on the Motions until July 10, 2014 to allow an opportunity for responses to be filed. *See* [DE 40]. The Court has carefully considered the Motions, the Responses where filed [DE's 44, 45, 46] and is otherwise fully advised in the premises.[1]

Upon review of the two remaining motions to appoint lead plaintiff and lead counsel, the Court determines that the Institutional Investors satisfy the criteria as the "most adequate plaintiff" because they have complied with the PSLRA's procedural requirements, hold the largest financial interest relative to the proven investment loss of any movant, and satisfy Rule 23's typicality and adequacy requirements. Pursuant to the PSLRA, the lead plaintiff shall, subject to court approval, select and retain counsel to represent the class it seeks to represent. 15 U.S.C. §78u-4(a)(3)(B)(v); *Newman v. Eagle Bldg. Techs.*, 209 F.R.D. 499, 506 (S.D. Fla. 2002). The Institutional Investors, have selected Robbins Geller and Motley Rice to serve as Lead Counsel, subject to this Court's approval. The Court is satisfied that these counsel are qualified to prosecute this action on behalf of plaintiffs.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion to Consolidate Cases, Appoint Saratoga Advantage Trust Large Capitalization Value Portfolio as Lead Plaintiff, Finkelstein & Krinsk LLP as Lead

---

[1] Additionally, on June 27, 2014, three additional Motions to Appoint Lead Counsel/Lead Plaintiff were filed: Motion to Appoint Stephane Carnot as Lead Plaintiff and Laurence Rosen and The Rosen Law Firm, P.A. as Lead Counsel [DE 34]; Motion to Appoint Wayne County Employees' Retirement Systemas Lead Plaintiff, Labaton Sucharow LLP as Lead Counsel, and Berman DeValerio as Liaison Counsel [DE 36]; and Motion to Appoint Iron Workers District Council (Philadelphia and Vicinity) Retirement and Pension Plan and Teamsters Union No. 142 Pension Trust Fund as Lead Plaintiff, Kessler Topaz Meltzer & Check, LLP as Lead Counsel, and Salpeter Gitkin, LLP as Liaison Counsel [DE 38]. Upon review of the competing motions, these three motions were withdrawn. *See* [DE's 41, 45, 48].

Case 5:21-cv-00953-BCR Document 89-10 Filed 03/15/22 Page 8 of 9

Counsel and The Murray Law Firm, P.A. as Liaison Counsel [DE 35] is **GRANTED IN PART** as to consolidation and **DENIED IN PART** as to appointment of lead plaintiff and lead counsel;

2. The above-captioned actions, which involve the same subject matter, same defendants, and common questions of law and fact, are related actions that, in the interests of justice and efficiency should be and are hereby **CONSOLIDATED** for all purposes, including pre-trial proceedings and trial, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

3. Every pleading filed in these consolidated actions (the "Consolidated Action"), shall bear the caption illustrated on page one of this Order.

4. All documents in the Consolidated Action filed shall be filed **ONLY** in Case No. 14-80566-CIV-DIMITROULEAS. Any documents filed in Case No. 14-80862-CIV-DIMITROULEAS shall be **STRICKEN** by the Court.

5. The consolidation of these actions is for the procedural and administrative convenience of the Court and the Parties and does not constitute a waiver or compromise of any right any of the Parties would otherwise have.

6. The Motion to Appoint IBEW Local 595 Pension and Money Purchase Pension Plans, Macomb County Employees' Retirement System, and KBC Asset Management NV as Lead Plaintiffs and Robbins Geller Rudman & Dowd LLP and Motley Rice LLC as Lead Counsel [DE 37] is **GRANTED**;

7. The Institutional Investors are hereby appointed as Lead Plaintiff in this consolidated action;

8. Robbins Geller Rudman & Dowd LLP and Motley Rice LLC are hereby appointed as Lead Counsel in this consolidated action.

9. The Clerk is **DIRECTED** to file this Order in Case No. 14-80566 and Case No. 14-80862.

10. Upon entry of this Order in both cases, the Clerk shall **ADMINISTRATIVELY CLOSE** Case No. 14-80862.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of July, 2014.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record