# EXHIBIT A

Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff Joseph Robinson*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH ROBINSON, derivatively on behalf of CHEGG, INC., <br><br> Plaintiff, <br><br> v. <br><br> DANIEL L. ROSENSWEIG, ANDREW J. BROWN, NATHAN SCHULTZ, JOHN P. FILLMORE, ROBIN TOMASELLO, RICHARD SARNOFF, SARAH BOND, RENEE BUDIG, PAUL LeBLANC, MARNE LEVINE, TED SCHLEIN, MELANIE WHELAN, and JOHN YORK, <br><br> Defendants, <br><br> and <br><br> CHEGG, INC., <br><br> Nominal Defendant. | Case No. 5:22-cv-02049-VKD <br><br> **STIPULATION REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br><br> Magistrate Judge: Hon. Virginia K. DeMarchi <br><br> Date Action Filed: March 30, 2022 |

Plaintiffs Joseph Robinson ("Robinson") and Rak Joon Choi ("Choi"), nominal defendant Chegg, Inc. ("Chegg" or the "Company"), and Chegg's officers and directors named in this suit (Daniel L. Rosensweig, Andrew J. Brown, Nathan Schultz, John P. Fillmore, Robin Tomasello, Richard Sarnoff, Sarah Bond, Renee Budig, Paul LeBlanc, Marne Levine, Ted Schlein, Melanie Whelan, and John York) (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on December 22, 2021, a Chegg stockholder filed a purported class action alleging violation of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 against Chegg and certain of its officers and directors with respect to the Company's public statements during an alleged class period of May 5, 2020 to November 1, 2021, captioned *Leventhal v. Chegg et al.*, Case No. 21-cv-09953-EJD (the "*Leventhal* Action");

WHEREAS, on January 12, 2022, plaintiff Rak Joon Choi filed a stockholder derivative action alleging violations of the federal securities laws and making state law claims, against the same defendants and certain additional officers and directors of Chegg relating to the same general time period and many of the same statements as in the *Leventhal* Action, captioned *Choi v. Rosensweig, et al.*, Case No. 5:22-cv-00217-WHO (the "*Choi* Action");

WHEREAS, on March 1, 2022, the Court entered a Related Case Order that deemed the *Choi* Action related to the *Leventhal* Action and reassigned the *Choi* Action to Judge Edward J. Davila;

WHEREAS, on March 30, 2022, plaintiff Joseph Robinson initiated the above-captioned stockholder derivative action (the "*Robinson* Action") against the same defendants as in the *Choi* Action, alleging substantially similar facts and claims as alleged in the *Choi* and *Leventhal* Actions;

WHEREAS, the *Robinson* Action is currently assigned to the Honorable Magistrate Judge Virginia K. DeMarchi and the *Leventhal* Action and *Choi* Action are currently assigned to the Honorable District Judge Edward J. Davila;

WHEREAS, the Parties agree that the *Robinson* Action should be related to the *Leventhal* Action and *Choi* Action because: (1) they arise from substantially the same events and concern substantially the same parties; (2) will require coordination; and (3) it would be unduly burdensome, involve unwarranted duplication of effort and expense, and give rise to the prospect of inconsistent or conflicting results if the cases were heard by different judges;

IT IS ACCORDINGLY STIPULATED AND AGREED by the Parties, pursuant to Civil Local Rules 3-12, 7-11 and 7-12, through their respective undersigned counsel, that the *Robinson* Action should be related to the *Leventhal* Action and the *Choi* Action.

///

Dated:   April 6, 2022                    THE ROSEN LAW FIRM, P.A.

                                          By: /s/ *Laurence M. Rosen*
                                              Laurence M. Rosen

                                          355 South Grand Avenue, Suite 2450
                                          Los Angeles, CA 90071
                                          Telephone: (213) 785-2610
                                          Facsimile: (213) 226-4684
                                          Email: lrosen@rosenlegal.com

                                          *Attorneys for Plaintiff Joseph Robinson*

Dated:   April 6, 2022                    THE BROWN LAW FIRM, P.C.

                                          By: */s/ Robert C. Moest*
                                              Robert C. Moest

                                          2530 Wilshire Boulevard, Second Floor
                                          Santa Monica, California 90403
                                          Telephone:   310.915.6628
                                          Facsimile:   310.915.9897

                                          *Attorneys for Plaintiff Rak Joon Choi*

Dated:   April 6, 2022                    FENWICK & WEST LLP

                                          By: */s/ Felix S. Lee*
                                              Felix S. Lee

                                          801 California Street
                                          Mountain View, CA  94041
                                          Telephone:       650.988.8500
                                          Facsimile:       650.938.5200

                                          *Attorneys for Defendants Daniel L. Rosensweig, Andrew J. Brown, Nathan Schultz, John P. Fillmore, Robin Tomasello, Richard Sarnoff, Sarah Bond, Renee Budig, Paul LeBlanc, Marne Levine, Ted Schlein, Melanie Whelan, John York and Nominal Defendant Chegg, Inc.*

Pursuant to Local Rule No. 5-1(h)(3), all signatories concur in filing this stipulation.

Dated:   April 6, 2022                    By: /s/ *Laurence M. Rosen*
                                              Laurence M. Rosen