**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN LEVENTHAL, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>CHEGG, INC., DANIEL L. ROSENSWEIG, ANDREW J. BROWN, NATHAN SCHULTZ, JOHN P. FILLMORE, AND ROBIN TOMASELLO,<br><br>                    Defendants. | Case No. 5:21-cv-09953-EJD<br><br>**[PROPOSED] ORDER RELATING CASES**<br><br>Judge: Hon. Edward J. Davila<br><br>Date Action Filed: Dec. 22, 2021 |
| JOSEPH ROBINSON, derivatively on behalf of CHEGG, INC.,<br><br>          Plaintiff,<br><br>     v.<br>DANIEL L. ROSENSWEIG, ANDREW J. BROWN, NATHAN SCHULTZ, JOHN P. FILLMORE, ROBIN TOMASELLO, RICHARD SARNOFF, SARAH BOND, RENEE BUDIG, PAUL LeBLANC, MARNE LEVINE, TED SCHLEIN, MELANIE WHELAN, and JOHN YORK,<br><br>          Defendants,<br><br>          and<br><br>CHEGG, INC.,<br><br>          Nominal Defendant. | 5:22-cv-02049-VKD<br><br>Judge: Hon. Virginia K. DeMarchi<br><br>Date Action Filed: March 30, 2022 |

[PROPOSED] ORDER RELATING CASES                                    Case No. 5:21-cv-09953-EJD

An Administrative Motion to Consider Whether Cases Should Be Related (Civ. L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to *Leventhal v. Chegg, Inc. et al.,* Case No. 5:21-cv-09953-EJD (N.D. Cal.) ("*Leventhal*") and *Choi v. Rosensweig et al.*, Case No. 5:22-cv-00217-EJD (N.D. Cal.) ("*Choi*"), I find that the case filed on March 30, 2022 captioned *Robinson v. Rosensweig, et al.*, Case No. 5:22-cv-02049-VKD (N.D. Cal.) is related to *Leventhal* and *Choi* and shall be reassigned to me.

The parties are instructed that all future filings in the reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in the reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by Fed. R. Civ. P. 16 and 26 accordingly.

### [PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated:

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER RELATING CASES                                Case No. 5:21-cv-09953-EJD