DEAN S. KRISTY (CSB No. 157646)
dristy@fenwick.com
JENNIFER C. BRETAN (CSB No. 233475)
jbretan@fenwick.com
FIONA Y. TANG (CSB No. 298101)
ftang@fenwick.com
SOFIA RITALA (CSB No. 342253)
sritala@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

FELIX S. LEE (CSB No. 197084)
flee@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

Attorneys for Defendants Chegg, Inc., Daniel J.
Rosensweig, Andrew J. Brown, Nathan Schultz,
John P. Fillmore, and Robin Tomasello

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN LEVENTHAL, Individually on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHEGG, INC., DANIEL J. ROSENSWEIG, ANDREW J. BROWN, NATHAN SCHULTZ, JOHN P. FILLMORE, and ROBIN TOMASELLO,<br><br>Defendants. | Case No.: 5:21-cv-09953-EJD<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES AND ADR DEADLINES**<br><br>Judge:  Hon. Edward J. Davila<br><br>Date Action Filed:  December 22, 2021 |

FENWICK & WEST LLP

WHEREAS, this action is a proposed class action alleging violations of the federal securities laws against Chegg, Inc., Daniel J. Rosensweig, Andrew J. Brown, Nathan Schultz, John P. Fillmore, and Robin Tomasello (collectively, "Defendants");

WHEREAS, on February 11, 2022, the Court issued an order (ECF No. 19) in the above-captioned action, extending Defendants' time to respond to the complaint and continuing Case Management Conference and associated deadlines as follows:

    i.    The Defendants' obligation to answer, move, or otherwise respond to the complaint is extended until after the appointment of a Lead Plaintiff and lead counsel, at which time the parties shall meet and confer and submit to the Court a mutually agreeable schedule for the filing of a consolidated or amended complaint and Defendants' responses thereto;

    ii.    The Initial Case Management Conference scheduled for March 31, 2022 is continued to June 2, 2022, along with any associated deadlines under the Federal Rules of Civil Procedure and Civil Local Rules; and

    iii.    All Associated ADR Program deadlines likewise be deferred.

WHEREAS, on February 23, 2022, the Court continued the hearing on Lead Plaintiff motions to August 25, 2022 (ECF No. 69);

WHEREAS, on March 25, 2022, the Court continued the Initial Case Management Conference to July 14, 2022, and set the deadline for the parties to file a Joint Case Management Statement to July 5, 2022 (ECF No. 90);

WHEREAS, counsel for the parties in the above-captioned action respectfully submit that because Lead Plaintiff motions remain pending, the pleadings are not yet set, and discovery is stayed pending any motion(s) to dismiss (pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u–4), good cause exists to vacate the existing July 14, 2022 Initial Case Management Conference and associated deadlines until after such time as the Court has the opportunity to rule on the appointment of Lead Plaintiff and lead counsel, as well as any motion(s) to dismiss;

**IT IS ACCORDINGLY STIPULATED**, pursuant to Civil L.R. 7-12, by and between the undersigned counsel for the parties, that:

    i.    Pursuant to Civil L.R. 16-2, the Initial Case Management Conference scheduled for July 14, 2022 is vacated, along with any associated deadlines under the Federal

FENWICK & WEST LLP

STIP. AND [PROPOSED] ORDER CONTINUING CMC AND OTHER DEADLINES

1

Case No.: 5:21-cv-09953-EJD

Rules of Civil Procedure and Civil Local Rules, to be reset for a date that is 30 days after the Court rules on Defendants' anticipated motion(s) to dismiss Lead Plaintiff's complaint, or such other date as the Court shall determine to be appropriate; and

    ii.    All associated ADR program deadlines will continue to be deferred.

Dated:    June 17, 2022                 FENWICK & WEST LLP

                                         By:   */s/Felix S. Lee*
                                              Felix S. Lee

                                     555 California Street, 12th Floor
                                   San Francisco, CA  94104
                                   Telephone:  (415) 875-2300
                                   Facsimile:   (415) 281-1350

                                   Attorneys for Defendants Chegg, Inc., Daniel J. Rosensweig, Andrew J. Brown, Nathan Schultz, John P. Fillmore, and Robin Tomasello

Dated: June 17, 2022               JOHNSON FISTEL, LLP

                                         By:   */s/Frank J. Johnson*
                                              Frank J. Johnson

                                   501 West Broadway, Suite 800
                                   San Diego, CA  92101
                                   Telephone: (619) 230-0063
                                   Facsimile:  (619) 255-1856
                                   Email: FrankJ@johnsonfistel.com

                                   Attorneys for Plaintiff Steven Leventhal

Pursuant to Civil L.R. 5-1(h)(3), all signatories concur in filing this stipulation.

Dated:    June 17, 2022              By:   */s/Felix S. Lee*
                                              Felix S. Lee

\*\*\*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  June 17, 2022

                                   The Honorable Edward J. Davila
                                   United States District Court Judge