# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LEVENTHAL, Individually and on behalf of itself and all others similarly situated, | Case No. 5:21-cv-09953-EJD |
| Plaintiff, | CLASS ACTION |
| v. | STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR COMPLAINT AND MOTION TO DISMISS |
| CHEGG, INC., DANIEL J. ROSENSWEIG, ANDREW J. BROWN, NATHAN SCHULTZ, JOHN P. FILLMORE, and ROBIN TOMASELLO, | |
| Defendants. | |

WHEREAS, this action is a proposed class action alleging violations of the federal securities laws against Chegg, Inc., Daniel J. Rosensweig, Andrew J. Brown, Nathan Schultz, John P. Fillmore, and Robin Tomasello (collectively, "Defendants");

WHEREAS, by stipulation of February 11, 2022, the parties agreed that, following the appointment of a lead plaintiff and lead counsel, they would meet and confer and submit a mutually agreeable schedule for the filing of lead plaintiffs' complaint and responses thereto (ECF No. 19);

WHEREAS, the Court's order appointing KBC Asset Management NV and Pompano Beach Police & Firefighters' Retirement System as Lead Plaintiffs and Motley Rice LLC and Saxena White P.A. as Lead Counsel for the proposed class issued September 7, 2022 (ECF No. 105);

WHEREAS Lead Plaintiffs will file their own class action complaint, as is customary in securities class actions governed by the Private Securities Litigation Reform Act of 1995, which will be Lead Plaintiffs' first complaint in this Action (the "Complaint");

WHEREAS Defendants anticipate moving to dismiss the Complaint; and

WHEREAS the parties have met and conferred and agreed on the following schedule for filing the Complaint and responses thereto (accounting for various intervening holidays);

THE PARTIES HEREBY STIPULATE AND AGREE, SUBJECT TO THE COURT'S APPROVAL, THAT:

1. Lead Plaintiffs shall file their Complaint no later than December 1, 2022. The Complaint will be the operative complaint in this action, and Defendants are not required to respond to any complaint filed prior to the Lead Plaintiffs' Complaint;

2. The deadline for Defendants to move, answer or otherwise respond to the Complaint shall be February 9, 2023;

3. In the event Defendants move to dismiss the Complaint, Lead Plaintiffs shall file any response(s) no later than April 20, 2023;

4. Should Lead Plaintiffs file an opposition or oppositions to Defendants' motion(s) to dismiss, Defendants shall file any replies in support of any motion(s) no later than June 1, 2023; and

5. A hearing on any motion to dismiss shall be tentatively held no sooner than June 15, 2023, at 9:00 a.m., or at such date and time thereafter as the Court shall order.

| | |
|---|---|
| DATED: September 16, 2022 | **SAXENA WHITE P.A.**<br>By:  */s/ David R. Kaplan*<br>David R. Kaplan<br>dkaplan@saxenawhite.com<br>12750 High Bluff Drive, Ste. 475<br>San Diego, CA 92130<br>Tel. 858.997.0860<br><br>**MOTLEY RICE LLC**<br>Max N. Gruetzmacher (*pro hac vice*)<br>mgruetzmacher@motleyrice.com<br>Christopher F. Moriarty (*pro hac vice*)<br>cmoriarty@motleyrice.com<br>Neli Traykova Hines (*pro hac vice*)<br>ntraykova@motleyrice.com<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br>Tel. 843.216.9000<br><br>*Counsel for Lead Plaintiffs* |
| DATED: September 16, 2022 | **FENWICK & WEST LLP**<br><br>By:  */s/ Felix S. Lee*<br>Felix S. Lee<br>801 California Street<br>Mountain View, CA 94041<br>United States<br>Tel.: 650.988.8500<br><br>**FENWICK & WEST LLP**<br>Dean S. Kristy<br>Jennifer C. Bretan<br>Fiona Y. Tang<br>Sofia Ritala<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Tel.: 415.875.2300<br><br>*Counsel for Defendants* |

Pursuant to Civil Local Rule 5-1(h)(3), all signatories concur in filing this stipulation.

\*   \*   \*

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____. 2022

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE