**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN LEVENTHAL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHEGG, INC., DANIEL L. ROSENSWEIG, ANDREW J. BROWN, NATHAN SCHULTZ, JOHN P. FILLMORE and ROBIN TOMASELLO,<br><br>Defendants. | Case No.: 5:21-cv-09953-EJD<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING EXPANDED SCHEDULE FOR COMPLAINT AND MOTION TO DISMISS** |

WHEREAS, this action is a putative class action alleging violations of the federal securities laws against Defendants Chegg, Inc., Daniel L. Rosensweig, Andrew J. Brown, Nathan Schultz, John P. Fillmore, and Robin Tomasello (collectively, "Defendants");

WHEREAS, pursuant to the PSLRA, on September 7, 2022, the Court appointed KBC Asset Management NV, and The Pompano Beach Police & Firefighters' Retirement System's Motion to serve as Lead Plaintiff in this action (together, "Lead Plaintiff," and collectively with Defendants, the "Parties"), and approved Lead Plaintiff's selection of Lead Counsel for the asserted Class;

WHEREAS, by stipulation of September 12, 2022, the Parties agreed that Lead Plaintiffs would file their Consolidated Class Action Complaint (the "Complaint") no later than December 1, 2022, and that Defendants would move, answer or otherwise respond to the Complaint by February 9, 2023 (ECF No. 107);

WHEREAS, the Court issued an order entering the aforementioned stipulation on September 16, 2022 (ECF No. 108);

WHEREAS, due to unforeseen scheduling conflicts on the part of Lead Counsel, the Parties wish to slightly expand the schedule for Lead Plaintiffs to file their Complaint, as well as Defendants' responses thereto, by approximately one week;

WHEREAS, this is the Parties' first request to expand the aforementioned briefing schedule;

WHEREAS, this modification to the case schedule will not delay or otherwise have an adverse impact on the progress of the case; and

WHEREAS the parties have met and conferred and agreed on the following modified schedule for filing the Complaint and responses thereto (accounting for various intervening holidays);

THE PARTIES HEREBY STIPULATE AND AGREE, SUBJECT TO THE COURT'S APPROVAL, THAT:

1

1. Lead Plaintiffs shall file their Complaint no later than December 8, 2022. The Complaint will be the operative complaint in this action, and Defendants are not required to respond to any complaint filed prior to the Lead Plaintiffs' Complaint;

2. The deadline for Defendants to move, answer or otherwise respond to the Complaint shall be February 16, 2023;

3. In the event Defendants move to dismiss the Complaint, Lead Plaintiffs shall file any response(s) no later than April 27, 2023;

4. Should Lead Plaintiffs file an opposition or oppositions to Defendants' motion(s) to dismiss, Defendants shall file any replies in support of any motion(s) no later than June 8, 2023; and

5. A hearing on any motion to dismiss shall be tentatively held no sooner than June 22, 2023, at 9:00 a.m., or at such date and time thereafter as the Court shall order.

DATED: November 11, 2022

**SAXENA WHITE P.A.**

By: */s/ David R. Kaplan*
David R. Kaplan (SBN 230144)
505 Lomas Santa Fe Dr.
Suite #180
Solana Beach, CA 92075
Telephone: (858) 997-0860
Facsimile: (858) 369-0096
dkaplan@saxenawhite.com

**MOTLEY RICE LLC**
Max N. Gruetzmacher (*pro hac vice*)
mgruetzmacher@motleyrice.com
Christopher F. Moriarty (*pro hac vice*)
cmoriarty@motleyrice.com
Neli Traykova Hines (*pro hac vice*)
ntraykova@motleyrice.com
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Tel. 843.216.9000

*Counsel for Lead Plaintiffs*

DATED:  November 11, 2022

**FENWICK & WEST LLP**

By:  */s/ Felix S. Lee*

STIPULATION AND [PROPOSED] ORDER REGARDING
SCHEDULE FOR COMPLAINT AND MOTION TO DISMISS
CASE NO. 5:21-CV-09953-EJD

Felix S. Lee
801 California Street Mountain
View, CA 94041 United States
Tel.: 650.988.8500

**FENWICK & WEST LLP**
Dean S. Kristy
Jennifer C. Bretan
Fiona Y. Tang Sofia
Ritala
555 California Street, 12th Floor
San Francisco, CA 94104
Tel.: 415.875.2300

*Counsel for Defendants*

Pursuant to Civil Local Rule 5-1(h)(3), all signatories concur in filing this stipulation.

\*　　　\*　　　\*

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:　　November 14　　. 2022

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER REGARDING
SCHEDULE FOR COMPLAINT AND MOTION TO DISMISS
CASE NO. 5:21-CV-09953-EJD