Daniel C. Girard (SBN 114826)
Adam E. Polk (SBN 273000)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
*dgirard@girardsharp.com*
*apolk@girardsharp.com*

*Counsel for Movant David Kennedy*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| STEVEN LEVENTHAL, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:21-cv-09953-EJD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING REQUEST FOR WITHDRAWAL OF DANIEL C. GIRARD** |
| v. | |
| CHEGG, INC., DANIEL L. ROSENSWEIG, ANDREW J. BROWN, NATHAN SCHULTZ, JOHN P. FILLMORE and ROBIN TOMASELLO, | |
| Defendants. | |

Upon consideration of the Notice of Request for Withdrawal of Daniel C. Girard, and for good cause shown, it is HEREBY ORDERED that Daniel C. Girard of Girard Sharp LLP is hereby withdrawn as counsel of record.  The clerk is directed to remove the above-named attorney from the docket as well as the ECF service list.

IT IS SO ORDERED.

Dated:    November 30, 2022

_____

THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

---

1

[PROPOSED] ORDER GRANTING REQUEST FOR WITHDRAWAL OF DANIEL C. GIRARD
CASE NO. 5:21-CV-09953-EJD