UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LEVENTHAL, Individually and on Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>    vs.<br><br>CHEGG, INC., et al.,<br><br>                 Defendants. | Case No. 5:21-cv-09953-EJD<br><br><u>CLASS ACTION</u><br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST FOR WITHDRAWAL OF COUNSEL PURSUANT TO CIV. L.R. 11-5 |

Upon consideration of Notice of Request for Withdrawal of Counsel, and for good cause shown, it is HEREBY ORDERED that Darren J. Robbins, Shawn A. Williams, Danielle S. Myers, Jennifer N. Caringal, and Michael Albert of Robbins Geller Rudman & Dowd LLP are hereby withdrawn as counsel of record.  The clerk is directed to remove the above-named attorneys and law firm from the docket as well as the ECF Service List.

IT IS SO ORDERED.

DATED:   December 19, 2022   _____

HON. EDWARD J. DAVILA
UNITED STATES DISTRICT COURT JUDGE