Exhibit 1

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, DC 20549

## FORM 8-K

**CURRENT REPORT
PURSUANT TO SECTION 13 OR 15(d)
OF THE SECURITIES EXCHANGE ACT OF 1934**

Date of report: February 13, 2014
(Date of earliest event reported)

# Chegg, Inc.
**(Exact Name of Registrant as Specified in Its Charter)**

**Delaware**
(State or Other Jurisdiction
of Incorporation)

| | |
|---|---|
| **001-36180** | **20-3237489** |
| (Commission File Number) | (IRS Employer Identification No.) |
| **3990 Freedom Circle** | |
| **Santa Clara, California** | **95054** |
| (Address of Principal Executive Offices) | (Zip Code) |

**(408) 855-5700**
(Registrant's Telephone Number, Including Area Code)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Item 2.02.**     **Results of Operations and Financial Condition.**

      On February 13, 2014, Chegg, Inc. ("Chegg") issued a press release announcing its financial results for the fourth quarter and year ended December 31, 2013. A copy of the press release is attached as Exhibit 99.01 to this Current Report on Form 8-K.

      The information contained in this Item 2.02, including the press release attached as Exhibit 99.01 to this Current Report, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, or otherwise subject to the liabilities of that section or Sections 11 and 12(a)(2) of the Securities Act of 1933, as amended. The information contained in this Item 2.02 and in the accompanying Exhibit 99.01 shall not be incorporated by reference into any registration statement or other document filed by Chegg with the Securities and Exchange Commission, whether made before or after the date of this Current Report, regardless of any general incorporation language in such filing, except as shall be expressly set forth by specific reference in such filing.

**Item 9.01.**     **Financial Statements and Exhibits.**

    (d) Exhibits.

| **Number** | **Description** |
|---|---|
| 99.01 | Press release issued by Chegg, Inc., dated February 13, 2014. |

# SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

CHEGG, INC.

By: /s/ Andrew Brown
    Andrew Brown
    Chief Financial Officer

Date: February 13, 2014

## EXHIBIT INDEX

| Number | Description |
|---|---|
| 99.01 | Press release issued by Chegg, Inc., dated February 13, 2014. |

Exhibit 99.01



# Chegg Reports Fourth Quarter and Fiscal Year 2013 Results

*Digital Revenue Increases 86% in Fiscal 2013*

**SANTA CLARA, Calif.** – Feb. 13, 2014 – Chegg Inc. (NYSE:CHGG), the leading student-first connected learning platform, today reported financial results for the three and twelve months ended December 31, 2013.

"2013 was a banner year for Chegg, particularly in digital which grew to more than $52 million or 21% of our total business," said Dan Rosensweig, chairman and CEO. "It's been an exciting year of innovation as we rolled out new student-first services that have been incredibly well-received, rewarding us with record revenue, reach, customers and engagement."

**Q4 Fiscal 2013 Financial Highlights:**

- **Revenue** of $77.1 million increased 13% from Q4 2012;

- **Digital Revenue** (which includes non-print products and digital services) grew 70% year over year to $16.7 million, or 22% of total revenues compared to 14% in Q4 2012;

- **Print Revenue** of $60.5 million increased 3% from Q4 2012;

- **Gross Profit** of $39.5 million was flat over the prior year quarter on a GAAP basis, representing a gross margin decline to 51.3% from 57.7%; on a non-GAAP basis, gross profit was $40.3 million compared to $39.6 million representing a gross margin decline to 52.3% from 57.9%;

- **Adjusted EBITDA without textbook depreciation** of $18.6 million compared to $18.5 million in Q4 2012, which included a $1.8 million loss on textbook liquidations during Q4 2013 and a $2.3 million loss on textbook liquidations during Q4 2012;

- **GAAP Net Loss** was $(5.4) million compared to net income of $8.1 million in Q4 2012. GAAP net loss includes a $102.6 million non-cash charge related to our initial public offering; and

- **Non-GAAP Net Income** was $20.3 million, or $0.40 per diluted share, excluding non-cash charges of $102.6 million recorded as a result of our IPO, stock-based compensation of $25.1 million and amortization of intangible assets of $0.6 million.

**Fiscal Year Financial Highlights:**

- **Revenue** of $255.6 million increased 20% year over year from $213.3 million in 2012;

- **Digital Revenue** (which includes non-print products and digital services) grew 86% year over year to $52.5 million, or 21% of total revenues compared to 13% in 2012;

- **Print Revenue** of $203.1 million increased 10% compared to $185.2 million in 2012;



- **Gross Profit** of $80.5 million increased 19% over the prior year, representing a gross margin of 31.5% in 2013 compared to 31.7% in 2012; gross profit on a non-GAAP basis of $81.7 million increased 20% over the prior year representing a gross margin of 32.0% and was in-line with the prior year;
- **Adjusted EBITDA without textbook depreciation** was $(4.0) million compared to $(15.8) million in 2012, which included a $1.2 million gain on textbook liquidations in 2013 and a $2.6 million gain on textbook liquidations in 2012;
- **GAAP Net Loss** was $(55.9) million compared to a net loss of $(49.0) million in 2012. GAAP net loss includes a $102.6 million non-cash charge related to our initial public offering; and
- **Non-GAAP Net Loss** was ($14.5) million, or ($0.70) per diluted share, excluding non-cash charges of $102.6 million recorded in Q4 2013, stock-based compensation of $37.0 million and amortization of intangible assets of $4.4 million.

**Fiscal Year Business Highlights:**

- **$450 million:** amount of money Chegg saved students and their families in 2013
- **6.9 million:** number of Chegg members
- **1.1 million:** total number of course reviews on Chegg.com, including more than 644,000 reviews posted in 2013
- **875**: colleges and universities under contract with Chegg for high school student inquiries
- **7.6 million:** number of high school student inquiries submitted to Chegg
- **464,000**: number of Chegg Study subscribers
- **5.8 million:** total number of trees planted by Chegg on behalf of students since 2008

**Business Outlook:**

Chegg's First Quarter and Fiscal Year outlook are as follows:

**First Quarter 2014**

- **Revenues** in the range of $70 to $72 million
- **Digital Revenue** mix representing roughly 24% of total revenues
- **Total Gross Margin on both a GAAP and Non-GAAP basis** between 7% and 9%
- **Adjusted EBITDA without textbook depreciation** loss in the range of ($22) million to ($20) million



**Fiscal Year 2014**

- **Revenues** in the range of $310 million to $320 million
- **Digital Revenue** mix between 27% and 29% of total revenues
- **Total Gross Margin on both a GAAP and Non-GAAP basis** between 25% to 27%
- **Adjusted EBITDA without textbook depreciation** loss in the range of ($15) million to ($10) million
- **Free Cash Flow** between ($5) million and $5 million

Adjusted EBITDA without textbook depreciation guidance for the first quarter and fiscal year excludes approximately $21.0 million and $81.0 million, respectively for textbook depreciation, as well as approximately $6.0 million and $26.0 million, respectively for stock-based compensation and $0.6 million and $2.1 million, respectively for amortization of intangible assets. It assumes, among other things, that no additional business acquisitions, investments, restructurings, or legal settlements are concluded and that there are no further revisions to stock-based compensation estimates.

**Conference Call and Webcast Information**

The Chegg Fourth Quarter and Fiscal Year 2013 teleconference and webcast is scheduled to begin at 2:00 p.m. Pacific Time on Thursday, February 13th, 2014. To access the call, please dial (877) 407-4018, or outside the U.S. +1 (201) 689-8471, five minutes prior to 2:00 p.m. Pacific Standard Time. A live webcast of the call will also be available at http://investor.chegg.com under the Events & Presentations menu. An audio replay will be available beginning at 6:00 p.m. Eastern Standard Time February 13, 2014, until 9:00 a.m. Eastern Standard Time February 21, 2014, by calling (877) 870-5176 or +1 (858) 384-5517, with Conference ID 13574735. An audio archive of the call will also be available at http://investor.chegg.com.

**Use of Investor Relations Website for Regulation FD Purposes**

Chegg also announced that it intends to use its media center website, http://www.chegg.com/mediacenter, as a means of disclosing material non-public information and for complying with its disclosure obligations under Regulation FD. Accordingly, investors should monitor http://www.chegg.com/mediacenter, in addition to following press releases, SEC filings and public conference calls and webcasts.

**About Chegg**

Chegg puts students first. As the leading student-first connected learning platform, the company makes higher education more affordable, more accessible, and more successful for students. Chegg is a publicly-held company based in Santa Clara, California and trades on the NYSE under the symbol CHGG. For more information, visit www.chegg.com.



**Use of Non-GAAP Measures**

To supplement Chegg's financial results presented in accordance with Generally Accepted Accounting Principles (GAAP), this press release and the accompanying tables and the related earnings conference call contain certain non-GAAP financial measures, including adjusted EBITDA, non-GAAP gross profit and margin, non-GAAP net loss and free cash flow. For reconciliations of these non-GAAP financial measures to the most directly comparable GAAP financial measures, please see the section of the accompanying tables titled, "Reconciliation of GAAP to Non-GAAP Financial Measures."

The presentation of these non-GAAP financial measures is not intended to be considered in isolation from, as a substitute for, or superior to, the financial information prepared and presented in accordance with GAAP, and may be different from non-GAAP financial measures used by other companies. Chegg defines adjusted EBITDA as earnings before interest, taxes, depreciation and amortization, or EBITDA, adjusted for textbook depreciation and to exclude stock-based compensation expense, and other income (expense), net, which includes the revaluation of preferred stock warrants, and impairment charges. Non-GAAP earnings per share is defined as earnings per share excluding stock-based compensation, amortization of intangible assets as well as the deemed dividend in the fourth quarter of fiscal 2013. Non-GAAP gross profit is defined as gross profit excluding stock-based compensation. Non-GAAP gross margin is non-GAAP gross profit divided by revenue. Free Cash Flow is defined as cash flow from operations plus book investment and investment in property, plant and equipment. Chegg may consider whether significant non-recurring items that arise in the future should also be excluded in calculating the non-GAAP financial measures it uses.

Chegg believes that these non-GAAP financial measures, when taken together with the corresponding GAAP financial measures, provide meaningful supplemental information regarding Chegg's performance by excluding certain items that may not be indicative of Chegg's core business, operating results or future outlook. Chegg management uses, and believes that investors benefit from referring to, these non-GAAP financial measures in assessing Chegg's operating results, as well as when planning, forecasting and analyzing future periods. These non-GAAP financial measures also facilitate comparisons of Chegg's performance to prior periods.

**Forward-Looking Statements**

This press release contains forward-looking statements made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995, which include, without limitation those regarding Chegg's "Business Outlook" ("First Quarter 2014" and "Fiscal Year 2014"). These statements are not guarantees of future performance, but are based on management's expectations as of the date of this press release and assumptions that are inherently subject to uncertainties, risks and changes in circumstances that are difficult to predict. Forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause actual results, performance or achievements to be materially different from any future results, performance or achievements. Important factors that could cause actual results to differ materially from those expressed or implied by these forward-looking statements include the following: changes in Chegg's addressable market; competition, including changes in the competitive environment, pricing changes, and increased competition; Chegg's ability to build and expand its digital services offerings, including to develop new products and services and on a cost-effective basis and to integrate acquired businesses and assets; Chegg's ability to attract new students, increase engagement and increase monetization; expenses that exceed



expectations; the impact of seasonality on the business; and general economic and industry conditions. These and other important risk factors are described more fully in documents filed with the Securities and Exchange Commission, including Chegg's final prospectus from its initial public offering, and could cause actual results to vary from expectations. All information provided in this release and in the conference call is as of the date hereof and Chegg undertakes no duty to update this information except as required by law.

**Investor Contact:**

Alex Hughes
ir@chegg.com

**Media Contact:**

Angela Pontarolo
press@chegg.com



**CHEGG, INC.**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
(in thousands, except per share amounts)
(unaudited)

|  | Three Months Ended December 31, | | Years Ended December 31, | |
| --- | --- | --- | --- | --- |
|  | 2013 | 2012 | 2013 | 2012 |
| Net revenues | $ 77,116 | $68,280 | $ 255,575 | $213,334 |
| Cost of revenues | 37,574 | 28,873 | 175,060 | 145,669 |
| Gross profit | 39,542 | 39,407 | 80,515 | 67,665 |
| Operating expenses: | | | | |
|     Technology and development | 12,593 | 10,003 | 41,944 | 39,315 |
|     Sales and marketing | 13,657 | 10,486 | 50,302 | 51,082 |
|     General and administrative | 19,956 | 6,608 | 40,486 | 25,117 |
|     Loss (gain) on liquidation of textbooks | 1,826 | 2,280 | (1,186) | (2,594) |
|     Total operating expenses | 48,032 | 29,377 | 131,546 | 112,920 |
| Income (loss) from operations | (8,490) | 10,030 | (51,031) | (45,255) |
| Interest and other expense, net: | | | | |
|     Interest expense, net | (156) | (1,189) | (3,818) | (4,393) |
|     Other income (expense), net | 3,329 | (522) | (359) | 634 |
| Total interest and other (expense), net | 3,173 | (1,711) | (4,177) | (3,759) |
| Loss before provision for income taxes | (5,317) | 8,319 | (55,208) | (49,014) |
|     Provision for income taxes | 100 | 199 | 642 | 29 |
| Net income (loss) | (5,417) | 8,120 | (55,850) | (49,043) |
| Deemed dividend to preferred stockholders | (102,557) | — | (102,557) | — |
| Net income (loss) attributable to common stockholders | $(107,974) | $ 8,120 | $(158,407) | $ (49,043) |
| Net income (loss) per share attributable to common stockholders: | | | | |
|     Basic | $ (2.36) | $ 0.70 | $ (7.58) | $ (4.39) |
|     Diluted | $ (2.36) | $ 0.15 | $ (7.58) | $ (4.39) |
| Weighted average shares used to compute net income (loss) per share attributable to common stockholders: | | | | |
|     Basic | 45,825 | 11,569 | 20,902 | 11,183 |
|     Diluted | 45,825 | 55,494 | 20,902 | 11,183 |



**CHEGG, INC.**
**CONSOLIDATED BALANCE SHEETS**
(in thousands, except for number of shares and par value )
(unaudited)

|  | December 31, 2013 | December 31, 2012 |
|---|---:|---:|
| **Assets** | | |
| Current assets: | | |
|     Cash and cash equivalents | $ 76,864 | $ 21,030 |
|     Short-term investments | 37,071 | — |
|     Accounts receivable, net of allowance for doubtful accounts of $317 and $502 at December 31, 2013 and 2012, respectively | 7,091 | 7,208 |
|     Prepaid expenses | 2,134 | 543 |
|     Deferred tax assets | 37 | 588 |
|     Other current assets | 1,112 | 1,803 |
|         Total current assets | 124,309 | 31,172 |
|     Long-term investments | 24,320 | — |
|     Textbook library, net | 105,108 | 88,487 |
|     Property and equipment, net | 18,964 | 18,867 |
|     Goodwill | 49,545 | 49,545 |
|     Intangible assets, net | 3,311 | 6,664 |
|     Other assets | 1,814 | 1,632 |
|         Total assets | $ 327,371 | $ 196,367 |
| **Liabilities, convertible preferred stock and stockholders' equity (deficit)** | | |
| Current liabilities | | |
|     Accounts payable | $ 4,078 | $ 4,187 |
|     Deferred revenue | 22,804 | 20,032 |
|     Accrued liabilities | 21,270 | 20,230 |
|     Preferred stock warrant liabilities | — | 6,627 |
|     Debt obligations, current | — | 19,386 |
|         Total current liabilities | 48,152 | 70,462 |
|     Deferred tax liabilities | — | 549 |
|     Other liabilities | 4,979 | 4,282 |
|         Total long-term liabilities | 4,979 | 4,831 |
|         Total liabilities | 53,131 | 75,293 |
| Convertible preferred stock, $0.001 par value – no shares authorized, issued and outstanding, and aggregate liquidation preference of $0 as of December 31, 2013; 76,388,007 shares authorized, 62,814,746 shares issued and outstanding, and aggregate liquidation preference of $210,845 as of December 31, 2012 | — | 207,201 |
| Stockholders' equity (deficit): | | |
|     Preferred stock, $0.001 par value – 10,000,000 shares authorized, no shares issued and outstanding at December 31, 2013; no shares authorized, issued or outstanding at December 31, 2012 | — | — |
|     Common stock, $0.001 par value –120,000,000 shares authorized at December 31, 2013 and 2012, respectively; 81,708,202 and 13,092,352 shares issued and outstanding at December 31, 2013 and 2012, respectively | 82 | 12 |
|     Additional paid-in capital common stock | 479,279 | 63,076 |
|     Accumulated other comprehensive (income) loss | (6) | 50 |
|     Accumulated deficit | (205,115) | (149,265) |
|         Total stockholders' equity (deficit) | 274,240 | (86,127) |
|         Total liabilities, convertible preferred stock and stockholders' equity (deficit) | $ 327,371 | $ 196,367 |



**CHEGG, INC.**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
(in thousands)
(unaudited)

|  | Three Months Ended December 31, | | Years Ended December 31, | |
| --- | --- | --- | --- | --- |
|  | 2013 | 2012 | 2013 | 2012 |
| Cash flows from operating activities |  |  |  |  |
| Net income (loss) | $ (5,417) | $ 8,120 | $ (55,850) | $ (49,043) |
| Adjustments to reconcile net income (loss) to net cash provided by (used in) operating activities: |  |  |  |  |
|    Textbook library depreciation expense | 19,472 | 16,758 | 64,759 | 57,177 |
|    Amortization of warrants and deferred loan costs | 29 | 391 | 1,545 | 1,790 |
|    Other depreciation and amortization expense | 1,998 | 2,969 | 10,078 | 10,796 |
|    Stock-based compensation expense | 25,070 | 4,856 | 36,958 | 18,045 |
|    Provision for bad debts | 12 | 299 | 206 | 485 |
|    Loss (gain) on liquidation of textbooks | 1,826 | 2,280 | (1,186) | (2,594) |
|    Loss from write-offs of textbooks | 2,585 | 270 | 5,874 | 4,597 |
|    (Gain) loss on liquidation of property and equipment | — | (37) | — | 280 |
|    Revaluation of preferred stock warrants | (3,284) | 668 | 622 | (380) |
|    Impairment of intangible assets | — | 611 | — | 611 |
|    Change in assets and liabilities: |  |  |  |  |
|       Accounts receivable | 908 | 474 | (1,474) | (4,951) |
|       Prepaid expenses and other current assets | (505) | 801 | (1,661) | 3,387 |
|       Other assets | 4,296 | 1,260 | 209 | 1,158 |
|       Accounts payable | (2,635) | (112) | (30) | 2,680 |
|       Deferred revenue | (49,343) | (43,171) | 2,772 | 7,519 |
|       Accrued liabilities | (3,514) | (4,771) | 771 | 2,789 |
|       Other liabilities | 67 | 690 | 113 | 335 |
|    Net cash provided by (used in) operating activities | (8,435) | (7,644) | 63,706 | 54,681 |
| Cash flows from investing activities |  |  |  |  |
|    Purchases of textbooks | (13,755) | (10,818) | (122,247) | (104,518) |
|    Proceeds from liquidation of textbooks | 5,391 | 4,796 | 37,946 | 34,076 |
|    Purchase of marketable securities | (61,420) | — | (61,420) | — |
|    Purchases of property and equipment and other assets | (2,165) | (5,147) | (7,369) | (15,148) |
|    Release of cash from escrow | — | — | — | (2,513) |
|    Net cash used in investing activities | (71,949) | (11,169) | (153,090) | (88,103) |
| Cash flows from financing activities |  |  |  |  |
|    Proceeds from debt obligations | 10,000 | — | 31,000 | 20,000 |
|    Payments of debt obligations | (31,000) | — | (51,000) | (20,500) |
|    Proceeds from issuance of convertible preferred stock, net | — | — | — | 24,983 |
|    Proceeds from exercise of stock options and preferred stock warrants | 472 | 79 | 3,369 | 552 |
|    Payment of taxes related to net share settlement of RSUs | (1,034) | — | (1,034) | — |
|    Proceeds from initial public offering, net of issuance costs | 162,883 | — | 162,883 | — |
|    Repurchase of common stock and vested stock options | — | — | — | (5,190) |
|    Net cash provided by financing activities | 141,321 | 79 | 145,218 | 19,845 |
| Net increase (decrease) in cash and cash equivalents | 60,937 | (18,734) | 55,834 | (13,577) |
| Cash and cash equivalents at beginning of period | 15,927 | 39,764 | 21,030 | 34,607 |
| Cash and cash equivalents at end of period | $ 76,864 | $ 21,030 | $ 76,864 | $ 21,030 |



**CHEGG, INC.**
**Reconciliation of GAAP Net Income (Loss) to EBITDA and Adjusted EBITDA**
(in thousands)
(unaudited)

|  | Three Months Ended December 31, | | Years Ended December 31, | |
| --- | --- | --- | --- | --- |
|  | 2013 | 2012 | 2013 | 2012 |
| Net income (loss) | $ (5,417) | $ 8,120 | $(55,850) | $(49,043) |
| Interest expense, net | 156 | 1,189 | 3,818 | 4,393 |
| Provision for income taxes | 100 | 199 | 642 | 29 |
| Textbook library depreciation expense | 19,472 | 16,758 | 64,759 | 57,177 |
| Other depreciation and amortization | 1,998 | 2,969 | 10,078 | 10,796 |
| EBITDA | 16,309 | 29,235 | 23,447 | 23,352 |
| Textbook library depreciation expense | (19,472) | (16,758) | (64,759) | (57,117) |
| Stock-based compensation expense | 25,070 | 4,856 | 36,958 | 18,045 |
| Other (income) expense, net | (3,329) | 522 | 359 | (634) |
| Impairment of intangible assets | — | 611 | — | 611 |
| Adjusted EBITDA | $ 18,578 | $ 18,466 | $ (3,995) | $(15,803) |



**CHEGG, INC.**
**Reconciliation of GAAP to Non-GAAP Financial Measures**
(in thousands, except per share amounts)
(unaudited)

|  | Three Months Ended December 31, | | Years Ended December 31, | |
| --- | --- | --- | --- | --- |
|  | **2013** | **2012** | **2013** | **2012** |
| Revenues | $ 77,116 | $68,280 | $ 255,575 | $213,334 |
| GAAP cost of revenues | 37,574 | 28,873 | 175,060 | 145,669 |
|     Stock-based compensation | (763) | (153) | (1,185) | (542) |
| Non-GAAP gross profit | $ 40,305 | $39,560 | $ 81,700 | $ 68,207 |
| *GAAP gross margin %* | *51.3%* | *57.7%* | *31.5%* | *31.7%* |
| *Non-GAAP gross margin %* | *52.3%* | *57.9%* | *32.0%* | *32.0%* |
|  |  |  |  |  |
| GAAP net income (loss) | $ (5,417) | $ 8,120 | $ (55,850) | $(49,043) |
|     Stock-based compensation | 25,070 | 4,856 | 36,958 | 18,045 |
|     Amortization of intangible assets | 635 | 1,593 | 4,353 | 6,829 |
| Non-GAAP net income (loss) | $ 20,288 | $14,569 | $ (14,539) | $(24,169) |
|  |  |  |  |  |
| GAAP net loss applicable to common stockholders | $(107,974) | $ 8,120 | $(158,407) | $(49,043) |
|     Deemed dividend to preferred stockholders | 102,557 | — | 102,557 | — |
|     Stock-based compensation | 25,070 | 4,856 | 36,958 | 18,045 |
|     Amortization of intangible assets | 635 | 1,593 | 4,353 | 6,829 |
| Non-GAAP net income (loss) | $ 20,288 | $14,569 | $ (14,539) | $(24,169) |
|  |  |  |  |  |
| GAAP net loss applicable to common stockholders per share, diluted | $ (2.36) | $ 0.15 | $ (7.58) | $ (4.39) |
|     Adjustments | 2.76 | 0.11 | 6.88 | 2.23 |
| Non-GAAP net income (loss) per share, diluted | $ 0.40 | $ 0.26 | $ (0.70) | $ (2.16) |
|  |  |  |  |  |
| GAAP diluted shares | 45,825 | 55,494 | 20,902 | 11,183 |
|     Effect of dilutive options, restricted stock units, and warrants | 4,386 | — | — | — |
| Non-GAAP diluted shares | 50,211 | 55,494 | 20,902 | 11,183 |