ALEX R. STRAUS (SBN 321366)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Telephone: (917) 471-1894
Facsimile: (310) 496-3176
astraus@milberg.com

*Counsel for Lead Plaintiff Movant, Randy Miles*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN LEVENTHAL <br><br> Plaintiff, <br><br> vs. <br><br> CHEGG, INC., *et al.* <br><br> Defendant(s). | ) Case No.: 5:21-cv-09953-EJD <br> ) <br> ) <br> ) <u>CLASS ACTION</u> <br> ) <br> ) [~~PROPOSED~~] **ORDER GRANTING** <br> ) **REQUEST FOR WITHDRAWAL OF** <br> ) **COUNSEL** <br> ) |

Upon consideration of the Notice of Request for Withdrawal of Counsel, and for good cause shown, it is HEREBY ORDERED that Alex R. Straus of Milberg Coleman Bryson Phillips Grossman, PLLC, is hereby withdrawn as counsel of record.  The clerk is directed to remove the above-named attorney from the docket, as well as the ECF Service List.

IT IS SO ORDERED.

DATED:    March 6, 2023    

HON. EDWARD J. DAVILA
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING REQUEST FOR WITHDRAWAL OF COUNSEL – 5:21-cv-09953-EJD