United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

STEVEN LEVENTHAL,

Plaintiff,

v.

CHEGG, INC., et al.,

Defendants.

Case No.  5:21-cv-09953-EJD

**ORDER VACATING JUNE 26, 2023 CLERK'S NOTICE AND SETTING HEARING**

Re: ECF No. 135

The Court hereby VACATES the Clerk's Notice taking Defendants' motion to dismiss (ECF No. 122) and Plaintiff's motion to strike (ECF No. 129) under submission without oral argument.  Both motions shall be set for hearing at 10:00 a.m. on September 20, 2023.

**IT IS SO ORDERED.**

Dated: August 14, 2023

EDWARD J. DAVILA
United States District Judge

Case No.: 5:21-cv-09953-EJD
ORDER VACATING JUNE 26, 2023 CLERK'S NOTICE AND SETTING HEARING
1