COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
BRETT H. DE JARNETTE (292919)
(bdejarnette@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:    +1 650 843 5000
Facsimile:    +1 650 849 7400

HEATHER M. SPEERS (305380)
(hspeers@cooley.com)
10265 Science Center Drive
San Diego, CA 92121
Telephone:    +1 858 550 6000
Facsimile:    +1 858 550 6420

FENWICK & WEST LLP
DEAN S. KRISTY (157646)
(dkristy@fenwick.com)
JENNIFER C. BRETAN (233475)
(jbretan@fenwick.com)
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    +1 415 875 2300
Facsimile:    +1 415 281 1350

FELIX S. LEE (197084)
(flee@fenwick.com)
801 California Street
Mountain View, CA 94041
Telephone:    +1 650 988 8500
Facsimile:    +1 650 938 5200

Attorneys for Defendants Chegg, Inc., Daniel L.
Rosensweig, Andrew J. Brown, and Nathan Schultz

*[Additional counsel on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LEVENTHAL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHEGG, INC., DANIEL L. ROSENSWEIG, ANDREW J. BROWN, and NATHAN SCHULTZ,<br><br>Defendants. | Case No. 5:21-cv-09953-PCP<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE DEADLINE TO FILE JOINT CASE MANAGEMENT STATEMENT AND ANTICIPATED CASE MANAGEMENT CONFERENCE AND ALL RELATED DEADLINES**<br><br>Judge:    P. Casey Pitts<br>Trial Date: TBA<br>Date Action Filed: December 12, 2021<br><br>**DEMAND FOR JURY TRIAL** |

Pursuant to Section VI of the Court's Standing Order for Civil Cases, Defendants Chegg, Inc., Daniel L. Rosensweig, Andrew J. Brown, and Nathan Schultz ("Defendants"), and KBC Asset Management NV and Pompano Beach Police and Firefighters' Retirement System (collectively, "Lead Plaintiffs," and together with Defendants, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on December 22, 2021, Steven Leventhal filed the Complaint for Violations of the Federal Securities Laws alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (ECF No. 1);

WHEREAS, under Section 78u-4(b)(3)(B) of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), all discovery and other proceedings in the above-captioned action are stayed during the pendency of any motion to dismiss;

WHEREAS, on June 17, 2022, the Honorable Edward J. Davila vacated the Initial Case Management Conference, and ADR Deadlines to be reset for a date that is 30 days after the Court rules on Defendants' anticipated motion to dismiss, or such other date as the Court deems appropriate (ECF No. 94);

WHEREAS, on September 7, 2022, Judge Davila issued an Order Granting KBC Asset Management NV and The Pompano Beach Police & Firefighters' Retirement System's Motion for Appointment as Lead Plaintiff and Approval and Selection of Lead Counsel (ECF No. 105);

WHEREAS, on December 8, 2022, Lead Plaintiffs filed the Consolidated Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 115);

WHEREAS, on February 2, 2023, Defendants filed a Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 122) (the "Motion to Dismiss");

WHEREAS, on April 27, 2023, Lead Plaintiffs filed an Opposition to Defendants' Motion to Dismiss (ECF No. 128);

WHEREAS, on June 8, 2023, Defendants filed a Reply in Support of the Motion to Dismiss (ECF No. 133);

WHEREAS, on August 18, 2023, the above-captioned action was reassigned to the Honorable P. Casey Pitts (ECF Nos. 138-139);

WHEREAS, in connection with the case reassignment, on August 18, 2023, this Court issued an order requiring the Parties to file a Joint Case Management Statement on or before September 11, 2023 (ECF No. 138);

WHEREAS, the Parties agree that, in light of the PSLRA discovery stay, and in the interests of judicial economy and preservation of the Court's and the Parties' resources, the Parties need not file a Joint Case Management Statement until this Court has ruled on the Motion to Dismiss.

NOW THEREFORE, the Parties hereby STIPULATE and AGREE as follows, through their undersigned counsel:

1.      The deadline for the Parties to file a Joint Case Management Statement shall be vacated and reset after the Court has ruled on the Motion to Dismiss.

2.      The Case Management Conference and any associated deadlines under the Federal Rules of Civil Procedure and Local Rules (including ADR deadlines), shall remain vacated and shall be reset after this Court has ruled on the Motion to Dismiss.

**IT IS SO STIPULATED.**

Dated: September 6, 2023                    **COOLEY LLP**

By: */s/ Brett H. De Jarnette*
      Brett H. De Jarnette (292919)

*Attorneys for Defendants Chegg, Inc., Daniel L. Rosensweig, Andrew J. Brown, and Nathan Schultz*

2          STIP. AND [PROP'D] ORDER TO VACATE CMC
5:21-CV-09953-PCP

Dated: September 6, 2023

**SAXENA WHITE P.A.**

By: */s/ David R. Kaplan*
David R. Kaplan (230144)

David R. Kaplan (230144)
Emily R. Bishop (319383)
505 Lomas Santa Fe Dr. Suite #180
Solana Beach, CA 92075
Telephone: (858) 997-0860
Facsimile: (858) 369-0096
dkaplan@saxenawhite.com
ebishop@saxenawhite.com

Maya Saxena (*pro hac vice* forthcoming)
Jonathan Lamet (*pro hac vice* forthcoming)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
msaxena@saxenawhite.com
jlamet@saxenawhite.com

Steven B. Singer (*pro hac vice* forthcoming)
Kyla Grant (*pro hac vice* forthcoming)
10 Bank Street, 8th Floor
White Plains, New York 10606
Telephone: (914) 437-8551
ssinger@saxenawhite.com
kgrant@saxenawhite.com

*Counsel for Lead Plaintiff Pompano Beach Police and Firefighters' Retirement System, and Lead Co-Counsel for the Class*

**MOTLEY RICE LLC**
Max N. Gruetzmacher (*pro hac vice*)
Christopher F. Moriarty (*pro hac vice*)
Neli Traykova Hines (*pro hac vice*)
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
mgruetzmacher@motleyrice.com
cmoriarty@motleyrice.com
ntraykova@motleyrice.com

*Counsel for Lead Plaintiff KBC Asset Management NV, and Lead Co-Counsel for the Class*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, Brett H. De Jarnette hereby attests that concurrence in the filing of this document has been obtained from all the signatories above.

Dated: September 6, 2023

/s/ Brett H. De Jarnette
Brett H. De Jarnette

\* \* \* \* \*

**IT IS SO ORDERED.**

Dated: _____September 7_____, 2023

_____
The Honorable P. Casey Pitts

STIP. AND [PROP'D] ORDER TO VACATE CMC
5:21-CV-09953-PCP