UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LEVENTHAL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHEGG, INC., DANIEL L. ROSENSWEIG, ANDREW J. BROWN, and NATHAN SCHULTZ,<br><br>Defendants. | Case No. 5:21-cv-09953-PCP<br><br>**CLASS ACTION**<br><br>~~[PROPOSED]~~ **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER**<br><br>Judge:      P. Casey Pitts<br>Trial Date:   TBA<br>Date Action Filed:   December 22, 2021<br><br>**DEMAND FOR JURY TRIAL** |

The Court, having reviewed Defendants Chegg, Inc., Daniel L. Rosensweig, Andrew J. Brown, and Nathan Schultz's ("Defendants") Unopposed Motion for Extension of Time to File Answer ("Unopposed Motion") and the supporting Declaration of Brett De Jarnette, for good cause shown, **GRANTS** the Unopposed Motion. Defendants shall file their answer to the Complaint by April 24, 2024.

**IT IS SO ORDERED.**

Dated:＿＿＿＿＿April 16＿, 2024

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

The Honorable P. Casey Pitts
United States District Judge