UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LEVENTHAL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHEGG, INC., DANIEL L. ROSENSWEIG, ANDREW J. BROWN, and NATHAN SCHULTZ,<br><br>Defendants. | Case No. 5:21-cv-09953-PCP<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO SEEK RECONSIDERATION OF MOTION TO DISMISS ORDER, OR IN THE ALTERNATIVE, TO CERTIFY THE ORDER FOR INTERLOCUTORY APPEAL** |

Pending before the Court is Defendants Chegg, Inc., Daniel L. Rosensweig, Andrew J. Brown, and Nathan Schultz's (collectively, "Defendants") Motion for Leave to Seek Reconsideration of Motion to Dismiss Order, or in the Alternative to Certify the Order for Interlocutory Appeal (the "Motion").

Having considered the Motion, the pleadings and filings in this action, and all other matters properly before the Court, the Court holds as follows:

The Court **GRANTS** Defendants' Motion for leave to seek reconsideration of this Court's March 4, 2024 Order Denying Defendants' Motion to Dismiss (the "Order"). (ECF No. 150.)

**[AND/OR]**

The Court finds that its March 4, 2024, Order involves controlling questions of law as to which there is substantial grounds for difference of opinion, and that an immediate appeal from the Order may materially advance the ultimate termination of this litigation. The Court therefore **GRANTS** Defendants' Motion and **CERTIFIES** pursuant to 28 U.S.C. § 1292(b) the Order and the following questions for immediate interlocutory appeal to the United States Court of Appeals for the Ninth Circuit:

(1) Whether loss causation is adequately pled where a stock drop follows an announcement of revised revenue guidance, absent particularized facts showing the company revised guidance because of the alleged fraud.

(2) Whether loss causation is adequately pled based on an analyst commenting on a possible connection between the stock drop and alleged fraud.

**IT IS SO ORDERED.**

Dated: _____

                                                    The Honorable P. Casey Pitts
United States District Judge