EXHIBIT A

## Jason Joseph

| | |
|---|---|
| **From:** | David Kaplan |
| **Sent:** | Friday, March 8, 2024 9:04 PM |
| **To:** | De Jarnette, Brett |
| **Cc:** | Kyla Grant; Jonathan Lamet; Gruetzmacher, Max; Christopher F. Moriarty Moriarty - Motley Rice LLC (cmoriarty@motleyrice.com); Gibbs, Patrick; Speers, Heather; DKristy@fenwick.com; jbretan@fenwick.com; FLee@fenwick.com |
| **Subject:** | Leventhal v. Chegg, Inc. |

Brett,

I write to follow-up on our discussion this week regarding the Chegg matter.  I can confirm that Plaintiffs are agreeable to a 30-day extension of the deadline for Defendants to file their Answer, provided the extension does not impact any other case related deadlines or events, and that Defendants agree to hold the Rule 26(f) conference of counsel by the end of March.  As I stated during our call, we are happy to take the lead in preparing a draft (i) protective order, (ii) ESI stipulation, and (iii) Rule 26(f) report.  We expect to send you drafts next week.

You mentioned during the call that Defendants are considering filing a motion for reconsideration of the Court's decision denying Defendants' motion to dismiss.  You indicated that you would let us know as soon as Defendants reached a decision in that regard.  We appreciate your candor but wish to reiterate that the filing of a reconsideration motion does not impact any case related deadlines or events, nor operate as a de facto discovery stay.  You indicated during the call that if Defendants sought reconsideration, they would likely take the position that discovery should be stayed until the motion for reconsideration is resolved.  As I mentioned, we are unaware of any authority in the District supporting such a position.  If you are aware of any applicable authority supporting Defendants' position, including in federal securities cases, please provide them to us.

Please let us know if the proposal set forth in the first paragraph of this email is acceptable and, if so, float a few dates and times in the next two weeks Defendants are available to hold the 26(f) conference.  Have a nice weekend.

Regards,

Dave



## David R. Kaplan

Director

 SAXENA WHITE

Saxena White P.A.
505 Lomas Santa Fe Dr.
Suite #180
Solana Beach, CA 92075
Direct: 858-987-4073
Office: 858-997-0860
Fax: 858-369-0096
dkaplan@saxenawhite.com
www.saxenawhite.com

 

 Please consider the environment before printing this email.