COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
BRETT H. DE JARNETTE (292919)
(bdejarnette@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:    +1 650 843 5000
Facsimile:    +1 650 849 7400

HEATHER M. SPEERS (305380)
(hspeers@cooley.com)
10265 Science Center Drive
San Diego, CA 92121
Telephone:    +1 858 550 6000
Facsimile:    +1 858 550 6420

*Attorneys for Defendants Chegg, Inc.; Daniel L.
Rosensweig; Andrew J. Brown; and Nathan Schultz*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LEVENTHAL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CHEGG, INC., DANIEL L. ROSENSWEIG, ANDREW J. BROWN, and NATHAN SCHULTZ, <br><br> Defendants. | Case No. 5:21-cv-09953-PCP <br><br> **CLASS ACTION** <br><br> **DEFENDANTS' STATEMENT OF RECENT DECISION UNDER L.R 7-3** <br><br> Dept:    Courtroom 8 <br> Judge:    P. Casey Pitts |

Pursuant to Civil Local Rule 7-3(d)(2), Defendants respectfully submit this Statement of Recent Decision to bring to the Court's attention a ruling issued yesterday by the Delaware Court of Chancery involving allegations about Chegg in *Stansell v. Rosensweig et al.*, C.A. No. 2023-0180-PAF *14-20 (Del. Ch. June 12, 2024).  This decision relates to arguments made in Defendants' Motion for Reconsideration (ECF No. 155) and Reply in support of the Motion for Reconsideration (ECF No. 163.).  A copy of the ruling is attached for the Court's reference as **Exhibit 1**.

Dated: June 13, 2024                                COOLEY LLP


By: */s/ Patrick E. Gibbs*
      Patrick E. Gibbs (183174)

*Attorneys for Defendants*
*Chegg, Inc.; Daniel L. Rosensweig; Andrew J.*
*Brown; and Nathan Schultz*

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

**DEFS' STATEMENT OF RECENT DECISION**
**5:21-CV-09953-PCP**