**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
505 Lomas Santa Fe Dr., Suite #180
Solana Beach, CA 92075
Telephone: (858) 997-0860
Facsimile: (858) 369-0096

**MOTLEY RICE LLC**
Max N. Gruetzmacher (*pro hac vice*)
mgruetzmacher@motleyrice.com
Christopher F. Moriarty (*pro hac vice*)
cmoriarty@motleyrice.com
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000

*Counsel for Lead Plaintiffs and*
*Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LEVENTHAL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHEGG, INC., DANIEL L. ROSENSWEIG, ANDREW J. BROWN, and NATHAN SCHULTZ,<br><br>Defendants. | Case No.: 5:21-cv-09953-PCP<br><br>**DECLARATION OF DAVID R. KAPLAN IN SUPPORT OF LEAD PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' STATEMENT OF RECENT DECISION UNDER L.R. 7-3**<br><br>Date:    July 25, 2024<br>Time:    10:00 a.m.<br>Dept:    Courtroom 8<br>Judge:   Hon. P. Casey Pitts |

I, David R. Kaplan, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1.    I am a Director at the law firm Saxena White P.A., counsel for Lead Plaintiffs in the above-captioned action.  I have personal knowledge of the facts set forth herein, and if called upon, could and would competently testify thereto.  I respectfully submit this declaration in support of Lead Plaintiffs' Motion to Strike Defendants' Statement of Recent Decision Under L.R. 7-3.

2.    Attached hereto as Exhibit A is a true and correct copy of the Verified Class Action Complaint filed in *Stansell v. Rosensweig et al.*, C.A. No. 2023-0180-PAF (Del. Ch. June 12, 2024) ("*Stansell*").

3.    Attached hereto as Exhibit B is a true and correct copy of The Chegg Defendants' Opening Brief in Support of their Motion to Dismiss or in the Alternative to Stay, filed in *Stansell*.

Dated:  June 18, 2024                                  Respectfully submitted,

                                                                    */s/ David R. Kaplan*
                                                                    David R. Kaplan (SBN 230144)

KAPLAN DEC. ISO MOT. TO STRIKE DEFS.' STMT. OF
RECENT DECISION UNDER L.R. 7-3
CASE NO. 5:21-CV-09953-PCP