**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN LEVENTHAL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHEGG, INC., DANIEL L. ROSENSWEIG, ANDREW J. BROWN, and NATHAN SCHULTZ,<br><br>Defendants. | Case No.: 5:21-cv-09953-PCP<br><br>**[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' STATEMENT OF RECENT DECISION UNDER L.R. 7-3**<br><br>Date:   July 25, 2024<br>Time:   10:00 a.m.<br>Dept:   Courtroom 8<br>Judge:  Hon. P. Casey Pitts |

The Court, having reviewed Lead Plaintiffs' Motion to Strike Defendants' Statement of Recent Decision Under L.R. 7-3 (the "Motion to Strike"), for good cause shown, **GRANTS** the Motion to Strike.

**IT IS SO ORDERED.**

Dated: _____, 2024          _____

The Hon. P. Casey Pitts
United States District Judge

[PROPOSED] ORDER GRANTING MOT. TO STRIKE DEFS.'
STMT. OF RECENT DECISION UNDER L.R. 7-3
CASE NO. 5:21-CV-09953-PCP