1

2

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

3

4

5

6

7

8

9

10

11

12

| | |
|---|---|
| STEVEN LEVENTHAL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHEGG, INC., DANIEL L. ROSENSWEIG, ANDREW J. BROWN, and NATHAN SCHULTZ,<br><br>Defendants. | Case No.: 5:21-cv-09953-EJD<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Judge:  Hon. P. Casey Pitts<br><br>Date Action Filed: Dec. 22, 2021 |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF COURT:**

PLEASE TAKE NOTICE that Courtney R. Wolf of Motley Rice LLC, admitted *pro hac vice* in the above-captioned matter on May 24, 2024 (ECF No. 164), hereby withdraws as counsel of record for Lead Plaintiff KBC Asset Management NV, and respectfully requests to be removed from the master service list in the above-captioned case.  Motley Rice LLC attorneys Max Gruetzmacher, Christopher Moriarty, and Neli Traykova Hines will continue as counsel for Lead Plaintiff KBC Asset Management NV.

Dated:  March 31, 2025

Respectfully submitted,

*/s/ Max N. Gruetzmacher*

**MOTLEY RICE LLC**
Max N. Gruetzmacher (*pro hac vice*)
mgruetzmacher@motleyrice.com
Christopher F. Moriarty (*pro hac vice*)
cmoriarty@motleyrice.com
Neli Traykova Hines (*pro hac vice*)
ntraykova@motleyrice.com
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

*Counsel for Lead Plaintiff KBC Asset Management NV, and Co-Lead Counsel for the Proposed Settlement Class*

1