**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
505 Lomas Santa Fe Dr., Suite #180
Solana Beach, CA 92075
Telephone: (858) 997-0860
Facsimile: (858) 369-0096

**MOTLEY RICE LLC**
Max N. Gruetzmacher *(pro hac vice)*
mgruetzmacher@motleyrice.com
Christopher F. Moriarty *(pro hac vice)*
cmoriarty@motleyrice.com
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000

*Counsel for Lead Plaintiffs Pompano Beach Police
and Firefighters' Retirement System and KBC Asset
Management NV and Lead Counsel for the Proposed
Settlement Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN LEVENTHAL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHEGG, INC., DANIEL L. ROSENSWEIG, ANDREW J. BROWN, and NATHAN SCHULTZ,<br><br>Defendants. | Case No.: 5:21-cv-09953-PCP<br><br>**SUPPLEMENTAL DECLARATION OF KATHLEEN BRAUNS REGARDING: (A) CONTINUED MAILING OF THE POSTCARD NOTICE; (B) SETTLEMENT WEBSITE MAINTENANCE; (C) CONTACT CENTER SERVICES; (D) REPORTS ON OBJECTIONS AND REQUESTS FOR EXCLUSION; AND (E) CLAIMS RECEIVED TO DATE** |

Brauns Dec. ISO Motion for
Final Approval
Case No. 5:21-cv-09953-PCP

I, Kathleen Brauns, declare as follows:

1.      I am a Project Manager of the Class Action Administration Division of A.B. Data, Ltd. ("A.B. Data"), whose corporate office is located in Milwaukee, Wisconsin. I am over 21 years of age and am not a party to the Action. The following statements are based on my personal knowledge and information provided by A.B. Data employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

2.      On December 19, 2024, the Court entered its Modified Order Preliminarily Approving Settlement and Providing for Notice (the "Preliminary Approval Order," ECF No. 192), which granted Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 189); and approved the long-form Notice (ECF No. 189-2 Ex. A-1), Claim Form (ECF No. 189-2 Ex. A-2), Summary Notice (ECF No. 189-2 Ex. A-3), and Postcard Notice (ECF No. 189-2 Ex. A-4).[1]

3.      Pursuant to the Preliminary Approval Order, A.B. Data is authorized to act as the Claims Administrator in connection with the Action. I submit this declaration as a supplement to my previously filed declaration, the Declaration of Kathleen Brauns Regarding: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; (C) the Settlement Website; (D) Contact Center Services; and (E) Report on Exclusions and Objections, dated February 26, 2025 (ECF No. 195-3, the "Initial Mailing Declaration").

### CONTINUED MAILING OF THE POSTCARD NOTICE

4.      As more fully stated in my Initial Mailing Declaration, as of February 26, 2025, A.B. Data had mailed a total of 91,343 copies of the Postcard Notice to potential Settlement Class Members, including approximately 4,933 banks, brokers, and other nominees contained in AB Data's proprietary database of the largest and most common banks brokers, and other nominees (the "Broker Mailing Database"), and all individuals and entities subsequently identified by those banks, brokers, and nominees as potential Settlement Class Members.

---

[1] Unless otherwise noted, all capitalized terms not defined herein shall have the same definitions as in the Stipulation and Agreement of Settlement ("Stipulation" or "Settlement Agreement") filed on November 6, 2024 (ECF No. 189-2).

1

5.      Since the execution of the Initial Mailing Declaration, A.B. Data has mailed an additional 1,976 Postcard Notices to potential Settlement Class Members and their nominees. Therefore, as of the date of this Declaration, an aggregate of 93,319 Postcard Notices have been mailed to potential Settlement Class Members and their nominees. In addition, A.B. Data has re-mailed a total of 513 Postcard Notices to person who original mailings were returned by the U.S. Postal Service ("USPS") and for whom updated addresses were provided to A.B. Data by the USPS.

**SETTLEMENT WEBSITE**

6.      A.B. Data continues to maintain the website designed and implemented for the Settlement, www.CheggSecuritiesLitigation.com (the "Settlement Website"). The Settlement Website provides information regarding the proposed Settlement, including the deadlines for exclusion, objection, and claim filing, as well as the date and time of the Court's Settlement Hearing. Additionally, important documents such as the Stipulation, Preliminary Approval Order, long-form Notice, Claim Form, and Complaint are available for download on the Settlement Website. Furthermore, the website includes contact information for A.B. Data and Lead Counsel, including a toll-free telephone number for Settlement Class Members to obtain additional information.

7.      A.B. Data will continue operating, maintaining and, as appropriate, updating the Settlement Website with relevant case information until the conclusion of this administration.

**CONTACT CENTER SERVICES**

8.      A.B. Data continues to maintain the case specific, toll-free telephone helpline, (877) 884-2550, with an interactive voice response system and live operators to respond to potential Settlement Class Member who have questions about the Action and the Settlement. A.B. Data has promptly responded to each telephone inquiry and will continue to operate and maintain the toll-free telephone helpline until the conclusion of the administration.

9.      As of April 10, 2025, 222 calls had been received by the toll-free telephone from potential Settlement Class Members.  The total length of these calls was approximately 888

2

minutes. I understand that all inquiries received through the toll-free telephone hotline were appropriately addressed.

## REPORT ON EXCLUSIONS AND OBJECTIONS

10.     Pursuant to the Preliminary Approval Order, the Postcard Notice, long-form Notice, Summary Notice, and Settlement Website inform potential Settlement Class Members that written requests for exclusion are to be sent to the Claims Administrator such that they are received no later than March 27, 2025. The long-form Notice also sets forth the information that must be included in each request for exclusion. As of the date of this Declaration, A.B. Data has received five (5) requests for exclusion from individual investors. A.B. Data has not received any exclusion requests from institutional investors.  In total, the requests include nine shares of Chegg common stock purchased during the Settlement Class Period. Copies of the requests along with a summary are attached hereto as Exhibit A.[2] In the interest of privacy, the requests for exclusion have been redacted to remove the requestor's street address, email addresses, and telephone numbers.

11.     Pursuant to the Preliminary Approval Order, the Postcard Notice, long-form Notice, Summary Notice, and Settlement Website informs Settlement Class Members wishing to object to the Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees and Litigation Expenses that they are required to submit their objection in writing such that the request is postmarked or filed with the Court no later than March 27, 2025.

12.     A.B. Data is aware of an objection to the Settlement filed by Ethan Fieldman on March 27, 2025 (ECF No. 196).  Included with the objection were the details of two accounts showing Mr. Fieldman's transactions in Chegg common stock during the Settlement Class Period. At the request of Lead Counsel, A.B. Data reviewed these transactions to determine if either account suffered a Recognized Loss under the Court-approved Plan of Allocation.

13.     A.B. Data determined the first account, where 20 shares were purchased during the Settlement Class Period, did not suffer a Recognized Loss under the Plan of Allocation and thus

---

[2] Three of the requests for exclusion did not quantify the number of shares purchased during the Settlement Class Period.  AB Data has notified these individuals of the omission and requested that they supply the missing information.

3

were not damaged by the alleged misconduct and are outside of the Settlement Class. The second account, which included 10 shares purchased during the Settlement Class Period has a Recognized Claim of $281.15. Mr. Fieldman submitted a Claim to A.B. Data for the second account, but he has not submitted a Claim for the first account.  AB Data is evaluating whether the Claim submitted by Mr. Fieldman for the second account is valid and includes sufficient supporting documentation.

**CLAIMS RECEIVED TO DATE**

14.    Pursuant to the Preliminary Approval Order, Claims are to be submitted no later than March 31, 2025. As of the date of this Declaration, A.B. Data has received a total of 272,709 Claims. As part of the claims administration process, A.B. Data will evaluate and process all Claims submitted. Claimants will have the opportunity to address any deficiencies or request judicial review if their Claim is denied. Once all claims have been fully processed, quality assurance reviews conducted, and final administrative determinations made, A.B. Data will present its administrative report on the received Claims to the Court, along with a proposed distribution plan. Subsequently, A.B. Data will disburse the *pro rata* share of the Net Settlement Fund to Authorized Claimants, as calculated under the Plan of Allocation, via mail or wire transfer.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on April 10, 2025.

_____
Kathleen Brauns

4

# EXHIBIT A

*Leventhal v. Chegg, Inc., et al*

Case No. 5:21-cv-09953 (N.D. Cal.)

**Exclusion Report**

| Exclusion Number | Name | Received | Number of Shares |
|---|---|---|---|
| 1 | Regan Cole | 02/24/2025 | 8 |
| 2 | Juliias Ellis | 03/03/2025 | N/A |
| 3 | Saif Banat | 03/19/2025 | N/A |
| 4 | Reis Enterprises Ltd. (Leinah Elashi, Director) | 03/20/2025 | N/A |
| 5 | Mara Pajuelo | 03/24/2025 | 1 |

# Exclusion 1
## Received: February 24, 2025

**Name:** Regan Cole

**Address:** ██████████████████████████████

**Phone:** ███████████████

**Statement of Exclusion:** I, Regan Cole, request exclusion from the Settlement Class in Leventhal v. Chegg, Inc., et al., Case No. 5:21-cv-09953 (N.D. Cal.)

**# Shares Held at Beginning of Settlement Period (May 5, 2020):** 5 shares

**# of Shares Bought and Sold During Settlement Period (May 5, 2020):** The number of Chegg shares of common stock that the person or entity requesting exclusion purchased or acquired and sold during the Settlement Class Period (May 5, 2020 – November 1, 2021), as well as the dates and prices of each such purchase or acquisition and sale, and the number of shares held at the beginning of the Settlement Class Period.

| # of Shares | Purchase or Sell? | Purchase / Sell Date | Price at Purchase / Sell |
|---|---|---|---|
| 5 | Sell | 05/21/2020 | $62.89 |
| 8 | Purchase | 06/30/2020 | $67.38 |

**Signature of Person Requesting Exclusion:** _Regan Cole_

R. Cole

18 FEB 2025   PM 2  L

FOREVER USA

Exclusions, Chegg Securities Litigation
c/o A.B. Data, Ltd.
PO Box 173001
Milwaukee, WI 53217

53217-801201

# Exclusion 2
## Received: March 3, 2025

Chegg, Inc.
Securities Litigation, Exclusions
c/o A.B. Data, Ltd
P.O. Box 173001
Milwaukee, WI 53217

February 21, 2025

Re: Leventhal v. Chegg, Inc., et al

Dear Exclusions Team:

I received a legal notice 885451645 regarding securities litigation for Leventhal v. Chegg, Inc. et all No. 5:21-cv-09953-PCP (N.D. Cal.).   Copy of the notice attached.

Request to exclude me from all litigation.

Thank you,

Juliias Ellis

Julias Ellis

25 FEB 2025  PM 4  L

Chegg, Inc.
Securities Litigation, Exclusions
c/o A.B. Data Ltd

PO Box 173001
Milwaukee, WI 53217

53217-801201

# Exclusion 3
## Received: March 19, 2025

Please exclude me

from this settlement

class.

- Saif Banat

Saturday, Feb, 15, 2025



From | De :

Saif Banat

Customer No. | N° du client

Date
YYAA        MM        DJ

33-086-618 (23-10)

2503110043
3810 M4L

CANADA 175

DO NOT COVER THE BARCODE
NE PAS COUVRIR LE CODE À BARRES

To | À :

Chegg, Inc Securities Litigations, Exclusions,

A.B. Data, Ltd., P.O. Box 173001,

Milwaukee, WI 53217

DO NOT COVER THE BARCODE
NE PAS COUVRIR LE CODE À BARRES

33-086-618 (23-10)

Telephone No./N° de téléphone

# Exclusion 4
## Received: March 20, 2025

March 7th 2025

To Chegg Inc Securities Litigation, Exclusions

I would like to exclude Reis Enterprises Llt.

from the class.

Lemalt Elacher

Director of Reis Enterprises Llt.

Lewab Elashi (Australia)

2503071934

3715 V7B

CANADA 175

Chegg Inc Securities Litigation, Exclusions.

c/o A.B. Data Ltd, P. O Box 173001

Milwaukee, WI 53217.

USA

5321788012 B050

# Exclusion 5
## Received: March 24, 2025

Mara Pajuelo



February 26th, 2025


Exclusions
Chegg Securities Litigation
% A.B. Data, Ltd.
P.O. Box 173001
Milwaukee, WI 53217
USA

To Whom it May Concern,

Subject: Request for Settlement Class Exclusion

I, Mara Pajuelo, request exclusion from the Settlement Class in Leventhal v. Chegg, Inc., et al.,
Case No. 5:21 -cv-09953 (N.D. Cal.). The number of Chegg shares of common stock that I
purchased during the Settlement Class Period (and at any other period for that matter) is one.
The date and price of the singular purchase is listed below. I did not sell or acquire any other
Chegg stock. Note that **the number of shares I held before the beginning of the Settlement
Class Period was zero**.

Date: February 24th, 2021
Shares Bought: 1 (executed at February 22nd, 2021)
Rate: 1.2824
Charged ($): 134.30 CAD

Additional attachments are brokerage statements from the month of the purchase as well as the
brokerage statements showing that I held the share through the end of the Class Period.


Sincerely,



Mara Pajuelo

ORDER EXECUTION ONLY ACCOUNT                                    1/4



241 Spadina Avenue, 3rd Floor
Toronto, ON, M5T 2E2
Phone: (416) 595-7200 Fax: (416) 595-0400

| All figures in $CAD unless otherwise specified | | |
|---|---|---|
| Account No. | Owner | Statement Period |
| | Mara Pajuelo | 2021-02-01 - 2021-02-28 |

| Tax-Free Savings Account | | | | |
|---|---|---|---|---|
| | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
| Cash | | | | |
| Canadian Equities | | | | |
| Foreign Equities | | | | |
| Total Portfolio | | | | |

## Portfolio Cash

| Last Statement Cash Balance | | Cash Paid In | Deposits | | Contributions: |
|---|---|---|---|---|---|
| Total Cash Paid In | | | Proceeds from sales | | Contributions (year to date): |
| Total Cash Paid Out | | | Dividends | | First 60 Days |
| Closing Cash Balance | | | Interest | | Rest of Year |
| | | | Other | | |
| | | Cash Paid Out | Fees | | |
| | | | Taxes | | |
| | | | Cost of Investments | | |
| | | | Withdrawals | | |
| | | | Other | | |

## Portfolio Equities

| | Symbol | Total Shares | Segregated Shares | Market Price ($) | Market Value ($) | Book Cost ($) |
|---|---|---|---|---|---|---|

Foreign *(The conversion rate used to convert your month-end Market Value to CAD is: $1USD = 1.2758 CAD)*

| Chegg | CHGG | 1.0000 | 1.0000 | $96.53 USD | $123.15 | $134.30 |

*Book Cost - the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. This information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments.

## Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|---|---|---|---|---|---|



2/4

## Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|---|---|---|---|---|---|



ORDER EXECUTION ONLY ACCOUNT                                    1/4

**ShareOwner**

241 Spadina Avenue, 3rd Floor
Toronto, ON, M5T 2E2
Phone: (416) 595-7200 Fax: (416) 595-0400

Mara Pajuelo



| All figures in $CAD unless otherwise specified | | |
|---|---|---|
| Account No. | Owner | Statement Period |
| | Mara Pajuelo | 2021-03-01 - 2021-03-31 |

| Tax-Free Savings Account | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
|---|---|---|---|---|
| Cash | | | | |
| Canadian Equities | | | | |
| Foreign Equities | | | | |
| Total Portfolio | | | | |

### Portfolio Cash

| | | | | | |
|---|---|---|---|---|---|
| Last Statement Cash Balance | | Cash Paid In | Deposits Proceeds from sales Dividends Interest Other | | Contributions: Contributions (year to date): First 60 Days Rest of Year |
| Total Cash Paid In | | | | | |
| Total Cash Paid Out | | | | | |
| Closing Cash Balance | | | | | |
| | | Cash Paid Out | Fees Taxes Cost of Investments Withdrawals Other | | |

### Portfolio Equities

| | Symbol | Total Shares | Segregated Shares | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian** | | | | | | |

**Foreign**      *(The conversion rate used to convert your month-end Market Value to CAD is: $1USD = 1.2607 CAD)*

| | Symbol | Total Shares | Segregated Shares | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| Chegg | CHGG | 1.0000 | 1.0000 | $85.66 USD | $107.99 | $134.30 |

*Book Cost - the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. This information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments.*

2/4

| Activity - Current period | | | | | |
|---|---|---|---|---|---|
| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |



 

ORDER EXECUTION ONLY ACCOUNT                                   1/4



241 Spadina Avenue, 3rd Floor
Toronto, ON, M5T 2E2
Phone: (416) 595-7200 Fax: (416) 595-0400

| All figures in $CAD unless otherwise specified | | |
|---|---|---|
| Account No. | Owner | Statement Period |
| | Mara Pajuelo | 2021-04-01 - 2021-04-30 |

Mara Pajuelo

### Tax-Free Savings Account



| | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
|---|---|---|---|---|
| Cash | | | | |
| Canadian Equities | | | | |
| Foreign Equities | | | | |
| Total Portfolio | | | | |

### Portfolio Cash

| Last Statement Cash Balance | | Cash Paid In | | Contributions: | |
|---|---|---|---|---|---|
| Total Cash Paid In | | | | Contributions (year to date): | |
| Total Cash Paid Out | | | | First 60 Days | |
| Closing Cash Balance | | | | Rest of Year | |
| | | Cash Paid Out | | | |

### Portfolio Equities

| | Symbol | Total Shares | Segregated Shares | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian** | | | | | | |
| | | | | | | |
| **Foreign** | (The conversion rate used to convert your month-end Market Value to CAD is: $1USD = 1.2330 CAD) | | | | | |
| Chegg | CHGG | 1.0000 | 1.0000 | $90.33 USD | $111.38 | $134.30 |

*Book Cost - the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. This information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments.



### Activity - Current period



| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|---|---|---|---|---|---|
| 2021-04-05 | | | | | |
| 2021-04-05 | | | | | |
| 2021-04-05 | | | | | |
| 2021-04-06 | | | | | |
| 2021-04-07 | | | | | |
| 2021-04-09 | | | | | |

CIPF MEMBER    IIROC    Regulated by Investment Industry Regulatory Organization of Canada



ORDER EXECUTION ONLY ACCOUNT 1/4



## ShareOwner

241 Spadina Avenue, 3rd Floor
Toronto, ON, M5T 2E2
Phone: (416) 595-7200 Fax: (416) 595-0400

Mara Pajuelo

**All figures in $CAD unless otherwise specified**

| Account No. | Owner | Statement Period |
|---|---|---|
| | Mara Pajuelo | 2021-05-01 - 2021-05-31 |

### Tax-Free Savings Account

| | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
|---|---|---|---|---|
| Cash | | | | |
| Canadian Equities | | | | |
| Foreign Equities | | | | |
| Total Portfolio | | | | |

### Portfolio Cash

Last Statement Cash Balance
Total Cash Paid In
Total Cash Paid Out
Closing Cash Balance

Cash Paid In

Cash Paid Out

Contributions:
Contributions (year to date):
First 60 Days
Rest of Year

### Portfolio Equities

| | Symbol | Total Shares | Segregated Shares | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian** | | | | | | |
| **Foreign** | (The conversion rate used to convert your month-end Market Value to CAD is: $1USD = 1.2104 CAD) | | | | | |
| Chegg | CHGG | 1.0000 | 1.0000 | $76.91 USD | $93.09 | $134.30 |

*Book Cost - the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. This information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments.

2/4

### Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|---|---|---|---|---|---|
| 2021-05-07 | | | | | |
| 2021-05-14 | | | | | |
| 2021-05-14 | | | | | |
| 2021-05-25 | | | | | |
| 2021-05-27 | | | | | |
| 2021-05-27 | | | | | |
| 2021-05-31 | | | | | |

### Transactions for Future Settlement

| Settlement Date | Transaction | Description | To be Charged ($) | To be Credited ($) |
|---|---|---|---|---|
| | | | | |



CIPF MEMBER ·:· IIROC Regulated by Investment Industry Regulatory Organization of Canada



CIPF MEMBER ·:· IIROC Regulated by Investment Industry Regulatory Organization of Canada

ORDER EXECUTION ONLY ACCOUNT                                          1/4



241 Spadina Avenue, 3rd Floor
Toronto, ON, M5T 2E2
Phone: (416) 595-7200 Fax: (416) 595-0400

| All figures in $CAD unless otherwise specified | | |
|---|---|---|
| Account No. | Owner | Statement Period |
| | Mara Pajuelo | 2021-06-01 - 2021-06-30 |



Mara Pajuelo

| Tax-Free Savings Account | | | | |
|---|---|---|---|---|
| | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
| Cash | | | | |
| Canadian Equities | | | | |
| Foreign Equities | | | | |
| Total Portfolio | | | | |

### Portfolio Cash

| | | | | |
|---|---|---|---|---|
| Last Statement Cash Balance | | Cash Paid In | Deposits Proceeds from sales Dividends Interest Other | Contributions: Contributions (year to date): First 60 Days Rest of Year |
| Total Cash Paid In | | | | |
| Total Cash Paid Out | | | | |
| Closing Cash Balance | | | | |
| | | Cash Paid Out | Fees Taxes Cost of Investment Withdrawals Other | |

### Portfolio Equities

| | Symbol | Total Shares | Segregated Shares | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian** | | | | | | |
| **Foreign** | | | | | | |

(The conversion rate used to convert your month-end Market Value to CAD is: $1USD = 1.2432 CAD)

| | Symbol | Total Shares | Segregated Shares | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| Chegg | CHGG | 1.0000 | 1.0000 | $83.11 USD | $103.32 | $134.30 |

*Book Cost - the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. This information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments.



2/4

### Activity - Current period



| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|---|---|---|---|---|---|
| 2021-06-01 | | | | | |
| 2021-06-01 | | | | | |
| 2021-06-04 | | | | | |
| 2021-06-04 | | | | | |
| 2021-06-14 | | | | | |
| 2021-06-16 | | | | | |
| 2021-06-16 | | | | | |
| 2021-06-17 | | | | | |
| 2021-06-18 | | | | | |
| 2021-06-28 | | | | | |
| 2021-06-28 | | | | | |
| 2021-06-29 | | | | | |
| 2021-06-29 | | | | | |





**ORDER EXECUTION ONLY ACCOUNT**                                    1/4

**ShareOwner**

241 Spadina Avenue, 3rd Floor
Toronto, ON, M5T 2E2
Phone: (416) 595-7200 Fax: (416) 595-0400

Mara Pajuelo

| All figures in $CAD unless otherwise specified | | |
|---|---|---|
| Account No. | Owner | Statement Period |
| | Mara Pajuelo | 2021-07-01 - 2021-07-31 |

| Tax-Free Savings Account | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
|---|---|---|---|---|
| Cash | | | | |
| Canadian Equities | | | | |
| Foreign Equities | | | | |
| Total Portfolio | | | | |

**Portfolio Cash**

| | | Contributions: |
|---|---|---|
| Last Statement Cash Balance | Cash Paid In | Contributions (year to date): |
| Total Cash Paid In | | First 60 Days |
| Total Cash Paid Out | | Rest of Year |
| Closing Cash Balance | | |
| | Cash Paid Out | |

**Portfolio Equities**

| | Symbol | Total Shares | Segregated Shares | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| Canadian | | | | | | |
| Foreign | | | | | | |

*(The conversion rate used to convert your month-end Market Value to CAD is: $1USD = 1.2516 CAD)*

| | Symbol | Total Shares | Segregated Shares | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| Chegg | CHGG | 1.0000 | 1.0000 | $88.63 USD | $110.93 | $134.30 |

*Book Cost - the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. This information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments.*

---

**Activity - Current period**                                    2/4

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|---|---|---|---|---|---|
| 2021-07-06 | | | | | |
| 2021-07-07 | | | | | |
| 2021-07-07 | | | | | |
| 2021-07-08 | | | | | |
| 2021-07-08 | | | | | |
| 2021-07-08 | | | | | |
| 2021-07-09 | | | | | |
| 2021-07-19 | | | | | |
| 2021-07-19 | | | | | |
| 2021-07-19 | | | | | |
| 2021-07-19 | | | | | |
| 2021-07-19 | | | | | |


CIPF MEMBER    IIROC    Regulated by Investment Industry Regulatory Organization of Canada


CIPF MEMBER    IIROC    Regulated by Investment Industry Regulatory Organization of Canada

ORDER EXECUTION ONLY ACCOUNT                                1/4



**ShareOwner**

241 Spadina Avenue, 3rd Floor
Toronto, ON, M5T 2E2
Phone: (416) 595-7200 Fax: (647) 245-1002

| All figures in $CAD unless otherwise specified | | |
|---|---|---|
| Account No. | Owner | Statement Period |
| | Mara Pajuelo | 2021-08-01 - 2021-08-31 |

Mara Pajuelo



### Tax-Free Savings Account

| | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
|---|---|---|---|---|
| Cash | | | | |
| Canadian Equities | | | | |
| Foreign Equities | | | | |
| Total Portfolio | | | | |

### Portfolio Cash

| | | | | |
|---|---|---|---|---|
| Last Statement Cash Balance | | Cash Paid In | Contributions: Contributions (year to date): | |
| Total Cash Paid In | | | First 60 Days | |
| Total Cash Paid Out | | | Rest of Year | |
| Closing Cash Balance | | | | |
| | | Cash Paid Out | | |

### Portfolio Equities

| | Symbol | Total Shares | Segregated Shares | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian** | | | | | | |
| **Foreign** | | (The conversion rate used to convert your month-end Market Value to CAD is: $1USD = 1.2653 CAD) | | | | |
| Chegg | CHGG | 1.0000 | 1.0000 | $83.22 USD | $105.29 | $134.30 |

*Book Cost* - the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. This information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments.


CIPF MEMBER   IIROC   Regulated by Investment Industry Regulatory Organization of Canada

---

2/4

### Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|---|---|---|---|---|---|
| 2021-08-19 | | | | | |
| 2021-08-30 | | | | | |
| 2021-08-30 | | | | | |




CIPF MEMBER   IIROC   Regulated by Investment Industry Regulatory Organization of Canada



**ORDER EXECUTION ONLY ACCOUNT**                                    1/4

# ShareOwner

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 595-7200 Fax: (647) 245-1002

| All figures in $CAD unless otherwise specified | | |
|---|---|---|
| Account No. | Owner | Statement Period |
| | Mara Pajuelo | 2021-09-01 - 2021-09-30 |

Mara Pajuelo

| Tax-Free Savings Account | | | | |
|---|---|---|---|---|
| | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
| Cash | | | | |
| Canadian Equities | | | | |
| Foreign Equities | | | | |
| Total Portfolio | | | | |

## Portfolio Cash

| | | | Cash Paid In | Deposits | | Contributions: | |
|---|---|---|---|---|---|---|---|
| Last Statement Cash Balance | | | | Proceeds from sales | | Contributions (year to date): | |
| Total Cash Paid In | | | | Dividends | | First 60 Days | |
| Total Cash Paid Out | | | | Interest | | Rest of Year | |
| Closing Cash Balance | | | | Other | | | |
| | | | Cash Paid Out | Fees | | | |
| | | | | Taxes | | | |
| | | | | Cost of Investments | | | |
| | | | | Withdrawals | | | |
| | | | | Other | | | |

## Portfolio Equities

| | Symbol | Total Shares | Segregated Shares | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian** | | | | | | |
| **Foreign** | *(The conversion rate used to convert your month-end Market Value to CAD is: $1USD = 1.2705 CAD)* | | | | | |
| Chegg | CHGG | 1.0000 | 1.0000 | $68.02 USD | $86.42 | $134.30 |

*Book Cost - the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. This information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments.



**Activity - Current period**                                    2/4

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|---|---|---|---|---|---|
| 2021-09-28 | | | | | |
| 2021-09-28 | | | | | |


CIPF MEMBER   IIROC   Regulated by Investment Industry Regulatory Organization of Canada

CIPF MEMBER   IIROC   Regulated by Investment Industry Regulatory Organization of Canada

**ORDER EXECUTION ONLY ACCOUNT**                    1/4

2/4



**ShareOwner**

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 595-7200 Fax: (647) 245-1002

Mara Pajuelo

**All figures in $CAD unless otherwise specified**

| Account No. | Owner | Statement Period |
|---|---|---|
| | Mara Pajuelo | 2021-10-01 - 2021-10-31 |



**Tax-Free Savings Account**

| | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
|---|---|---|---|---|
| Cash | | | | |
| Canadian Equities | | | | |
| Foreign Equities | | | | |
| Total Portfolio | | | | |

**Activity - Current period**

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|---|---|---|---|---|---|
| 2021-10-07 | | | | | |
| 2021-10-07 | | | | | |
| 2021-10-08 | | | | | |



**Portfolio Cash**

| | | Cash Paid In | | Contributions: | |
|---|---|---|---|---|---|
| Last Statement Cash Balance | | | | Contributions (year to date): | |
| Total Cash Paid In | | | | First 60 Days | |
| Total Cash Paid Out | | | | Rest of Year | |
| Closing Cash Balance | | | | | |

Cash Paid Out

**Portfolio Equities**

| | Symbol | Total Shares | Segregated Shares | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian** | | | | | | |
| | | | | | | |
| **Foreign** | | | | | | |

*(The conversion rate used to convert your month-end Market Value to CAD is: $1USD = 1.2412 CAD)*

| | Symbol | Total Shares | Segregated Shares | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| Chegg | CHGG | 1.0000 | 1.0000 | $59.44 USD | $73.78 | $134.30 |

*Book Cost - the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. This information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments.



CIPF MEMBER   IIROC   Regulated by Investment Industry Regulatory Organization of Canada



CIPF MEMBER   IIROC   Regulated by Investment Industry Regulatory Organization of Canada

ORDER EXECUTION ONLY ACCOUNT                                    1/4



## ShareOwner

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 595-7200 Fax: (647) 245-1002

Mara Pajuelo

**All figures in $CAD unless otherwise specified**

| Account No. | Owner | Statement Period |
|---|---|---|
| | Mara Pajuelo | 2021-11-01 - 2021-11-30 |

### Tax-Free Savings Account

| | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
|---|---|---|---|---|
| Cash | | | | |
| Canadian Equities | | | | |
| Foreign Equities | | | | |
| Total Portfolio | | | | |

### Portfolio Cash

| | | |
|---|---|---|
| Last Statement Cash Balance | Cash Paid In | Contributions: |
| Total Cash Paid In | | Contributions (year to date): |
| Total Cash Paid Out | | First 60 Days |
| Closing Cash Balance | | Rest of Year |
| | Cash Paid Out | |

### Portfolio Equities

| | Symbol | Total Shares | Segregated Shares | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian** | | | | | | |
| **Foreign** | | | | | | |
| Chegg | CHGG | 1.0000 | 1.0000 | $27.85 USD | $35.68 | $134.30 |

*(The conversion rate used to convert your month-end Market Value to CAD is: $1USD = 1.2812 CAD)*

*Book Cost - the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. This information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments.

CIPF MEMBER    IIROC    Regulated by Investment Industry Regulatory Organization of Canada

2/4

### Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|---|---|---|---|---|---|
| 2021-11-18 | | | | | |
| 2021-11-18 | | | | | |
| 2021-11-19 | | | | | |

CIPF MEMBER    IIROC    Regulated by Investment Industry Regulatory Organization of Canada

2503110610

CANADA 2⁶¹

3715 V7B

Exclusions
Chegg Securities Litigation
c/o A.B. Data, Ltd.
P.O. Box 173001
Milwaukee, WI 53217
USA

53217‌8012 BO5O