**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
505 Lomas Sante Fe Dr., Suite #180
Solana Beach, CA 92075
Telephone: (858) 997-0860
Facsimile: (585) 369-0096

**MOTLEY RICE LLC**
Max N. Gruetzmacher (*pro hac vice*)
mgruetzmacher@motleyrice.com
Christopher F. Moriarty (*pro hac vice*)
cmoriarty@motleyrice.com
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000

*Counsel for Lead Plaintiffs and*
*Lead Counsel for the Settlement Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LEVENTHAL, Individually and on Behalf of all Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CHEGG, INC., DANIEL L. ROSENWEIG, ANDREW J. BROWN, and NATHAN SCHULTZ, <br><br> Defendants. | Case No. 5:21-cv-09953-PCP <br><br> **CLASS ACTION** <br><br> [PROPOSED] ORDER APPROVING PLAN OF ALLOCATION |

THIS MATTER having come before the Court on Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation (ECF No. 193) in the above-captioned action (the "Litigation"); the Court having considered all papers filed and proceedings herein and otherwise being fully informed of the matters hereto;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.     For purposes of this Order, the terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated November 5, 2024.  ECF No. 189-2.

2.     The Court has jurisdiction to enter this Order and over the subject matter of the Litigation and over all parties to the Litigation, including all Settlement Class Members.

3.     Pursuant to and in compliance with the Court's December 19, 2024 Modified Order Preliminarily Approving Settlement and Providing Notice (ECF No. 192), Federal Rule of Civil Procedure 23, and all other applicable laws and rules, this Court hereby finds and concludes that due and adequate notice was directed to persons and entities who are Settlement Class Members advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to such persons and entities who are Settlement Class Members to be heard with respect to the Plan of Allocation.  There have been no objections to the Plan of Allocation.

4.     The Court hereby finds and concludes that the Plan of Allocation, which is set forth in the Notice of (1) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement and Plan of Allocation; (2) Settlement Fairness Hearing; and (3) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice"), provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund provided by the Settlement among eligible Settlement Class Members.

5.     The Court hereby finds and concludes that the Plan of Allocation, as set forth in the Notice, is, in all respects, fair and reasonable, and the Court hereby approves the Plan of Allocation.

6.	The finality of the Judgment entered with respect to the Settlement shall not be affected in any manner by this Order, or any appeal from this Order approving the Plan of Allocation.

7.	There is no just reason for delay in the entry of this Order, and immediate entry by the Clerk of the Court is expressly directed.

IT IS SO ORDERED.

DATED: _____        _____

THE HONORABLE P. CASEY PITTS

UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION	- 2 -
CASE NO. 5:21-CV-09953