COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
BRETT H. DE JARNETTE (292919)
(bdejarnette@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:    +1 650 843 5000
Facsimile:    +1 650 849 7400

*Attorneys for Defendants Chegg, Inc.,*
*Daniel L. Rosensweig, Andrew J. Brown,*
*and Nathan Schultz*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LEVENTHAL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHEGG, INC., DANIEL L. ROSENSWEIG, ANDREW J. BROWN, and NATHAN SCHULTZ,<br><br>Defendants. | Case No. 5:21-cv-09953-PCP<br><br>**CLASS ACTION**<br><br>**DECLARATION OF PRIYA GAMBHIR IN SUPPORT OF RESPONSE TO STATEMENT OF OBJECTIONS TO PROPOSED CLASS SETTLEMENT**<br><br>Date:       April 24, 2025<br>Time:      10:00 a.m.<br>Dept:      Courtroom 8<br>Judge:     Hon. P. Casey Pitts |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

**DECLARATION OF PRIYA GAMBHIR**
**5:21-CV-09953-PCP**

I, Priya Gambhir, hereby declare as follows:

1.      I am an attorney at the law firm Cooley LLP, counsel for defendants Chegg, Inc., Daniel L. Rosensweig, Andrew J. Brown, and Nathan Schultz (collectively, "Defendants") in the above-captioned litigation. I am a member in good standing of the Bar of California. I submit this declaration in support of the Defendants' Response to Ethan Fieldman's Statement of Objections to Proposed Class Settlement ("Objection," ECF 196). I have personal knowledge of the facts set forth in this Declaration, and if called to testify, I could and would testify competently thereto.

## I.    ANALYSIS OF SETTLEMENTS

2.      I obtained a list of all Section 10(b) securities class action settlements reached in all California federal district courts (Central, Southern, Northern, and Eastern) between 2020 and 2024 from a leading economic expert firm, Cornerstone Research. The list contained 74 cases.

3.      For each of those 74 cases, I reviewed the motions for approval and stipulations of settlement filed in each case and looked for references to payment made by insurance carriers.

4.      Based on the language of the motions and stipulations, I determined whether the motions and stipulations suggested that the settlement was funded, in whole or in part, by defendants' insurance carriers. My analysis is attached as **Appendix A** to this Declaration.

5.      Based on my analysis, it appears that at least 57 of the 74 settlements I reviewed were funded in some part by insurance carriers, and another 16 reference potential insurance coverage.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge.

Executed on this 10th day of April, 2025 in Pleasanton, California.


                                                        */s/ Priya Gambhir*
                                                        Priya Gambhir