# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| STEVEN LEVENTHAL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHEGG, INC., DANIEL L. ROSENSWEIG, ANDREW J. BROWN, and NATHAN SCHULTZ,<br><br>Defendants. | Case No. 5:21-cv-09953-PCP<br><br>CLASS ACTION<br><br><br>[PROPOSED] ORDER GRANTING LEAVE TO FILE A REPLY IN LIEU OF COURT APPEARANCE<br><br><br>Judge:  P. Casey Pitts |

[PROPOSED] ORDER GRANTING LEAVE TO FILE A REPLY IN LIEU OF COURT APPEARANCE

NOW, THEREFORE, IT IS HEREBY ORDERED:

1.    That the Objector Ethan Fieldman's Leave to File a Reply Brief is GRANTED, and Objector's Notice of Intention to Appear is WITHDRAWN.

2.    The Objector's Reply Brief, attached as Exhibit B to the Motion filed at Dkt. No. 200, shall be deemed filed with this Court as of the date of this Order.

3.    Counsel for the Plaintiff and Defendants shall be served with a copy of the Reply Brief.

IT IS SO ORDERED.

DATED:  __April 18__, 2025

_____
Hon. P. Casey Pitts
Judge, District Court for the Northern
District of California, San Jose Division

[PROPOSED] ORDER GRANTING LEAVE TO FILE A REPLY IN LIEU OF COURT APPEARANCE